# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

24-1489-JPG

RONALD DALE Jolly
_____
_____
)
)
)
)
)

*Plaintiff(s)/Petitioner(s)*

v.

CHRISTOPHER OTEY/MIKE
MILLER/WAYNE COUNTY ILLINOIS
SHERIFF'S DEPARTMENT/WAYNE
COUNTY ILLINOIS JAIL

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)

Case Number: _____

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.    Defendant _CHRISTOPHER OTEY_ is employed as
     (a)   (Name of First Defendant)

_WAYNE COUNTY, ILLINOIS SHERIFF_
     (b)   (Position/Title).

with _WAYNE COUNTY, ILLINOIS SHERIFF'S DEPARTMENT_
     (c)   (Employer's Name and Address)

_@ 305 EAST COURT ST. FAIRFIELD, IL. 62837_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain: _WAYNE COUNTY, ILLINOIS_
_SHERIFF._

Rev. 10/3/19

**Defendant #2:**

C.    Defendant <u>MIKE MILLER</u> is employed as

(Name of Second Defendant)

<u>CHIEF JAIL ADMINISTRATOR</u>
(Position/Title)

with <u>WAYNE COUNTY, ILLINOIS SHERIFF'S DEPARTMENT</u>
(Employer's Name and Address)

<u>@ 305 EAST COURT ST. FAIRFIELD, IL. 62837</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: CHIEF JAIL ADMINISTRATOR
FOR WAYNE COUNTY, ILLINOIS SHERIFFS DEPARTMENT.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

<u>DEFENDANT #3:</u>

WAYNE COUNTY, ILLINOIS SHERIFFS DEPARTMENT
LOCATED @ 305 EAST COURT ST. FAIRFIELD, IL. 62837

<u>DEFENDANT #4:</u>

WAYNE COUNTY, ILLINOIS JAIL
LOCATED @ 305 EAST COURT ST. FAIRFIELD, IL. 62837

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): Ronald D. Jolly

Defendant(s): Jim Hinkle / Mike Miller

2.    Court (if federal court, name of the district; if state court, name of the county): Southern

3.    Docket number: 3:09-CV-00074-GPM

4.    Name of Judge to whom case was assigned: G. Patrick Murphy

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

Rev. 10/3/19

7. Approximate date of filing lawsuit: *1-26-2009*

8. Approximate date of disposition: *6-22-2009*

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *STRIKE. SEE ATTACHED letter FROM US DISTRICT COURT*

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
    1.    What steps did you take?
*EXHAUSTED GRIEVANCE PROCEDURE. HAD/REQUEST HELP FROM legal COUNSEL TO CONTACT local JUDGE/ SHERIFF/ STATES ATTORNEY/ AND CHIEF JAIL ADMINISTRATOR.*
    2.    What was the result?
*COMPLAINTS FROM MYSELF & JONATHAN TURPIN (MY CRIMINAL DEFENSE ATTORNEY) FELL ON DEAF EARS. NOTHING WAS DONE.*

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.    If your answer is YES,
    1.    What steps did you take?

2.     What was the result?

G.     If your answer is NO, explain why not.

H.     Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

SEE EXHIBITS 1 THRU 9

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1) ON OR ABOUT 3-2023 TILL 11-2023. AT THE WAYNE COUNTY JAIL, LOCATED IN FAIRFIELD, IL. IN THE COUNTY OF WAYNE. THE WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THE WAYNE COUNTY SHERIFF'S DEPARTMENT, AND THE WAYNE COUNTY JAIL HAVE WILLFULLY, WANTONLY, AND INTENTIONALLY IMPEDED THE PLAINTIFF'S RIGHT TO MEET WITH LEGAL COUNSEL ALONE, IN PRIVATE, AND TO OCCUPY THE SAME SPACE WITHIN THE PLACE OF CONFINEMENT. BY DOING SAID ACTION, PLAINTIFF WAS DEPRIVED EQUAL PROTECTION. PLAINTIFF AS A RESULT OF BE DENIED HIS CIVIL RIGHTS, HAS BECOME EMOTIONALLY DAMAGED AND THAT SAID EMOTIONAL DAMAGE, UPON INFORMATION AND BELIEF HAS WORSENED AND CAUSE THE PLAINTIFF IRREVERSIBLE PSYCHOLOGICAL TRAUMA. MY RIGHT TO COUNSEL WAS DISCUSSED NUMEROUR TIMES IN COURT (CASE #'S 2021-CF-131, AND 2023-CF-43.) BOTH OF MY DEFENCE ATTORNEY'S DISCUSSED THIS ISSUE IN OPEN COURT WITH JUDGE MOIT, STATE'S ATTORNEY KEVIN KAYKAC. MY ATTORNEYS NAMES ARE JONATHAN TURPIN, ROGER WHITE. ALSO IT WAS DISCUSSED WITH SHERIFF

Rev. 10/3/19

CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THROUGH E-MAIL WITH ATTORNEY JONATHAN TURPIN. WAYNE COUNTY SHERIFF'S DEPARTMENT HAS SAID RECORDS. REFER TO EXHIBITS 1 & 9, & MEMORANDUM.

2) ON OR ABOUT MARCH, 2023 TILL JAN, 2024. AT THE WAYNE COUNTY JAIL, LOCATED IN FAIRFIELD, IL. IN THE COUNTY OF WAYNE. THE WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THE WAYNE COUNTY SHERIFF'S DEPARTMENT AND THE WAYNE COUNTY JAIL. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR THE PLAINTIFF, ALL OF THE NAMED DEFENDANTS INTENTIONALLY, AND UPON BELIEF, EITHER ACTING IN CONCERT OR PERSONALLY OR THROUGH THEIR PRINCIPALS AND AGENTS HAVE CONSPIRED TO CAUSE PLAINTIFF TO NOT RECEIVE ADEQUETE MEDICAL TREATMENT WHICH WAS THE DEFENDANTS COLLECTIVE DUTY TO ENSURE PLAINTIFF RECEIVED. THE DEFENDANTS HAVE IGNORED THE PLAINTIFFS ARDENT REQUESTS THAT HE BE TREATED FOR HIS NUMEROUS PAINFUL HEALTH CONDITIONS AND THAT SAID REQUESTS WERE INTENTIONALLY IGNORED, OR MEDICAL ATTENTION WAS DELAYED IN AN EFFORT TO TORTURE THE PLAINTIFF INTO PLEADING TO THE CHARGES THAT WERE PENDING AGAINST HIM IN WAYNE COUNTY, OR IN THE ALTERNATIVE AS A REPRISAL FOR DISRESPECT SHOWN TO THE DEFENDANTS INDIVIDUALLY AND COLLECTIVELY. THE INTENT OF THE DEFENDANTS IN DENYING THE PLAINTIFF HIS FUNDAMENTAL RIGHTS WAS TO CAUSE THE PLAINTIFF SEVERE PHYSICAL PAIN, ENDURING PHYSICAL HARM, AND LASTING EMOTIONAL DAMAGE AS A CRUEL AND UNUSUAL PUNISHMENT OR FOR TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

PLEASE REFER TO THE MANY GRIEVANCES FILED by PLAINTIFF THAT ARE IN THE POSSESSION OF THE WAYNE COUNTY SHER-FFS DEPARTMENT, AND THE WAYNE COUNTY JAIL. All SAID GRIEVANCES WERE FILED FROM MARCH, 2023 TILL JAN, 2024. ALSO REFER TO EXHIBITS 2,3,4,6,7,8, AND THE MEMORANDUM. HORIZON HEALTHCARE HAS MEDICAL RECORDS, AND NOTES OF CANCELLED APPOINT-MENTS.

