# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS

PLAINTIFF, RONALD JOLLY
VS.
DEFENDANT, CHRISTOPHER OTEY, MIKE MILLER, WAYNE COUNTY SHERIFF DEPARTMENT, AND WAYNE COUNTY IL. JAIL

NO: 3:24-CV-01489-JPG

## MOTION TO AMEND COMPLAINT # 3:24-CV-01489-JPG WITH MEDICAL RECORDS RECENTLY RECEIVED.

1) I REQUEST THIS HONORABLE COURT TO ALLOW ME TO AMEND COMPLAINT WITH MEDICAL RECORDS RECENTLY RECEIVED FROM I.D.O.C., PERTAINING TO PLAINTIFF BEING SEEN @ HORIZON HEALTHCARE WHILE INCARSERATED IN WAYNE COUNTY JAIL. THANK YOU

DECLARATION UNDER PENALTY OF PERJURY OF RONALD JOLLY.

1) I RONALD DALE JOLLY DID RECEIVE MEDICAL RECORDS THROUGH I.D.O.C. FROM HORIZON HEALTHCARE ON 7-18-2024.

2) MEDICAL RECORDS ARE PLAINTIFFS RECORDS OF WHEN PLAINTIFF WAS SEEN @ HORIZON HEALTHCARE.

3) I.D.O.C. HAS RONALD DALE JOLLY S05734 CLASSIFIED AS NO ESCAPE RISK & MINIMUM SECURITY.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON 7-21-2024

RONALD DALE JOLLY

*Ronald Jolly*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

**Ronald Jolly**
Name

**S05734**
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?     Yes or (No)

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   (Yes) or No

   If yes, please list case number: **3:24-CV-01489-JPG**

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?     Yes or No

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion to Amend Complaint | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.