3) ON OR ABOUT MAY, JUNE, July OF 2023 @ THE WAYNE COUNTY JAIL, IN WAYNE COUNTY, IL. WAS HOUSE bEHIND A DOOR CLEARLY MARKED FEMALE. I WAS DENIED MY RIGHT TO bE HOUSED ON THE MALE SIDE OF THE JAIL. DENIED MY RIGHT TO IDENTIFY AS A MALE WHILE HOUSED IN THE WAYNE COUNTY JAIL. PLEASE REQUEST HOUSING RECORDS FROM WAYNE COUNTY JAIL. THESE ACTS WERE DONE by WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, WAYNE COUNTY SHERIFFS DEPARTMENT, AND THE WAYNE COUNTY JAIL.
REFER TO MANY GRIEVANCES FILED by PLAINTIFF THAT ARE IN THE POSSESSION OF WAYNE COUNTY JAIL. ALSO REFER TO EXHIBITS # 8, AND COMPLAINT # 2023-CRC-5485

V.    **REQUEST FOR RELIEF**  *SEE ATTACHED REQUEST FOR RELIEF CONTINUED*

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

*COUNT # 1 $100,000.00 AWARDED TO PLAINTIFF PER FROM EACH DEFENDANT.*
*COUNT # 2 $250,000.00 AWARDED TO PLAINTIFF FROM EACH DEFENDANT.*
*COUNT # 3 $250,000.00 AWARDED TO PLAINTIFF FROM EACH DEFENDANT.*
*DEFENDANT # 1 & # 2 CHARGED AND PROSECUTED FOR OFFICIAL*

VI.   **JURY DEMAND** *(check one box below)* *MISCONDUCT IN COUNTS 1, 2, AND 3.*

The plaintiff ☒ does ☐ does not request a trial by jury.

---

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed     *5-16-2024*
on:              (date)

_Ronald Jolly_
Signature of Plaintiff

*12078 IL. RT. 185*
Street Address

*Ronald Jolly*
Printed Name

*Hillsboro, IL. 62049*
City, State, Zip

*505734*
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

V.  REQUEST FOR RELIEF CONTINUED

IM RESPECTFULLY REQUESTING COMPENSATORY DAMAGES,
AND PUNITIVE DAMAGES FROM DEFENDANTS # 1,2,3,4
FOR COUNTS 1,2,& 3.


DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

5-16-2024

12078 IL. RT. 185

HILLSBORO, IL. 62049

Ronald Jolly

RONALD JOLLY

S05734



Sent
6/5/24
n.s.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Ronald Jolly                                    S05734
Name                                            ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?    (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

        If yes, please list case number:    _____

        If yes, but you do not know the case number mark here:    _____

3.  Should this document be filed in a pending case?    Yes or (No)

        If yes, please list case number:    _____

        If yes, but you do not know the case number mark here:    _____

4.  Please list the total number of pages being transmitted:    _____

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

    Name of Document                                    Number of Pages

    _____1983_____                                _____

    _____                                 _____

    _____                                 _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.

# APPENDIX/EXHIBITS

1) MEMORANDUM OF LAW

2) F.O.I.A. DATED 3-18-2024, WITH RESPONSE FROM WAYNE COUNTY STATES ATTORNEY. (EXHIBIT # 1) (TOTAL 5 PAGES).

3) F.O.I.A. 4-4-2024 TO HORIZON HEALTHCARE (EXHIBIT # 2) (TOTAL 2 PAGES)

4) WAYNE COUNTY JAIL/INMATE REQUEST AND GRIEVANCE FORM DATED 10-8-23 (EXHIBIT #3) (TOTAL 2 PAGES)

5) WAYNE COUNTY JAIL/INMATE REQUEST AND GRIEVANCE FORM DATED/WRITTEN ON 12-14-23 SUBMITTED ON 12-18-23 (EXHIBIT #4) (TOTAL 2 PAGES)

6) DECLARATION OF JERMY TUCKER DATED 12-21-23 (EXHIBIT #5) (TOTAL 1 PAGE)

7) RONALD JOLLY RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY (EXHIBIT # 6) (TOTAL 1 PAGE)

1 OF 2

APPENDIX/EXHIBITS

8) DECLARATION OF RONALD DALE JOLLY EXECUTED
ON 5-8-2024 (EXHIBIT #7) (TOTAL 2PAGES)

9) LETTER FROM ATTORNEY GENERAL, RE: CIVIL RIGHTS
COMPLAINT AGAINST WAYNE COUNTY JAIL.
COMPLAINT # 2023-CRC-5485, DATED JULY 20, 2023
(EXHIBIT # 8) (TOTAL 2 PAGES)

10) LETTER DATED 4-25-2024 FROM WAYNE COUNTY
STATES ATTORNEYS OFFICE, RE: F.O.I.A. REQUEST
DATED 4-18-2024. (EXHIBIT #9) (TOTAL 5 PAGES)

11) DENIAL LETTERS SEEKING COUNSEL WITH LIST OF
CONTACTS OF ATTORNEYS/FIRMS I WROTE SEEKING
COUNSEL

12) LETTER RE: CIVIL DOCKET FOR CASE # 3:09-
CV-00074-GPM

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this _____1983_____ was mailed/delivered
(Name of Document)

to _SOUTHERN DISTRICT OF ILLINOIS_ on _JUNE 5, 2024._
(Name and Address of Party/Attorney) (Date)

_Ronald Jolly_
Signature

_RONALD JOLLY_
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

IN THE

_____

_____

RONALD JOLLY
**Plaintiff/Petitioner**                    )
                                            )
                                            )
   vs. CHRISTOPHER OTEY,                     )            No. _____
MIKE MILLER, WAYNE COUNTY SHERIFF
DEPARTMENT, WAYNE COUNTY, IL JAIL )
**Defendant/Respondent**                    )

### PROOF/CERTIFICATE OF SERVICE

TO: CLERK                          TO: JUDGE/CLERK
750 MISSOURI AVE                   750 MISSOURI AVE
EAST ST. LOUIS, IL.                EAST ST. LOUIS, IL.
         62201                              62201

PLEASE TAKE NOTICE that at: 9 (AM)/PM JUNE 5 , 20 24 I
placed the documents listed below in the institutional mail at GRAHAM
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

/s/ Ronald Jolly
Name: RONALD O. JOLLY
IDOC No. 505734
GRAHAM                    Correctional Ctr.
12078 IL. RT. 185
HILLSBORO                      , IL. 62049

# MEMORANDUM OF LAW

## (FACTS COMMON TO ALL COUNTS)

1. THAT ALL RELEVANT TIMES, PLAINTIFF WAS AND IS A RESIDENT OF WAYNE COUNTY ILLINOIS.

2. THAT AT ALL RELEVANT TIMES, DEFENDANT CHRISTOPHER OTEY WAS THE SHERIFF OF WAYNE COUNTY, ILLINOIS.

3. THAT AT ALL TIMES RELEVANT CHRISTOPHER OTEY HAS BEEN A RESIDENT OF WAYNE COUNTY, ILLINOIS.

4. THAT AT ALL RELEVANT TIMES, MIKE MILLER WAS THE CHIEF ADMINISTRATOR OF THE WAYNE COUNTY, ILLINOIS JAIL.

5. THAT AT ALL RELEVANT TIMES, MIKE MILLER HAS BEEN, UPON INFORMATION AND BELIEF, A RESIDENT OF WAYNE COUNTY, ILLINOIS.

6. THAT THE WAYNE COUNTY ILLINOIS SHERIFF'S DEPARTMENT'S PRINCIPAL PLACE OF BUSINESS HAS BEEN, AND CONTINUE'S TO BE, LOCATED IN FAIRFIELD, WAYNE COUNTY, ILLINOIS.

7. THAT THE WAYNE COUNTY ILLINOIS JAIL'S PRINCIPAL PLACE OF BUSINESS HAS BEEN, AND CONTINUE'S TO BE, LOCATED IN FAIRFIELD, WAYNE COUNTY, ILLINOIS.

8. THAT   725 ILCS 5/103-4 STATES:

"ANY PERSON COMMITTED, IMPRISONED OR RESTRAINED OF HIS LIBERTY FOR ANY CAUSE WHATEVER AND WEATHER OR NOT SUCH A PERSON IS CHARGED WITH AN OFFENCE SHALL, EXCEPT IN CASES OF IMMINENT DANGER OF ESCAPE, BE ALLOWED TO CONSULT WITH ANY LICENSED ATTORNEY AT LAW OF THIS STATE WHOM SUCH PERSON MAY DESIRE TO SEE OR CONSULT, ALONE AND IN PRIVATE AT THE PLACE OF CUSTODY, AS MANY TIMES AND FOR SUCH PERIOD EACH TIME AS IS REASONABLE, WHEN ANY SUCH PERSON IS ABOUT TO BE MOVED BEYOND THE LIMITS OF THIS STATE UNDER ANY PRETENSE WHATEVER THE PERSON TO BE MOVED SHALL BE ENTITLED TO A REASONABLE DELAY FOR THE PURPOSE OF OBTAINING COUNSEL AND OF AVAILING HIMSELF OF THE LAWS OF THIS STATE FOR THE SECURITY OF PERSONAL LIBERTY"

9. THAT 725 ILCS 5/103-8 STATES:

"ANY PEACE OFFICER WHO INTENTIONALLY PREVENTS THE EXERCISE by AN ACCUSED OF ANY RIGHT CONFERRED by THIS ARTICLE OR WHO INTENTIONALLY FAILS TO PERFORM ANY ACT REQUIRED OF HIM by THIS ARTICLE SHALL be GUILTY OF OFFICIAL MISCONDUCT AND MAY be PUNISHED IN ACCORDANCE WITH SECTION 33-3 OF THE CRIMINAL CODE OF 2012".

10. THAT RONALD O. JOLLY, PLAINTIFF IS AT THIS TIME HOUSED IN, ILLINOIS DEPARTMENT OF CORRECTIONS "I.D.O.C." BUT PERIODICALLY SINCE 2021, WAS CONFINED TO THE WAYNE COUNTY, ILLINOIS JAIL IN FAIRFIELD ILLINOIS ON SEVERAL CRIMINAL CHARGES.

11. THAT SEVERAL TIMES DURING THE MONTHS OF MAY, JUNE, JULY, AUGUST, SEPTEMBER, OCTOBER, NOVEMBER, AND DECEMBER 2023 THE PLAINTIFF RONALD JOLLY SOUGHT TO HAVE MEETINGS WITH JONATHAN TURPIN AND OTHER ATTORNEYS LICENSED IN THE STATE OF ILLINOIS.

PAGE (3)

12. THAT NEITHER THE PLAINTIFF NOR PLAINTIFF'S LEGAL COUNSEL HAVE AT ANY TIME, "RELEVANT TIME" BEEN NOTIFIED OR MADE AWARE BY THE DEFENDANT'S OR DEFENDANT'S AGENTS OR EMPLOYEES OF ANY ALLEGATION THAT THERE WAS ANY IMMINENT DANGER OF THE PLAINTIFF'S ESCAPE FROM THE WAYNE COUNTY JAIL ON ANY OCCASION WHERE THE PLAINTIFF SOUGT TO MEET WITH HIS COUNSEL IN ACCORDANCE WITH 725 ILCS 5/103-4.

13. THAT ON NO LESS THAN FIVE (5) OCCASIONS DURING MAY, JUNE, JULY, AND SEPTEMBER 2023, JONATHAN TURPIN REQUESTED AND EVEN RESPECTFULLY DEMANDED TO BE ALLOWED TO CONFER WITH THE PLAINTIFF PRIVATELY AND ALONE AT THE PLACE WHERE PLAINTIFF WAS CONFINED AT THE WAYNE COUNTY, ILLINOIS JAIL.

14. THAT WAYNE COUNTY SHERIFF, CHRISTOPHER OTEY BY AND THROUGH THE WAYNE COUNTY JAIL ADMINIS-RATOR MIKE MILLER, EMPLOYEES, AND JAIL STAFF DENIED THE REASONABLE REQUESTS OF JONATHAN TURPIN AND OF THE PLAINTIFF TO HAVE AN IN PERSON PRIVATE MEETING ALONE, BUT INSTEAD

PAGE (4)

PLAINTIFF AND JONATHAN TURPIN WERE FORCED TO SPEAK THROUGH FORTIFIED (GLASS) AND A TELEPHONE WHICH AUDIBLY WARNED THAT THEIR CONVERSATIONS WERE BEING RECORDED.

15. THAT SPEAKING THROUGH A FORTIFIED GLASS WALL THAT INTENTIONALLY SEPERATE'S PLAINTIFF FROM IN PERSON COMMUNICATION WITH AN ATTORNEY IS NOT ALLOWING PLAINTIFF TO MEET WITH COUNSEL "AT THE PLACE OF CUSTODY", BUT INSTEAD IS AN EFFORT OF THE DEFENDANT'S TO MAKE SURE TO SPATIALLY SEPERATE THE PLAINTIFF AND LEGAL COUNSEL SO THAT THEY CANNOT OCCUPY THE SAME SPACE, AND IN AN INTENTIONAL VIOLATION OF THE PLAINTIFF'S RIGHT TO CONFER WITH LEGAL COUNSEL AND PLAINTIFF'S DUE PROCESS AND EQUAL PROTECTION RIGHTS.

16. THAT SHERIFF CHRISTOPHER OTEY AFTER BEING MADE AWARE BY AND THROUGH A LETTER DATED July, 6, 2023 FROM JONATHAN TURPIN TO WAYNE COUNTY STATES ATTORNEY KEVIN KAKAC THAT SHERIFF CHRIS OTEY, WAYNE COUNTY JAIL CHIEF ADMINISTRATOR

MIKE MILLER, AND THE WAYNE COUNTY SHERIFF'S DEPARTMENT AND THE WAYNE COUNTY JAIL'S ACTIONS WERE UNLAWFUL AND CRIMINAL, AND A VIOLATION OF THE FUNDAMENTAL CIVIL RIGHTS OF THE PLAINTIFF THAT THE NAMED DEFENDANTS DID INTENTIONALLY, AND WITHOUT LEGAL JUSTIFICATION PROHIBIT THE PLAINTIFF FROM MEETING WITH JONATHAN TURPIN IN VIOLATION OF 725 ILCS 5/103-4 AND 725 ILCS 5/103-8.

17. THAT A LETTER DATED July, 6, 2023 JONATHAN TURPIN DID INFORM CHRIS OTEY, AND JAIL ADMINISTRATOR MIKE MILLER by AND THROUGH KEVIN KAKAC, THE CURRENT WAYNE COUNTY, Illinois STATE'S ATTORNEY THAT SHERIFF OTEY AND CHIEF ADMINISTRATOR MILLER WERE VIOLATING THE LAW, but FURTHER WERE Also INFRINGING ON THE BASIC CIVIL RIGHTS OF THE PLAINTIFF.

18. THAT ALTHOUGH REASONABLE DEMAND WAS MADE THROUGH WRITTEN LETTER DATED July 6, 2023 (EXHIBIT #19) WAYNE COUNTY, ILLINOIS SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER AND THE WAYNE COUNTY SHERIFF'S DEPARTMENT DID INTENTIONALLY, WITHOUT JUSTIFICATION, AND AFTER WRITTEN NOTICE OF THEIR UNLAWFUL ACTIVITIES, CONTINUED TO MAINTAIN A INMATE VISITATION POLICY WHICH VIOLATED THE PLAINTIFF'S FUNDAMENTAL CIVIL RIGHTS TO DUE PROCESS AND EQUAL PROTECTION UNDER THE CONSTITUTION OF THE STATE OF ILLINOIS AND THE UNITED STATES OF AMERICA AND THE AMENDMENTS THERETO, SPECIFICALLY THE 14 TH AMENDMENT TO THE UNITED STATE'S CONSTITUTION.

19. THAT PHONE IN PARTITIONED VISITATION ROOM WAS CHANGED ON (11-8-2023) NOVEMBER, 8, 2023. REFER TO VIDEO FOOTAGE IN THE WAYNE COUNTY JAIL OF SAID DATE.

PAGE (7)

# COUNT I

INTENTIONAl VIOIATION OF PlAINTIFF's CIVIL
RIGHTS- RIGHT TO COUNSEL

20. THAT PURSUANT TO 725 ILCS 5/103-4 THE
PlAINTIFF HAS A ClEAR AND AFFIRMATIVE
RIGHT TO RElIEF bECAUSE plAINTIFF IS UN-
EQUIVOCAlly ENTITlED TO MEET IN AlONE AND
IN pRIVATE WITH JONATHAN TURPIN OR ANY
OTHER ILLINOIS lICENSED ATTORNEY IN THE
SAME SPACE OR ROOM WHERE HE IS bEING HElD
IN CUSTODY, buT THAT CHRISTOPHER OTEY, WAYNE
COUNTY SHERIFF AND THE WAYNE COUNTY
SHERIFF'S DEPARTMENT THROUGH THE ADMINISTRATION
OF THE WAYNE COUNTY JAIl'S pOlICIES HAVE
WIllFully AND INTENTIONAlly DENIED, IMPEDED,
AND ENCROACHED ON THE plAINTIFF'S RIGHT
TO MEET AlONE IN pRIVATE WITH lEGAl
COUNSEl AT THE plACE WHERE PlAINTIFF WAS
DETAINED.

21. THAT 725 ILCS 5/103-8 SETS ouT THAT CHRIS-
TOPHER OTEY, MIKE MIllER, AS WEll AS ANY
PEACE OFFICER OF THE ENTIRE WAYNE COUNTY
SHERIFF'S DEPARTMENT OR JAIl STAFF HAS A
STATUTORY DUTY TO COMPly WITH AND NOT
IMPEDE OR ENCROACH ON THE PlAINTIFF'S

PAGE (8)

RIGHT TO MEET WITH lEGAl COUNSEl AlONE, IN PRIVATE, AND TO occupy THE SAME SPACE WITHIN THE plACE OF CONFINEMENT AS THEIR ATTORNEY.

22. THAT WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIl ADMINISTRATOR MIKE MEllER, THE WAYNE COUNTY SHERIFF'S DEPART-MENT, AND THE WAYNE COUNTY JAIl HAVE CLEAR AUTHORITY TO COMPly WITH 725 ILCS 5/103-4, buT HAVE WIllFully, WANTONly, AND INTENTIONAlly IMPEDED THE PlAINTIFF'S RIGHT TO MEET WITH lEGAl COUNSEl AND HAVE DEPRIVED PlAINTIFF OF EQUAl PROTEC-TION UNDER THE lAW AND IMPEDED HIS ACCESS TO DUE PROCESS UNDER bOTH THE ILLINOIS AND THE UNITED STATE'S CON-STITUTIONS AND THE AMENDMENTS THERETO.

23. THAT THE PlAINTIFF REPEATS AND REAFFIRMS All AllEGATIONS MADE IN PARAGRAPHS ONE (I) THROUGH PARAGRAPHS TWENTY-TWO XXII HEREIN AND HERETOFORE STATED.

24. THAT THE DEFENDANTS HAVE IN DENYING
THE PLAINTIFF HIS RIGHT TO MEET WITH
IEGAl COUNSEl HAVE INTENTIONAlly CAUSED
THE PlAINTIFF EMOTIONAl DISTRESS, WHERE-
by DAMAGING THE PlAINTIFF.

25. THAT THE PlAINTIFF AS A RESUlT OF bEING
DENIED HIS CIVIl RIGHTS HAS bECOME
EMOTIONAlly DAMAGED AND THAT SAID EMOTION-
Al DAMAGE, UPON INFORMATION AND bElIEF
HAS WORSENED AND CAUSE THE PlAINTIFF
IRREVERSIblE PSYCHOlOGICAl TRAUMA.

26. THAT THE PlAINTIFF HAS BEEN DAMAGED by
THE INTENTIONAl INFlICTION OF EMOTIONAl
DISTRESS AND PSYCHOlOGICAl PRESSURES AS
A RESUlT OF THE DEFENDANTS' ACTIONS,
SUCH THAT NO REASONAblE PERSON OR PERSONS
WOUlD PERPETRATE DEFENDANTS' DEPRAVATIONS
OF PlAINTIFF'S CIVIl RIGHTS AND THAT
THE DEFENDANTS SHOUlD bE FORCED TO
COMPENSATE THE PlAINTIFF FOR THE EMOTIONAl
DAMAGES PlAINTIFF HAS SUFFERED AS A RE-
SUlT OF THE DEFENDANTS INTENTIONAl AND
CRIMINAl ACTIONS WHICH HAVE DENIED THE

PAGE (10)

PLAINTIFF EQUAL PROTECTION, DUE PROCESS
UNDER THE ILLINOIS AND UNITED STATES
CONSTITUTIONS AND THE AMENDMENTS THERE-
TO AND THEREBY CAUSED PLAINTIFF INJURY,

WHEREFORE, THE PLAINTIFF PRAYS
THAT THIS HONORABLE COURT FIND IN PLAIN-
TIFF'S FAVOR AND AGAINST THE DEFENDANTS
AS TO PLAINTIFF'S CAUSE OF ACTION FOR
EMOTIONAL DISTRESS RESULTING FROM DEFEND-
ANTS' INTENTIONAL DEPRIVATION OF PLAIN-
TIFF'S FUNDAMENTAL RIGHT TO MEET WITH
LEGAL COUNSEL; AND

(A) COMPENSATE PLAINTIFF IN AN AMOUNT
IN EXCESS OF ($100,000.00 ) FOR DAMAGES
SUFFERED AS A RESULT OF THE DEFENDANTS'
COMMISSION OF SAID INTENTIONAL ACTS
AND OMISSIONS; AND
(B) THAT THE COURT ORDER ANY SUCH OTHER
FURTHER RELIEF TO DO JUSTICE AMONG THE
PARTIES HERETO,

PAGE (11)

## COUNT II

INTENTIONAL VIOLATION OF PLAINTIFF'S CIVIL
RIGHTS, RIGHT MEDICAL TREATMENT AND PRO-
HIBITION AGAINST CRUEL AND UNUSUAL
PUNNISHMENT

27. THAT THE PLAINTIFF REPEATS AND REAFFIRMS
ALL ALLEGATIONS MADE IN PARAGRAPHS ONE(I)
THROUGH PARAGRAPHS TWENTY-SIX XXVI HEREIN
AND HERETOFORE STATED.

28. THAT THE PLAINTIFF THROUGHOUT THE TIME
SINCE MAY, 2023 HAS SUFFERED FROM BACTERIAL
INFECTIONS.

29. THAT THE PLAINTIFF THROUGHOUT THE TIME
SINCE MARCH, 2023 HAS SUFFERED FROM SEVERE
CHRONIC BACK PAIN. REFER TO (2) TWO OF THE
MANY GRIEVANCES FILED BY PLAINTIFF (EXHIBIT'S #'S
3 & 4) ALSO EXHIBIT #2, #6, #7, & #8

30. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR
THE PLAINTIFF, ALL OF THE NAMED DEFENDANTS,
EITHER ACTING IN CONCERT, PERSONALLY OR THROUGH
THEIR PRINCIPALS AND AGENTS HAVE INTENTIONALLY
SUBVERTED THE PLAINTIFF IN RECEIVING ADEQ-
UATE MEDICAL TREATMENT FOR SERIOUS MEDICAL

PAGE (12)

MALADIES DURING HIS INCARCERATION SINCE MARCH, 2023 IN THE WAYNE COUNTY JAIL.

31. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR THE PLAINTIFF, All OF THE NAMED DEFENDANTS INTENTIONALLY, AND UPON INFORMATION AND BELIEF, EITHER ACTING IN CONCERT OR PERSONALLY OR THROUGH THEIR PRINCIPALS AND AGENTS HAVE, UPON INFORMATION AND BELIEF CONSPIRED TO CAUSE PLAINTIFF TO NOT RECEIVE ADEQUETE MEDICAl TREATMENT, WHICH WAS THE DEFENDANTS COLLECTIVE DUTY TO ENSURE PLAINTIFF RECEIVED.

32. THAT AT VARIOUS TIMES THROUGHOUT THE PLAINTIFF'S 2023 INCARCERATION IN THE WAYNE COUNTY JAIL, UPON INFORMATION AND BELIEF THE DEFENDANTS HAVE IGNORED THE PLAINTIFF'S ARDENT REQUESTS THAT HE BE TREATED FOR HIS NUMEROUS PAINFUL HEALTH CONDITIONS AND THAT SAID REQUESTS WERE INTENTIONALLY IGNORED, OR MEDICAl ATTENTION WAS DELAYED IN AN EFFORT TO TORTURE THE PLAINTIFF INTO PLEADING TO THE CHARGES THAT WERE PENDING AGAINST HIM IN WAYNE COUNTY, OR IN THE ALTERNATIVE

PAGE (13)

AS A REPRISAL FOR DISRESPECT SHOWN TO THE
DEFENDANTS INDIVIDUALLY AND COLLECTIVELY.

33. THAT UPON INFORMATION AND BELIEF THE IN-
TENT OF THE DEFENDANTS IN DENYING THE
PLAINTIFF HIS FUNDAMENTAL RIGHTS AS SUGGESTED
HEREIN ABOVE IN COUNT II WAS TO CAUSE
THE PLAINTIFF SEVERE PHYSICAL PAIN, ENDURING
PHYSICAL HARM, AND LASTING EMOTIONAL DAMAGE
AS A CRUEL AND UNUSUAL PUNISHMENT OR FOR
TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

WHEREFORE, THE PLAINTIFF PRAYS THAT
THIS HONORABLE COURT FIND IN PLAINTIFF'S
FAVOR AND AGAINST THE DEFENDANTS AS TO
PLAINTIFF'S CAUSE OF ACTION FOR EMOTIONAL
DISTRESS RESULTING FROM DEFENDANTS' IN-
TENTIONAL DEPRIVATION OF PLAINTIFF'S FUND-
AMENTAL RIGHT TO ADEQUATE MEDICAL TREATMENT;
AND:

(A) COMPENSATE PLAINTIFF IN AN AMOUNT
IN EXCESS OF # 250,000.00 FOR DAMAGES SUFFERED
AS A RESULT OF THE DEFENDANTS' COMMISSION
OF SAID INTENTIONAL ACTS AND COMISSIONS; AND

PAGE (14)

(B) THAT THE COURT ORDER ANY SUCH OTHER FURTHER RELIEF TO DO JUSTICE AMONG THE PARTIES HERETO.

## COUNT III
INTENTIONAL VIOLATION OF PLAINTIFF'S CIVIL RIGHTS- GENDER IDENTIFICATION.-

34. THAT IN MAY OF 2023 DEFENDANTS by AND THROUGH THE USE OF WAYNE COUNTY JAIL STAFF, REMOVED ALL FEMALE DETAINEE'S, FROM THE FEMALE SIDE OF THE JAIL, CLEARLY MARKED IN BOLD letters (FEMALE) SO THEY (DEFENDANTS) Could HOUSE PLAINTIFF BEHIND SAID DOOR.

35. THAT PLAINTIFF CLEARLY IDENTIFIES AS BEING OF THE MALE GENDER.

36. THAT UPON INFORMATION AND BELIEF THE INTENT OF THE DEFENDANTS IN DENYING THE PLAINTIFF HIS FUNDAMENTAL RIGHTS AS SUGGESTED HEREIN ABOVE IN COUNT III WAS TO CAUSE THE PLAINTIFF EMOTIONAL DAMAGE AS A CRUEL AND UNUSUAL PUNISHMENT OR FOR TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT FIND IN PLAINTIFF'S FAVOR AND AGAINST THE DEFENDANTS AS TO PLAINTIFF'S CAUSE OF ACTION FOR EMOTIONAL DISTRESS RESULTING FROM DEFENDANTS' INTENTIONAL DEPRIVATION OF PLAINTIFF'S FUNDAMENTAL RIGHT TO IDENTIFY AND BE HOUSED AS MALE GENDER. REFER TO GRIEVANCES THAT WERE FILED BY PLAINTIFF WHILE INCARCERATED AT THE WAYNE COUNTY JAIL. SEE EXHIBIT #8 COMPLAINT # 2023-CRC-5485

(A) COMPENSATE PLAINTIFF IN AN AMOUNT IN EXCESS OF $250,000.00 FOR DAMAGES SUFFERED AS A RESULT OF THE DEFENDANT'S OMMISSION OF SAID INTENTIONAL ACTS AND OMMISSIONS; AND

(B) THAT THE COURT ORDER ANY SUCH OTHER FURTHER RELIEF TO DO JUSTICE AMONG THE PARTIES HERETO.

37. THAT THE PLAINTIFF REPEATS AND REAFFIRMS ALL ALLEGATIONS MADE IN PARAGRAPHS (I) ONE THROUGH XXXVI THIRTY-SIX HEREIN AND HERETOFORE STATED.

PAGE (16)

38. PURSUANT TO 28 U.S.C. §1746, I DECLARE
UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT,
EXECUTED ON: 5-16-2024

*Ronald Jolly*
RONALD JOLLY

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024   REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTMEN
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD    STATE: IL    ZIP: 62837

REQUESTER'S NAME: RONALD D. JOLLY   IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSboRO    STATE: IL    ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):

I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.

I would like the following records and/or information:

I'm requesting copies of received & sent Emails/
Correspondence with Jonathan Turpin, attorney
General, & Horizon Healthcare requarding Ronald
D. Jolly between the dates 3-6-2023 to
Current Date. Please & Thank you.
That is any Correspondence with those listed
above, sent & received with wayne County Sheriffs
Department requarding RONALD D. JOLLy

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM    Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

1 oF 5



## OFFICE OF THE STATE'S ATTORNEY

WAYNE COUNTY

Kevin C. Kakac        307 East Main Street     Phone (618) 842-3433
State's Attorney         Fairfield, Illinois 62837   FAX (618) 847-4618

March 26, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

                                        Re: FOIA Request Dated 03/18/2024

Dear Mr. Jolly:

    I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at  5 ILCS 140/1 et seq. A copy of your request is enclosed.  Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

    The review of these documents and the response to this request was undertaken by Wayne County State's Attorney Kevin C. Kakac. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a).  You can file your Request for Review with the PAC by writing to:

        Public Access Counselor Office of the Attorney General
        500 South 2nd Street
        Springfield, Illinois 62706
        Fax: 217-782-1396
        E-Mail: publicaccess@atg.state.il.us.

    You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court.  5 ILCS 140/11.  If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial.  5 ILCS 140/9.5(a).  Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

    Please direct any questions concerning this matter to my attention.

                                        Respectfully,

                                        Kevin C. Kakac
                                        Wayne County State's Attorney

KCK/gml

Enclosures

# M Gmail

**Chris Otey <sheriffotey@gmail.com>**

---

**Ron Jolly**
1 message

---

**Kevin Kakac** <emailsa@waynecountyil.gov>                          Fri, Feb 9, 2024 at 2:45 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>, Chief Keith Colclasure <colclasure@fairfieldpd.org>

Gentlemen:

At your earliest convenience, please bring to my office any and all vehicle titles seized in the multiple Jolly arrests. I think mainly this is the Sheriff's Office arrest from March of 2023, I think.... but there may have been others.

Thanks,
KCK

3 OF 5

 **Gmail**

Chris Otey <sheriffotey@gmail.com>

---

## Jonathan Turpin
6 messages

---

**Jonathan Turpin** <jonturpin13@gmail.com>
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

Thu, Jul 6, 2023 at 2:33 PM

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
2119K

---

**Chris Otey** <sheriffotey@gmail.com>
To: Jonathan Turpin <jonturpin13@gmail.com>

Thu, Jul 6, 2023 at 3:21 PM

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

---

**Chris Otey** <sheriffotey@gmail.com>
To: Jonathan Turpin <jonturpin13@gmail.com>

Fri, Jul 7, 2023 at 5:19 PM

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>
To: Chris Otey <sheriffotey@gmail.com>

Fri, Jul 7, 2023 at 5:25 PM

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue. Have a good weekend. JTe.
[Quoted text hidden]
--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the message from your computer system immediately.

---

**Chris Otey** <sheriffotey@gmail.com>
To: Jonathan Turpin <jonturpin13@gmail.com>

Mon, Jul 10, 2023 at 4:23 PM

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week during normal business hours.

Thank you
Sheriff Chris Otey

4 OF 5

3/25/24, 2:33 AM · Case 3:24-cv-01489-JPG · Document 1 · Filed 06/12/24 · Gmail - Jonathan Turpin · Page 37 of 61 · Exhibit #1 Page ID #87

[Quoted text hidden]

**Jonathan Turpin** <jonturpin13@gmail.com>                    Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.
[Quoted text hidden]

5 OF 5

EXHIBIT #2

## FREEDOM OF INFORMATION ACT REQUEST

RECEIVED
APR 26 2024
By: ..................

DATE OF REQUEST: 4-4-2024    REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): HORIZON HEALTHCARE
ADDRESS: 213 N.W. 10TH ST.
CITY: FAIRFIELD    STATE: IL.    ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly    IDOC #: 505734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: Hillsboro    STATE: IL.    ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:
SCHEDULED & CANCELED APPOINTMENTS MADE OR CANCELED BY
WAYNE COUNTY SHERIFF'S DEPARTMENT FOR RONALD D.
JOLLY STARTING TO CURRENT DATE 1-12-2024.
ALSO MEDICAL RECORDS (PAPER FORM PLEASE) FOR RONALD
D. Jolly. 1-1-2016 TILL 1-12-2024
  I ALSO WANT SPECIFATALLY A NOTE WHERE WAYNE
COUNTY SHERIFF DEPARTMENT CANCELED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY HIGH SECURITY LEVEL
In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM    Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

1 OF 2



**FAIRFIELD MEMORIAL HOSPITAL**
EXCELLENCE IN COMMUNITY HEALTHCARE
303 N.W. 11ᵗʰ St
Fairfield, IL  62837
Phone:  (618) 847-8356
Fax:  (618) 847-8379



HORIZON
H E A L T H C A R E
Caring Through A Lifetime.

04/30/2024

Mr. Ronald D. Jolly
12078 Illinois Route 185
Hillsboro, IL 62049

Dear Mr. Jolly

We have received your Freedom of Information Act Request dated 4/4/2024.  Unfortunately we are unable to fulfill this request as written because Medical Records are not considered public information.

However, I have included a copy of our Release of Information form that will allow us to fulfill your request once received.  Please complete and return to the address above for processing. Due to the large amount of records requested, it could take up to 30 days to complete the request.

Respectfully,

Susan Suddarth, Director
Health Information Management

2 OF 2

EXHIBIT #3
PAIN CLINIC

## WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

### Chris Otey – Sheriff

INMATES NAME **JOlly**    CELL BLOCK **ISO**    CELL # **5**

### ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date        ☐ Bond Amount        ☐ Trial Date Set
- ☐ Holds/ Detainers    ☐ Other             ☐ Extradition
- ☐ · Request Information

**Facility Programs:**
- ☐ Bible Study         ☐ Library Services
- ☐ Drug Counseling     ☐ Alcoholic Anonymous
- ☐ Educational Classes ☐ Other

**Medical Section:**
- ☐ Sickness            ☐ Medication
- ☐ Depression          ☐ Dental Concern
- ☐ Injury              ☒ Other

**Other Concerns:**
- ☐ Personal Property   ☐ Commissary        ☐ Laundry    ☐ Other
- ☐ Shift Supervisor    ☐ Request Information ☐ Trust Account Balance

Explain reason for request or grievance: **SEE ATTACHED**

Inmates Signature: _____    Date: **10-8-23**

Staff Response: We have taken you to all scheduled appointments. We will check to ensure no other appointments have been scheduled for you.

Staff Officer Signature: _____    Date: **10/12/23**

**1 OF 2**

On 9-14-23 I filed a grievance requesting the status of an appointment to the pain-clinic. (The pain-clinic that my doctor JODI PELEGRIN had me take X-RAYS FOR.)

Your response was: There isn't any scheduled appointments for the pain-clinic, and you take me to all scheduled appointments.

On 9-29-23 I went to the doctors office for an ankle injury that occured while in the shower here at the Wayne county jail. While at the doctors office I inquired about the pain-clinic. (which is located across the hall from my doctors office.) Doctor PELEGRIN advised me that she did refer me to the pain-clinic, and the administration at the Wayne county jail cancelled my appointment for the pain-clinic, stating: I was to high of a security risk.

You are intentionally violating my Civil Rights, my right to medical treatment and prohibition against cruel and unusual punnishment.

Reschedule my appointment to the pain-clinic, so I can receive my nerve-blocking shots.

*Exhibit #4*

*MIN C/INIC*

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey -- Sheriff

INMATES NAME *Jolly*    CELL BLOCK *ISO*    CELL # *5*

## ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date
- ☐ Holds/ Detainers
- ☐ Request Information
- ☐ Bond Amount
- ☐ Other
- ☐ Trial Date Set
- ☐ Extradition

**Facility Programs:**
- ☐ Bible Study
- ☐ Drug Counseling
- ☐ Educational Classes
- ☐ Library Services
- ☐ Alcoholic Anonymous
- ☐ Other

**Medical Section:**
- ☐ Sickness
- ☐ Depression
- ☐ Injury
- ☐ Medication
- ☐ Dental Concern
- ☒ Other *APPOINTMENT FOR PAIN CLINIC*

**Other Concerns:**
- ☐ Personal Property
- ☐ Shift Supervisor
- ☐ Commissary
- ☐ Request Information
- ☐ Laundry
- ☐ Trust Account Balance
- ☐ Other

Explain reason for request or grievance: *SEE ATTACHED*

Inmates Signature: _____    Date: *12-18-23*

Staff Response: *Appointment information + schedules is being released to three. All appointments will be taken care of by jail staff*

Staff Officer Signature: _____    Date: *12/19/23*

*1 OF 2*

12-14-23

On 11-8-23 I was taken to Horizon for a follow-up appointment with Dr. Peligrin.

While I was at my follow-up appointment I gave my Doctor a copy of a grievance, that I had previously written, and was responded to.

After my Doctor read said grievance. I than requested for her (my Doctor) to once again refer me to the pain-clinic. She did.

When we returned back to the Wayne County jail C/o Drake schduled 2 appointments for me. 1 to P.T., and 1 to the pain-clinic. That was on 11-8-23.

On 11-29-23 I was taken to my P.T. appointment.

On 12-8-23 I was taken for a 30 day follow-up appointment for blood pressure. While there at said appointment, I requested from the Doctor (not sure of new Docs. name) What the status of the pain-clinic appointment was.

I'm refered to pain-clinic by 2 different Doctors.

Is there an appointment for me to be taken to the pain-clinic????

I've been refered to, and been trying to go to the pain-clinic for 8 months. I'm in extreme Pain.  2 OF 2

(EXHIBIT #5)

DECLARATION UNDER PENALTY OF PERJURY
OF JERMY TUCKER

JERMY TUCKER, BEING COMPETENT TO MAKE THIS (12-21-2023)
DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS
STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. § 1746:

(1)   I JERMY TUCKER RESIDED IN CELL #5.

(2) FOR SEVERAL MONTH'S WITH ONE OTHER DETAINEE
RONALD JOLLY ISOLATED FROM All OTHER DETAINEE'S.

(3)   WHILE RESIDING IN CELL #5, 5 DAYS OF EVERY
WEEK, WHEN JAIL ADMINISTRATOR MIKE MILLER
WAS ON DUTY FOR HIS SHIFT MON-FRI, WE
WERE DENIED HEAT TO OUR CELL #5.

(4)   ONE AFTERNOON I ASKED C/O FENTON TO
PLEASE TURN THE HEAT ON. SHE C/O FENTON
STATED; "YOU CAN'T HAVE HEAT UNTIL MIKE
LEAVES."

(5)   ONE MORNING WHEN MIKE MILLER ASKED
JOLLY HOW HE LIKES HIS COFFEE JOLLY
STATED JUST BLACK. MIKE MILLER THAN STATED
HE (MIKE MILLER) LIKES HIS LIKE HE LIKES
HIS WOMEN "BLACK GROUND UP AND IN THE
FREEZER".

(6)   MIKE MILLER KNOWS DETAINEE JOLLY'S
2 CHILDREN ARE HALF BLACK AND HALF WHITE.
PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY
OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON
12-21-2023 Sign _Jermy Tucker_

WITNESS SIGN _Ronald Jolly_

PRINT _Jermey Tucker_

WITNESS PRINT _RONALD JOLLY_

1 OF 1

*EXHIBIT #6*

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT WAYNE COUNTY, ILLINOIS

**THE PEOPLE OF ILLINOIS**
Plaintiff/Petitioner

vs.

**No. 2021-CF-131**

**RONALD D. JOLLY,**
Defendant/Respondent

## DEFENDANT'S RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY

The Defendant and Client, Ronald D. Jolly wishes now to ratifies his Written offer to Plead Guilty signed 12-29-2023 and Written Plea of Guilty signed 12-30-2023 and in support of said ratification states as follows:

1. That Ronald Jolly during the pendency of his criminal cases in Wayne County has been mistreated and his legal and human rights have been violated.

2. That Ronald Jolly has suffered emotionally and psychologically because of said mistreatment at the hands of the Wayne County Jail.

3. That because of his negative reaction to his mistreatment Ronald Jolly has second guessed many things including his own decisions and the advice of his legal counsel Jonathan Turpin.

4. That Ronald Jolly has recently verbally instructed Jonathan Turpin to repudiate his written agreement with the State to Plead guilty signed 12-29-2023 and Written Plea of Guilty signed in Jonathan Turpin's presence at the Wayne County Jail, and signed after reviewing the Mittimus and asking questions of his legal counsel to the Defendant's satisfaction.

5. That Ronald Jolly at this time **DOES NOT WISH TO REPUDIATE HIS WRITTEN OFFER TO PLEAD GUILTY OR HIS WRITTEN PLEA OF GUILTY AND INSTRUCTS HIS ATTORNEY TO DISREGARD DEFENDSANT'S PREVIOUS INSTRUCTIONS TO FILE AN APPEAL, AND NOT FILE HIS APPEAL BEFORE 1-3-2023 in 2023-CF-43.**

DATED: 1-1-2024

_____
**Ronald D. Jolly – Defendant**

1 OF 1

5-8-2024

DECLARATION UNDER PENALTY OF PERJURY
OF RONALD D. JOLLY, BEING COMPETENT TO
MAKE THIS DECLARATION AND HAVING PERSONAL
KNOWLEDGE OF THE MATTERS STATED THEREIN,
DECLARES PURSUANT TO 28 U.S.C. § 1746:

1) 3-6-2023 TO 1-12-2024 I WAS BEING DETAINED
AT THE WAYNE COUNTY JAIL, IN FAIRFIELD, IL.
PENDING SEVERAL CRIMINAL CHARGES.

2) FROM 3-6-2023 TO 11-8-2023 I WAS NOT ALLOWED
TO CONFER WITH ANY ATTORNEY, AT THE WAYNE
COUNTY JAIL, UNLESS IT WAS THROUGH GLASS, WITH
A PHONE THAT CLEARLY NOTIFIED BOTH PARTIES
(ATTORNEY & CLIENTS) THAT IT WAS BEING RECORDED.

3) I RONALD JOLLY WAS INFORMED by MY DOCTOR JODI
PELIGRIN AT HORIZON HEALTHCARE, THAT WAYNE COUNTY
SHERIFF'S DEPARTMENT CANCELLED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY SECURITY LEVEL.

4) JODI PELIGRIN DID HAVE ME TAKE XRAYS
FOR PAIN CLINIC.

5) JODI PELIGRIN DID HAVE ME SCHOULED FOR
NERVE blockING SHOTS AFTER SEEING XRAYS OF
MY bACK.

6) I HAVE, PRIOR TO bEING DETAINED AT WAYNE COUNTY JAIl HAVE RECEIVED NERVE blocKING SHOTS IN MY lOWER TO MID bACK As TREATMENT FOR PAIN.

7) NUMEROUS TIMES WHIlED bEING DETAINED AT THE WAYNE COUNTY JAIl I REQUESTED TREATMENT FOR PAIN TO NO AVAIl.

8) I WAS lED TO bElIEVE by CHIEF JAIl ADMINISTRATOR MIKE MIllER THAT I WAS'NT bEING SCHEDUlED FoR AN APPOINTMENT TO PAIN ClINIC, DUE TO MY DOCTOR NOT REFERING ME TO PAIN ClINIC. WHEN IN FACT IT WAS THE WAYNE COUNTY JAIl, WAYNE COUNTY SHERIFF'S DEPARTMENT CANCEllING MY APPOINTMENT TO PAIN ClINIC. REFER TO GRIEVANCE DATED 10-8-2023 MARKED EXHIbIT #3

9) MEMORANDUM, All EXHIbITS, AND CIVIl COMPlAINT, AND DEClARATION PURSUANT TO 28 U.S.C. § 1746, I DEClARE UNDER PENAlTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON 5-8-2024 By RONAlD DAlE JOllY    Ronald Dale Jolly

EXHIBIT #8



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

July 20, 2023

**SENT VIA US MAIL**
Mr. Ron Jolly
305 E. Court
Fairfield, IL 62837

Re:  Your Complaint against Wayne County Jail
     2023-CRC-5485

Dear Mr. Jolly,

     The Civil Rights Bureau of the Illinois Attorney General's Office has received a copy of your complaint against the Wayne County Jail.  Thank you for taking the time to share with us the details of what you experienced.

     Unfortunately, the Civil Rights Bureau will not investigate further at this time.  We have documented the incidents to track whether the conduct continues or indicates a possible pattern or practice of discrimination.

     This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law.  If you wish to proceed with possible claims, you should speak with an attorney or contact any of the organizations listed below for legal services.

**John Howard Association**
70 E Lake Street # 410
Chicago, IL 60601
Phone: (312) 291-9183
Website: https://www.thejha.org/

**Illinois Department of Corrections Jail and Detention Standards Division**
555 W. Monroe Street
#600-S
Chicago, IL 60661
Phone: (217) 558-2200 ex 412
Website: https://www2.illinois.gov/idoc/aboutus/Pages/JailandDetentionStandards.aspx

1 OF 2

**Uptown People's Law Center**
4413 North Sheridan
Chicago, IL 60640
Phone: (773) 769-1411

     If you believe that we can assist you with any other civil rights-related matters, please do not hesitate to contact our office. If you have any questions about the work our Bureau handles or general civil rights-related questions, feel free to call our hotline at (312) 814-3400.

             Sincerely,

             Shavon M. Robinson, MS
             Paralegal, II

             **THE OFFICE OF THE ATTORNEY GENERAL
             OF THE STATE OF ILLINOIS**



## OFFICE OF THE STATE'S ATTORNEY

### WAYNE COUNTY

Kevin C. Kakac
State's Attorney

307 East Main Street
Fairfield, Illinois 62837

Phone (618) 842-3433
FAX (618) 847-4618

April 25, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

Re: FOIA Request Dated 04/18/2024

Dear Mr. Jolly:

I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

The review of these documents and the response to this request was undertaken by Wayne County Assistant State's Attorney Kyle ELlis. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

Public Access Counselor Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-Mail: publicaccess@atg.state.il.us.

You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

Please direct any questions concerning this matter to my attention.

Respectfully,

Kyle Ellis
Wayne County Assistant State's Attorney

KAE/gml

Enclosures

1 OF 5

Exhibit #9

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 4-18-24    REQUEST NO: 2

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFFS
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD    STATE: IL.    ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly    IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO    STATE: IL.    ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:
PLEASE SEE ATTACHED DOCUMENTS: where you either by
accident or on purpose left out contents of July 6, 2023
Emails sent and received From Jonathan Turpin and
Chris Otey. Can you please send me the
contents of those Emails Dated July 6, 2023
Thank you.

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM    Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

2 OF 5

Ronald Jolly

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024     REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTMEN
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD     STATE: IL     ZIP: 62837

REQUESTER'S NAME: RONALD D. JOLLY     IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO     STATE: IL     ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:
I'm requesting copies of received & sent Emails/
Corrospondance with Jonathan Turpin, Attorney
General, & Horizon Healthcare requarding Ronald
D. Jolly between the dates 3-6-2023 to
Current date. Please & Thank you.
That is any corrospondance with those listed
above sent & received with Wayne County Sheriffs
Department requarding RONALD D. JOLLY
In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM     Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

3 OF 5

Ronald Jolly

# M Gmail

**Chris Otey <sheriffotey@gmail.com>**

---

## Jonathan Turpin
6 messages

---

**Jonathan Turpin** <jonturpin13@gmail.com>                    Thu, Jul 6, 2023 at 2:33 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
2119K

---

**Chris Otey** <sheriffotey@gmail.com>                    Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

---

**Chris Otey** <sheriffotey@gmail.com>                    Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>                    Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue. Have a good weekend. JTe.
[Quoted text hidden]

--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the message from your computer system immediately.

---

**Chris Otey** <sheriffotey@gmail.com>                    Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week during normal business hours.

Thank you
Sheriff Chris Otey

4 OF 5

[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>    Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.
[Quoted text hidden]

5 oF 5

Foutris' Law Office, Ltd)
53 W. Jackson Blvd. Suite 352
Chicago, IL 60604
(312) 212-1200

Darryl A. Goldberg
33 N. Dearborn St. #1830
Chicago, IL 60602
(773) 793-3196

Hale & Monico
Monadnock Building
53 W. Jackson Blvd. Suite 334
Chicago, IL 60604
(312) 535-9474

Ed Fox & Associates, Ltd.
118 N. Clinton St. #425
Chicago, IL 60661
(312) 345-8877

Loevy + Loevy
311 North Aberdeen St. 3rd floor
Chicago, IL 60667
(312) 243-5900

WROTE ON 3-24-2004
FOR REPRESENTATION

1 OF 5



**UPLC**
UPTOWN PEOPLE'S LAW CENTER

4443 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

## PRIVILEGED LEGAL CORRESPONDENCE

11/13/2023

Ronald Jolly
N/A

305 E. Court St.
Fairfield, IL 62837

Dear Ronald Jolly,

Please be advised that we received your letter requesting legal assistance. While UPLC represents many prisoners, the work we do is limited to civil rights cases challenging the way people are treated in the Illinois Department of Corrections. We do not take cases out of county jails, federal prisons, or prisons outside the state of Illinois.

Although UPLC cannot represent you, that does not mean you do not have meritorious claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before an incarcerated person can file a case, they need to exhaust their "administrative remedies." This process will be different depending on what type of facility you are in (county jail, federal prison, or state prison). We cannot advise you on how to exhaust administrative remedies where you are located, but it generally involves filing a grievance within the time frames laid out by your facility and following procedures to appeal the response you receive. Additionally, once the grievance process has been exhausted, the case must be filed within the applicable statute of limitations, which is generally two years.

As we have not reviewed the merits of your claim, we are not in a position to advise you which deadlines apply to your particular claims. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

Although we are unable to represent you, we recommend that you keep a copy of this letter for your records. If you decide to file a lawsuit *pro se* (without legal representation), you will have the opportunity to file a motion with the court requesting that they appoint an attorney to represent you. If you file a motion for the appointment of counsel, you must include evidence that you tried to find an attorney on your own but were unsuccessful. Therefore, you should submit a



2 OF 5

2

copy of this letter and similar letters you may have received from other law offices along with such a motion.

Sincerely,


Uptown People's Law Center



3 OF 5

**⊑ LOEVY + LOEVY**

April 16, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

### *CONFIDENTIAL LEGAL CORRESPONDENCE*

*Via USPS Mail*
Ronald Jolly S05734 14-A-4
Graham Correctional Center
12078 IL. 185
Hillsboro, IL 62049

*Re: Your request for legal representation*

Ronald Jolly:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy

4 OF 5



**HALE & MONICO**
AMERICA'S JUSTICE ATTORNEYS

April 12, 2024

Ronald Jolly #505734 14-A-4
12078 IL Rt 185
Hillsboro, IL 62049

      Re: *Your Inquiry to Hale & Monico*

Dear Mr. Jolly,

Thank you for reaching out to Hale & Monico regarding your potential claim. We have reviewed the information that you submitted and, unfortunately, we are not able to assist you with this particular claim, but appreciate that you considered our firm for your legal needs. Please be advised that there is a statute of limitations that requires you to file your lawsuit within a certain time frame. We would encourage you to contact another attorney immediately to assist you with your claim and help you preserve your rights.

Sincerely,

*Hale & Monico*


www.halemonico.com



S OF 5

CJRA_T,CLOSED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:09-cv-00074-GPM

Jolly v. Hinkle et al

Assigned to: Judge G. Patrick Murphy

Demand: $50,000

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/26/2009

Date Terminated: 06/22/2009

Jury Demand: None

Nature of Suit: 550 Prisoner: Civil Rights

Jurisdiction: Federal Question

**Plaintiff**

**Ronald D. Jolly**

represented by **Ronald D. Jolly**
S05734
CENTRALIA CORRECTIONAL CENTER
9330 Shattuc Road
PO Box 7711
Centralia, IL 62801
Email:
PRO SE

V.

**Defendant**

**Jim Hinkle**
*Sheriff*

**Defendant**

**Michael Miller**
*Correctional Officer*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2009 | 9 | JUDGMENT in favor of Jim Hinkle and Michael Miller against Ronald D. Jolly. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 8 | MEMORANDUM AND ORDER Dismissing case pursuant to 28 U.S.C. Sec. 1915A; this dismissal counts as a "strike" for purposes of 28 U.S.C. Sec. 1915(g); and Denying 6 MOTION to Appoint Counsel.. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 7 | ORDER Directing Monthly Payments be made from Prison Account of Ronald Jolly; Granting 2 MOTION for Leave to Proceed in forma pauperis. IPFF set at $3.30. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |

| 02/03/2009 | | USM 285 forms received from Plaintiff Ronald D. Jolly as to Mike Miller and Sheriff Jim Hinkle (lmb) (Entered: 02/03/2009) |
|---|---|---|
| 01/26/2009 | 6 | MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 5 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 3 Motion to Appoint Counsel filed by Ronald D. Jolly. See attached document for specifics. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 4 | Letter from USDC SD/IL to Plaintiff with Case Notification and blank USM-285 forms (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 3 | STRICKEN PURSUANT TO DOC. 5 - MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) Modified on 1/26/2009 (bkl). (Entered: 01/26/2009) |
| 01/26/2009 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 1 | COMPLAINT against Jim Hinkle, Michael Miller, filed by Ronald D. Jolly.(bkl) (Entered: 01/26/2009) |