# EXHIBIT #10 APPENDIX
## TOTAL 51 PAGES

PG. 1 OF 51   MEDICAL RECORDS FACSIMILE COVER SHEET.

PG. 4 OF 51   MEDICATIONS/ IMITREX /SEROQUEL 100 MG X 2/ AND LOSARTIN.

PG. 3 OF 51   DISEASE/DISORDER LIST.

PG. 6 OF 51   #2 ASSESSMENT IMPRESSION CHRONIC LOW BACK PAIN. JAIL STAFF CLAIM PLAINTIFF CAN'T BE SEEN @ PAIN CLINIC DUE TO PLAINTIFF HAS TO BE UNSHACKLED. JAIL STAFF CLAIM PLAINTIFF IS A FLIGHT RISK.

PG. 9 OF 51   #2 FOLLOW UP OF BACK PAIN.

PG. 10 OF 51   X-RAYS DONE UNRESTRAINED.

PG. 10 OF 51   #3 FOLLOW UP OF L ANKLE INJURY X-RAYS DONE WITHOUT SHACKLES ON PLAINTIFF.

PG. 14 OF 51   #2 ASSESSMENT IMPRESSION CHRONIC LOW BACK PAIN.

PG. 25 OF 51   ASSESSMENT PLAN ORDERS CHRONIC LOW BACK PAIN.

PG. 27 OF 51   #2 BACK PAIN CHRONIC.

PG. 32 OF 51   ASSESSMENT/PLAN #7 CHRONIC L.B.P. #3 EAR INFECTION.

PG. 34 OF 51   CHRONIC BACK PAIN.

PG. 38 OF 51   REFERAL BACK TO PAIN CLINIC FOR CHRONIC LOW BACK PAIN.

PG. 51 OF 51.   ASSESSMENT PLAN #3 CHRONIC LOW BACK PAIN.

**JB Pritzker**
Governor



**Latoya Hughes**
Acting Director

RECEIVED
APR 0 2 2024
By:

## The Illinois Department of Corrections

Graham Correctional Center
12078 Illinois Route 185 • Hillsboro, IL 62049 • (217) 532-6961 TDD: (800) 526-0844

# F A C S I M I L E   C O V E R   S H E E T

☎ 217-532-6961 x 2300
Fax 217-532-3964 or
217-532-2230

**DATE:** 4-2-24

**TO:** Horizon Healthcare

**FAX#** 618-847-8379

*Received 24 pages of records on 4-23-24*

**FROM:** Graham Correctional Center
12078 IL Route 185
Hillsboro, IL 62049

c/Kersha

**FROM:** medical Records

Number of pages including cover sheet: 2

Ronald Jolly
DOB - 5-16-75

2015-present nerve-blocking shots

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us at the above address via the U.S. Postal Service. Thank You.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

1 OF 51





# HORIZON
H E A L T H C A R E
*Caring Through A Lifetime.*

| | | |
|---|---|---|
| Christopher Ballard, MD | John Snowden, PA-C | D. Wayne Stennett, APN FNP |
| Merla Lafikes, MD | Deandra Thompson, PA-C | Stephen Welty, APN FNP |
| Jodi Pelegrin, DO | Sharon Bartley, APN FNP | JoAnn Smith, PMHNP |
| Mervin Leader, MD | Christina Frymire, APN FNP | Jeff Wood, LCSW |
| Arunima Saxena, MD | John Gilmore, APN FNP | Amy Barton, LCSW |
| Francis Guerra-Bauman, MD | Ross Herdes, FNP | Micheela Harrison LCPC |
| Kayla Bell, PA-C | Sherry Mewes, APN FNP | |
| Kristen Harris, PA-C | Priscilla Poore, NP | |

213 NW 10th Street, Suite A | Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

| | |
|---|---|
| Patient: | **Ronald Jolly** |
| Date of Birth: | 05/16/1975 |
| Date: | 12/08/2023 02:00 PM |
| Visit Type: | Office Visit |

M.D. REVIEW
DATE _____
PHYS. SIG. _____
PULL CHART ☐
SEE _____
FILE

This 48 year old client presents for follow up of hypertension and follow up of depression.

# History of Present Illness

## 1. Follow Up of hypertension

Risk factors include male gender and obesity. Pertinent negatives include chest pain, dyspnea, fatigue, irregular heartbeat/palpitations, nausea and vomiting. Additional information: f/u. Pt taking losartan 25mg. Refused BP check in jail. BP today was 153/111. Pt declines headache

## 2. Follow Up of depression

The client does not present with fatigue. The client denies any nausea and vomiting. Additional information: f/u. Pt taking Seroquel 200mg. Pt stated does not like it once daily. decreasing appetite. does not get hungry till late evening.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 12/08/2023 | 12/08/2023 | Patient Health Questionnaire (PHQ-2) | 2 | 2 - Further testing indicated | | |

## Problem List
Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|

2 OF 51

Benign hypertension     04/30/2018     N

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |

Arthritis
Asthma
carpal tunnel
Headache, migraine
Hypertension
kidney stones
torn maniscus in left
knee

## Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

## Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

## Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

3 OF 51

## Tobacco Screening
Patient has used tobacco.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|------|----------------|---------------|------------|------------|------------------|
| Chewing | Never smoker | 1 Units | | | |

## Alcohol
There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle
Moderate activity level.
## Advance Directives
## Status Last reviewed on
12/08/2023.

## Advance directives have been verified by
Patient and are current.

## Directives
None.

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|-----------------|-----------------|------------|-----------|----------|--------------|
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | 04/26/2023 | | | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 10/24/2023 | 12/08/2023 | 10/24/2023 | N |
| Seroquel XR 200 mg tablet,extended release | take 1 tablet by oral route every day in the evening without food or with a light meal | 11/08/2023 | 12/08/2023 | | N |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 11/08/2023 | 12/08/2023 | 12/08/2023 | N |

## Medication Reconciliation
Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | Seroquel XR 200 mg tablet,extended release | take 1 tablet by oral route every day in the evening without food or with a light meal | N | Verified |
| taking as directed | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | Verified |
| taking as directed | losartan 25 mg tablet | take 1 tablet by oral route every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever and Night sweats. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Diarrhea, Nausea and Vomiting. |
| Neuro | Negative | Dizziness and Gait disturbance. |
| Integumentary | Negative | Change in shape/size of mole(s), Pruritus, Rash and Skin lesion. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:17 PM | 5.0 | 9.00 | 175.26 | 12/08/2023 | 0 |

## Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:17 PM | 2138.00 | | 969.780 | | 315.72 | |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:17 PM | 153/111 | | | | | |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:17 PM | 98.00 | 36.67 | | 87 | | |

## Measured by

| Time | Measured by |
|------|-------------|
| 2:17 PM | Brooke E. Phelps |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. |
| Respiratory | Normal | Effort - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| Patient Health Questionnaire (PHQ-2) | | | | 2 - Further testing indicated | 2 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Mild episode of recurrent major depressive disorder (F33.0). |
|    | Impression | Managed on seroquel 200XL. |
| 2. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
|    | Impression | Pt was referred to pain management, unable to be seen as they require him to be unshackled and pt is a flight risk. |
| 3. | Assessment | Essential hypertension (I10). |
|    | Impression | Managed on losartan. Last check on 11/30, bp was 187/105. Pt has refused checks since then. Increase to 100mg daily. Call with updated readings in approximately 1 month. Follow up in 6 months. |
| 4. | Other Orders | Orders not associated to today's assessments. |
|    | Plan Orders | The patient had the following order(s) completed today: Patient Health Questionnaire (PHQ-2). Interpretation: 2 - Further testing indicated, Result details: 2. |

## Care Guidelines (Detailed)

| Guideline | Status | Due | Action | Last Addressed | Comments |
|-----------|--------|-----|--------|----------------|----------|
| Colonoscopy | due | 12/08/2023 | | | |
| Depression screening | completed | 12/08/2024 | Completed on | 12/08/2023 | |

6 OF 51

| | | |
|---|---|---|
| Fall Risk Screening | | 05/16/2040 |
| Influenza vaccine | due | 12/08/2023 |
| Pneumococcal vaccine | | 05/16/2040 |
| Shingrix | | 05/16/2025 |
| Td vaccine | due | 12/08/2023 |
| Tdap | due | 12/08/2023 |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 12/08/2023 | losartan 100 mg tablet | take 1 tablet by oral route every day | N | | | |
| 11/08/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | | 12/08/2023 |
| 10/24/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 12/08/2023 |
| 12/08/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | May give anywhere from 8 hours apart to 16 hours apart dependent on med pass schedule | |
| 11/08/2023 | Seroquel XR 200 mg tablet,extended release | take 1 tablet by oral route every day in the evening without food or with a light meal | N | | Change in dosing form | 12/08/2023 |

The patient was checked out at 2:31 PM by Amy Galiher.

## Provider

Thompson, Deandra  12/08/2023 2:34 PM
Document generated by: Deandra Thompson 12/08/2023 02:34 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*

7 OF 51

Electronically signed by Deandra Thompson on 12/08/2023 02:34 PM



Christopher Ballard, MD
Merle Lafikes, MD
Jodi Pelegrin, DO
Mervin Leader, MD
Arunima Saxena, MD
Francis Guerra-Bauman, MD
Kayla Bell, PA-C
Kristen Harris, PA-C

John Snowden, PA-C
Deandra Thompson, PA-C
Sharon Bartley, APN FNP
Christina Frymire, APN FNP
John Gilmore, APN FNP
Ross Herdes, FNP
Sherry Mewes, APN FNP
Priscilla Poore, NP

D. Wayne Stennett, APN FNP
Stephen Welty, APN FNP
JoAnn Smith, PMHNP
Jeff Wood, LCSW
Amy Barton, LCSW
Michaela Harrison LCPC

**HORIZON**
H E A L T H C A R E
Caring Through A Lifetime.

213 NW 10th Street, Suite A  |  Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

Patient: **Ronald Jolly**
Date of Birth: 05/16/1975
Date: 11/08/2023 10:30 AM
Visit Type: Office Visit

This 48 year old client presents for follow up of Hypertension, follow up of Back pain, follow up of L ankle injury and follow up of Depression.

# History of Present Illness
## 1. Follow Up of Hypertension

Risk factors include male gender and obesity.  Pertinent negatives include chest pain, claudication, dyspnea, fatigue, hematuria, irregular heartbeat/palpitations and vomiting. Additional information: F/U on untreated HTN. He was put on Lisinopril 20mg in April for elevated BP as this was the medication he had taken in the past for his HTN. At visit in July he stated he has stopped taking it in Jun

Comments: as it made his ankles painful and swollen. He declined any other medication at that time. He was put on Losartan 25mg in August but at follow-up visit stated he stopped taking it because he felt the Wayne County jail should have more healthy food and work-out equipment so he would not have HTN and need medication. No medications since then. BP today is 147/101. He is stating he would like to try the Losartan again.

## 2. Follow Up of Back pain

Additional information: Patient is requesting referral back to the FMH Pain Clinic for his chronic LBP. He has filed a grievance with Wayne County jail that they are not allowing him treatment for his back pain by not allowing him to see the Pain Clinic.

Comments: Patient was seen at FMH for this issue in 2018 by Dr. Bhaskara and injections done in May 2018 which helped his pain. He then continued to be treated by Dr. Bhaskara when he moved his practice to Eldorado into 2020. He has not seen him in the past several years and no recent X-rays or MRI. Was taking Mobic for pain then. Dx of bulging disc.

Patient referred back to FMH Pain Clinic in March of this year by K. Bell and it was recommended by Pain Clinic that patient see PT first so appointment was made with them. This appointment with PT was canceled due to patient's disruptive/violent behavior at the jail facility. He was deemed to be too high of a security risk to take to PT at that time.

Patient was referred to the Pain Clinic in August and had lumbar X-rays done in anticipation of that visit. When Pain Clinic tried to schedule appointment they were told he was too high of security risk to schedule the appointment. I was asked for my opinion and I stated that this was a chronic not an acute problem. Patient should be seen in Pain Clinic when security risk lessened per the judgment of the jail personnel.

## 3. Follow Up of L ankle injury

Pt seen in September for injury to L ankle which occurred in approx July when he slipped in the shower and caused an inversion motion of ankle causing lateral pain and heard a loud pop. At the time the ankle got swollen and painful. Ice was applied and got some better but still painful w/ certain motions and locks up occasionally. X-ray done at that visit which was negative for fracture. Patient states the ankle continues to be sore with activities and continues to be swollen.

## 4. Follow Up of Depression

Patient was put back on Seroquel 100mg BID in March when first incarcerated, as he had stated this was what he had been on in the past for depression. He states today that the medication is not given 12 hours apart and that affects his mood. He states medications are given at 6:30AM and 5:00PM but sometimes the times vary. He would like the prescription to say that the medication has to be given 12 hours apart for consistency.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 11/08/2023 | 11/08/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | | |

## Problem List

Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History

(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| Arthritis | | | | |
| Asthma | | | | |
| carpal tunnel | | | | |

Headache, migraine
Hypertension
kidney stones
torn maniscus in left
knee


# Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

# Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

## Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

## Tobacco Screening
Patient has used tobacco. Patient has not used tobacco in the last 30 days.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| Chewing | Never smoker | 1 Units | | | |

## Alcohol

There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle

Moderate activity level.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | 04/26/2023 | | | N |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 08/17/2023 | 11/08/2023 | 11/08/2023 | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 10/24/2023 | | 10/24/2023 | N |

## Medication Reconciliation

Medications reconciled today.

## Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| not taking | losartan 25 mg tablet | take 1 tablet by oral route every day | N | Verified |
| taking as directed | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |
| taking as directed | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|

12 OF 51

| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| ENMT | Negative | Ear drainage, Hearing loss and Nasal drainage. |
| Eyes | Negative | Eye discharge, Vision changes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Constipation, Diarrhea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Polyuria (Genitourinary). |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia, Polyphagia and Polyuria (Endocrine). |
| Neuro | Negative | Gait disturbance. |
| Psych | Negative | Anxiety and Depression. |
| Integumentary | Negative | Pruritus and Rash. |
| MS | Negative | Joint swelling and Muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|--------|---------------|-----------------|
| 10:39 AM | 5.0 | 9.00 | 175.26 | 11/08/2023 | 0 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 10:39 AM | 147/101 | sitting | right | Arm | automatic | adult |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 10:39 AM | 97.50 | 36.39 | | 89 | regular | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 10:39 AM | 95 | | | | | | | | |

## Comments

| Time | Comments |
|------|----------|
| 10:39 AM | Unable to obtain Weight. |

## Measured by

| Time | Measured by |
|------|-------------|
| 10:39 AM | Whitney Wheeler |

# Physical Exam

| Exam | Findings | Details |
|------|----------|---------|

Jolly, Ronald   000000005768 05/16/1975 11/08/2023 10:30 AM 5/8

| Constitutional | Normal | Well developed. |
| Eyes | Normal | Pupil - Right: Normal, Left: Normal. |
| Neck Exam | Normal | Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. No agitation. Not anxious. Appropriate mood and affect. Sufficient fund of knowledge. Sufficient language. No hallucinations. Not hopeless. Normal insight. Normal judgment. Normal attention span and concentration. No pressured speech. No suicidal ideation. |

# Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | |

# Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Mild episode of recurrent major depressive disorder (F33.0). |
| | Impression | Patient concerned that medication is not given consistently 12 hours apart each day. Patient is currently on dose of this medication that can be dosed daily instead of BID which would provide more consistency daily.. |
| | Patient Plan | Change patient's dosing from 100mg BID to 200mg XR form once daily |
| 2. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Impression | Hx of disc disease and chronic pain. |
| | Patient Plan | Referral back to FMH Pain Clinic sent - Per determination of Wayne County Jail whether patient can be scheduled for this visit at this time. |
| | Plan Orders | Amit Bhandarkar -Pain Medicine. |
| 3. | Assessment | Essential hypertension (I10). |
| | Impression | Continues to run high off medications. |
| | Patient Plan | Restart Losartan 25mg daily Encouraged to take his BP daily for 1-2 weeks and we will call to see how it is running - will adjust medication accordingly. |
| 4. | Assessment | Left lateral ankle pain (M25.572). |
| | Impression | Not improving. |
| | Patient Plan | Referral place for one-time visit to PT to get home exercise program for ankle. Patient to do the exercise daily on his own at the jail. Continue OTC medications as needed. |
| | Plan Orders | Physical Therapy. Clinical information/comments: One-time visit for home exercise program. |
| 5. | Other Orders | Orders not associated to today's assessments. |

| Plan Orders | The patient had the following order(s) completed today: Patient Health Questionnaire (PHQ-2). Interpretation: Further testing is not required, Result details: 0. |
|---|---|

## Care Guidelines (Detailed)

| Guideline | Status | Due | Action | Last Addressed | Comments |
|---|---|---|---|---|---|
| Colonoscopy | due | 11/08/2023 | | | |
| Depression screening | completed | 11/08/2024 | Completed on 11/08/2023 | 11/08/2023 | |
| Fall Risk Screening | | 05/16/2040 | | | |
| Influenza vaccine | due | 11/08/2023 | | | |
| Pneumococcal vaccine | | 05/16/2040 | | | |
| Shingrix | | 05/16/2025 | | | |
| Td vaccine | due | 11/08/2023 | | | |
| Tdap | due | 11/08/2023 | | | |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 11/08/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 08/17/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | | 11/08/2023 |
| 10/24/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |
| 11/08/2023 | Seroquel XR 200 mg tablet,extended release | take 1 tablet by oral route every day in the evening without food or with a light meal | N | | Change in dosing form | |

The patient was checked out at 11:14 AM by Amy Galiher.

## Provider

Pelegrin, DO, Jodi  11/08/2023 7:21 PM
Document generated by: Jodi Pelegrin DO 11/08/2023 07:21 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
Jolly, Ronald   000000005768 05/16/1975 11/08/2023 10:30 AM 7/8

*Phone: 618-842-2611*

Electronically signed by Jodi Pelegrin, DO on 11/08/2023 07:22 PM



Christopher Bellard, MD    John Snowden, PA-C    D. Wayne Stennett, APN FNP
Marla Lafikes, MD    Deandra Thompson, PA-C    Stephen Welty, APN FNP
Jodi Pelegrin, DO    Sharon Bartley, APN FNP    JoAnn Smith, PMHNP
Mervin Leader, MD    Christina Frymire, APN FNP    Jeff Wood, LCSW
Arunima Saxena, MD    John Gilmore, APN FNP    Amy Barton, LCSW
Francis Guerra-Bauman, MD    Ross Herdes, FNP    Michaela Harrison LCPC
Kayla Bell, PA-C    Sherry Mewes, APN FNP
Kristen Harris, PA-C    Priscilla Poore, NP

213 NW 10th Street, Suite A | Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

Patient: **Ronald Jolly**
Date of Birth: 05/16/1975
Date: 09/29/2023 02:30 PM
Visit Type: Office Visit

This 48 year old client presents for ankle pain, hypertension and labs.

# History of Present Illness

## 1. ankle pain

Location: left ankle. The pain is throbbing and shooting. The pain is aggravated by walking. Associated symptoms include locking. Additional information: Pt stated he slipped in the shower several months ago and caused an inversion motion of ankle causing lateral pain and heard a loud pop. At the time the ankle got swollen and painful. Ice was applied and got some better but still painful w/ certain motions and locks up occasionally.

Comments: "States I have just dealt with it but still giving me problems." Wanting to make sure not broken. No previous injuries to this ankle.

## 2. hypertension

Risk factors include male gender and obesity. Pertinent negatives include chest pain, dyspnea, fatigue, irregular heartbeat/palpitations, nausea and vomiting. Additional information: Pt put on Losartan at last visit in August but not taking it. States he feels the Wayne County jail should have more healthy food and work-out equipment so he would not have HTN and need medication.

Comments: BP today was 167/126.

## 3. labs

Pt is wanting to have his A1c checked. Pt has never been diagnosed with DM in the past or been on DM medication. DM in his family. States he is occasionally having dizziness and light-headedness.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 09/29/2023 | 09/29/2023 | Patient Health Questionnaire (PHQ-2) | 2 | 2 - Further testing indicated | | |

## Problem List
Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Contagion Exposure
(Detailed document)
### Active Contagion Exposure

| Exposure | Incubation | Where | Exposure Date | Arrival | Departure | Level of Exposure | Duration | Risk |
|---|---|---|---|---|---|---|---|---|
| Corona Virus 2019-nCoV | 7-14 Days | | | | | no known exposure | | low risk |
| Corona Virus 2019-nCoV | 7-14 Days | | | | | no known exposure | | low risk |
| Corona Virus 2019-nCoV | 7-14 Days | | | | | Not vaccinated | | high risk |
| Corona Virus 2019-nCoV | 7-14 Days | | | | | Not vaccinated | | high risk |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| Arthritis | | | | |
| Asthma | | | | |
| carpal tunnel | | | | |
| Headache, migraine | | | | |
| Hypertension | | | | |
| kidney stones | | | | |
| torn maniscus in left knee | | | | |

## Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

## Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

## Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

## Tobacco Screening
Patient has used tobacco.

### Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| Chewing | Never smoker | 1 Units | | | |

### Alcohol
There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

### Lifestyle
Moderate activity level.

# Advance Directives
## Status Last reviewed on
09/29/2023.

## Advance directives have been verified by
Patient and are current.

## Directives
None.

# Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | 04/26/2023 | | | N |
| ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | 04/26/2023 | 09/29/2023 | | N |
| amoxicillin 875 mg-potassium clavulanate 125 mg tablet | take 1 tablet by oral route every 12 hours | 08/02/2023 | 09/29/2023 | | N |
| Maxitrol 3.5 mg/g-10,000 unit/g-0.1 % eye ointment | 4 drops in affected ear 3 times per day for one week | 08/02/2023 | 09/29/2023 | | N |
| losartan 25 mg tablet | take 1 tablet by oral route every day | 08/17/2023 | | 08/17/2023 | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 09/21/2023 | | 09/21/2023 | N |

# Medication Reconciliation
Medications reconciled today.

# Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

Jolly, Ronald   000000005768 05/16/1975 09/29/2023 02:30 PM 4/7

# Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever and Night sweats. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Edema and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Diarrhea, Nausea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Urinary frequency. |
| Endocrine | Negative | Polydipsia and Polyphagia. |
| Neuro | Positive | Extremity weakness. |
| Neuro | Negative | Dizziness, Gait disturbance, Headache, Memory impairment, Numbness in extremity, Seizures and Tremors. |
| Integumentary | Negative | Change in shape/size of mole(s), Pruritus, Rash and Skin lesion. |
| MS | Positive | Joint locking, Joint pain, Joint swelling, Muscle weakness. |
| MS | Negative | Neck pain. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:36 PM | 5.0 | 9.00 | 175.26 | 09/29/2023 | 0 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:36 PM | 167/126 | | | | | |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:36 PM | 99.50 | 37.50 | | 96 | | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 2:36 PM | 97 | | | | | | | | |

## Measured by

| Time | Measured by |
|---|---|
| 2:36 PM | Brooke E. Phelps |

# Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Pupil - Right: Normal, Left: Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |

Jolly, Ronald   000000005768 05/16/1975 09/29/2023 02:30 PM 5/7

| | | |
|---|---|---|
| Musculoskeletal | Comments | L ankle with mild lateral swelling and TTP over ATF ligament. Lacking 10 degrees of DF and eversion. No specific laxity. Walking with no limp. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. Sensory - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. No agitation. Not anxious. Appropriate mood and affect. Sufficient fund of knowledge. Sufficient language. No hallucinations. Not hopeless. No memory loss. Normal insight. Normal judgment. Normal attention span and concentration. No pressured speech. No suicidal ideation. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | 2 - Further testing indicated | 2 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Left lateral ankle pain (M25.572). |
| | Impression | Injury 6 months ago with ongoing pain with motion.. |
| | Patient Plan | X-ray ordered - will call with results<br>Continue OTC Tylenol and Ibuprofen PRN |
| 2. | Assessment | Family history of diabetes mellitus (Z83.3). |
| | Impression | DM in second-degree relatives. Patient is gaining weight over last 6 months and has untreated HTN.. |
| | Patient Plan | Labs ordered including CMP, CBC, Lipids and HgbA1C |
| 3. | Assessment | Essential hypertension (I10). |
| | Impression | Currently running high due to poor compliance with treatment. Dizziness and headaches presuming due to BP.. |
| | Patient Plan | Discuss risks of untreated HTN<br>Patient declining medications |
| | Plan Orders | The patient had the following order(s) completed today: COMPLETE BLOOD COUNT, Next Lab Date is. Interpretation: See module, COMPLETE MET. PANEL. Interpretation: See module, GLYCOHEMOGLOBIN. Interpretation: See module and LIPID SCREEN, Next Lab Date is 09/29/2023. Interpretation: See module. |

## Care Guidelines (Detailed)

| Guideline | Status | Due | Action | Last Addressed | Comments |
|---|---|---|---|---|---|
| Colonoscopy | due | 09/29/2023 | | | |
| Depression screening | completed | 09/29/2024 | Completed on 09/29/2023 | 09/29/2023 | |
| Fall Risk Screening | | 05/16/2040 | | | |
| Influenza vaccine | due | 09/29/2023 | | | |
| Pneumococcal vaccine | | 05/16/2040 | | | |

22 OF 51

| Shingrix | | 05/16/2025 |
| Td vaccine | due | 09/29/2023 |
| Tdap | due | 09/29/2023 |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 08/02/2023 | amoxicillin 875 mg-potassium clavulanate 125 mg tablet | take 1 tablet by oral route every 12 hours | N | | | 09/29/2023 |
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 08/17/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 08/02/2023 | Maxitrol 3.5 mg/g-10,000 unit/g-0.1 % eye ointment | 4 drops in affected ear 3 times per day for one week | N | | For use in L ear. | 09/29/2023 |
| 04/26/2023 | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | | | 09/29/2023 |
| 09/21/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |

The patient was checked out at 2:58 PM by Amy Galiher.

## Provider

Pelegrin, DO, Jodi 09/29/2023 8:48 PM
Document generated by: Jodi Pelegrin DO 09/29/2023 08:48 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*

Electronically signed by Jodi Pelegrin, DO on 09/29/2023 08:48 PM

23 OF 51



| Christopher Ballard, MD | John Snowden, PA-C | D. Wayne Stennett, APN FNP |
| Marla Lafikes, MD | Deandra Thompson, PA-C | Stephen Welty, APN FNP |
| Jodi Pelegrin, DO | Sharon Bartley, APN FNP | JoAnn Smith, PMHNP |
| Mervin Leader, MD | Christina Frymire, APN FNP | Jeff Wood, LCSW |
| Arunima Saxena, MD | John Gilmore, APN FNP | Amy Barton, LCSW |
| Francis Guerra-Bauman, MD | Ross Herdes, FNP | Michaele Harrison LCPC |
| Kayla Bell, PA-C | Sherry Mewes, APN FNP | |
| Kristen Harris, PA-C | Priscilla Poore, NP | |

### 213 NW 10th Street, Suite A | Fairfield IL. 62837
### P: (618) 842-4617    F: (618) 842-4743

| Patient: | **Ronald  Jolly** |
| Date of Birth: | 05/16/1975 |
| Date: | 08/21/2023 03:02 PM |
| Visit Type: | Chart Update |

This 48 year old client.

## Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | 04/26/2023 | | | N |
| ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | 04/26/2023 | | | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 07/20/2023 | 08/22/2023 | 08/22/2023 | N |
| amoxicillin 875 mg-potassium clavulanate 125 mg tablet | take 1 tablet by oral route every 12 hours | 08/02/2023 | | | N |
| Maxitrol 3.5 mg/g-10,000 unit/g-0.1 | 4 drops in affected ear 3 times per day for one week | 08/02/2023 | | | N |

24 OF 51

% eye ointment

| | | | | | |
|---|---|---|---|---|---|
| losartan 25 mg tablet | take 1 tablet by oral route every day | 08/17/2023 | | 08/17/2023 | N |

# Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

# Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) LUMBAR SPINE MIN 4V to be performed. Amit Bhandarkar -Pain Management. |

# Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 08/02/2023 | amoxicillin 875 mg-potassium clavulanate 125 mg tablet | take 1 tablet by oral route every 12 hours | N | | | |
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 08/17/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | | |
| 08/02/2023 | Maxitrol 3.5 mg/g-10,000 unit/g-0.1 % eye ointment | 4 drops in affected ear 3 times per day for one week | N | | For use in L ear. | |
| 04/26/2023 | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | | | |
| 07/20/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | 08/22/2023 |
| 08/22/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |

25 OF 51

**Provider**

Pelegrin, DO, Jodi  08/25/2023 3:05 PM
Document generated by: Jodi Pelegrin DO 08/25/2023 03:05 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*

Electronically signed by Jodi Pelegrin, DO on 08/25/2023 03:05 PM



| Christopher Ballard, MD | John Snowden, PA-C | Priscilla Poore, NP |
| Marla Lafikes, MD | Deandra Thompson, PA-C | D. Wayne Stennett, APN FNP |
| Jodi Pelegrin, DO | Sharon Bartley, APN FNP | Stephen Welty, APN FNP |
| Mervin Leader, MD | Christina Frymire, APN FNP | Jeff Wood, LCSW |
| Arunima Saxena, MD | John Gilmore, APN FNP | Amy Barton, LCSW |
| Kayla Bell, PA-C | Ross Herdes, FNP | Michaela Harrison LCPC |
| Kristen Harris, PA-C | Sherry Mewes, APN FNP | |

213 NW 10th Street, Suite A  |  Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

Patient: **Ronald Jolly**
Date of Birth: 05/16/1975
Date: 08/02/2023 10:30 AM
Visit Type: Office Visit

This 48 year old client presents for Ear discomfort, Back Pain and Hypertension.

# History of Present Illness

## 1. Ear discomfort

Onset: 6 days ago.  The states the ear discomfort is in the left ear.  Associated symptoms include dizziness, ear pressure, fullness in ears, hearing deficit, loss of balance, mastoid bone tenderness and redness/swelling outer ear.  Pertinent negatives include congestion (nasal), cough, drainage (purulent), ear popping, fever, irritability, nausea, ringing in ears and vomiting.  Additional information: Patient presents from Wayne County jail for redness and pain of L ear for 4-5 days. Ear is swollen and red on outside front of pinna and painful w/ motion. No drainage. Decreased hearing.

## 2. Back Pain

Location of pain is lower back. Symptoms are aggravated by bending, lying/rest and twisting.

Comments: Patient continues to have chronic LBP. He was seen at FMH for this issue in 2018 by Dr. Bhaskara and injections done in May 2018 which helped his pain. He then continued to be treated by Dr. Bhaskara when he moved his practice to Eldorado into 2020. He has not seen him in the past several years and no recent X-rays or MRI. Was taking Mobic for pain then. Dx of bulging disc.

Patient referred back to FMH Pain Clinic in March and it was recommended by Pain Clinic that patient see PT first so appointment was made with them. Then this visit was canceled due to patient's disruptive/violent behavior at the jail facility.  Patient is declining Ibuprofen and Tylenol at the jail.

Patient is wanting referral sent back to Pain Clinic at this point. He was sent down to Medical Records at our last visit on 7/7 to sign release for Dr. Bhaskara and I do not see the records in his chart yet. He is also

27 0F 51

continuing to request an extra mattress due to poor condition of beds and increase in back pain when lying flat.

## 3. Hypertension

Risk factors include male gender and obesity. Pertinent negatives include chest pain, dyspnea, fatigue, irregular heartbeat/palpitations, nausea and vomiting. Additional information: Patient's BP continues to run high today on no medications. Put on Lisinopril in March as he used to take this for his HTN in the past and he states it caused swelling so he has declined taking it.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 08/02/2023 | 08/02/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | | |

## Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| carpal tunnel | | | | |
| kidney stones | | | | |
| torn maniscus in left knee | | | | |
| Headache, migraine | | | | |
| Hypertension | | | | |
| Arthritis | | | | |
| Asthma | | | | |

## Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

## Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

## Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

## Tobacco Screening
Patient has used tobacco.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| Chewing | Never smoker | 1 Units | | | |

## Alcohol
There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle
Moderate activity level.
## Advance Directives
Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat | 04/26/2023 | | | N |

| | | | | | |
|---|---|---|---|---|---|
| | after 2 hours if headache returns, not to exceed 200mgin 24hrs | | | | |
| ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | 04/26/2023 | | | N |
| lisinopril 20 mg tablet | take 1 tablet by oral route every day | 07/13/2023 | 08/02/2023 | 07/13/2023 | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 07/20/2023 | | 07/20/2023 | N |

## Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| taking as directed | lisinopril 20 mg tablet | take 1 tablet by oral route  every day | N | Verified |
| taking as directed | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route  every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | Verified |
| taking as directed | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | Verified |
| taking as directed | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Irritability and Night sweats. |
| ENMT | Positive | Ear pressure, External ear redness/swelling, Fullness in ears, Hearing deficit, Hearing loss, Mastoid bone tenderness. |
| ENMT | Negative | Ear popping, Nasal congestion, Nasal drainage, Purulent ear drainage, Ringing in ears, Sinus pressure and Sore throat. |
| Eyes | Positive | Eye pain. |
| Eyes | Negative | Eye discharge. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Edema and Irregular heartbeat/palpitations. |

Jolly, Ronald   000000005768 05/16/1975 08/02/2023 10:30 AM 4/7

30 OF 51

| GI | Negative | Abdominal pain, Diarrhea, Nausea and Vomiting. |
| Neuro | Positive | Dizziness, Loss of balance. |
| Neuro | Negative | Extremity weakness, Gait disturbance, Headache, Memory impairment and Numbness in extremity. |
| Integumentary | Negative | Pruritus, Rash and Skin lesion. |
| MS | Positive | Back pain. |
| MS | Negative | Muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding, Easy bruising and Lymphadenopathy. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|------|-----|------|--------|----------------|------------------|
| 10:24 AM | 5.0 | 9.00 | 175.26 | 08/02/2023 | 0 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 10:24 AM | 156/102 | sitting | left | Arm | automatic | adult large |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 10:24 AM | 97.50 | 36.39 | | 94 | regular | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 10:24 AM | 97 | | RA | | | | | | |

## Measured by

| Time | Measured by |
|------|-------------|
| 10:24 AM | Samantha Holmes |

# Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | * | Inspection - Left: erythematous. Canal - Left: redness and swollen. TM - Left: unable to visualize. |
| Ears | Normal | Inspection - Right: Normal. Canal - Right: Normal. TM - Right: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Auscultation - Normal. No abdominal tenderness. |
| Extremity | Normal | No edema. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. No agitation. |

Not anxious. Appropriate mood and affect. Appropriate affect. Normal insight. Normal judgment. Normal attention span and concentration. No pressured speech. No suicidal ideation.

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|-----------------|------------------------|--------|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Impression | Previous Hx of bulging lumbar disc and on-going treatment w/ injections.. |
| | Patient Plan | Get old records from Dr. Bhaskara in Eldorado |
| | | Do plain X-rays - order entered |
| | | Referral back to Pain clinic |
| | | Agreeable to double mattress if possible at Wayne County jail given history of injections for pain in the past. |
| 2. | Assessment | Essential hypertension (I10). |
| | Impression | Continue running high on no medications.. |
| | Patient Plan | Start Losartan 25mg daily |
| | | Check BID at jail and if not improving, notify me and we can increase medication. |
| 3. | Assessment | Acute otitis externa of left ear, unspecified type (H60.502). |
| | Patient Plan | Augmentin BID for one week |
| | | Maxitrol drops TID for one week |
| | | F/U if not improving. |
| 4. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s) completed today: Patient Health Questionnaire (PHQ-2). Interpretation: Further testing is not required, Result details: 0. |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|------------|-----------|------------|------------|------------|-------------|-----------|
| 08/02/2023 | amoxicillin 875 mg-potassium clavulanate 125 mg tablet | take 1 tablet by oral route every 12 hours | N | | | |
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of | N | | | |

32 OF 51

| | | | | | |
|---|---|---|---|---|---|
| | | a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | | | |
| 07/13/2023 | lisinopril 20 mg tablet | take 1 tablet by oral route every day | N | | 08/02/2023 |
| 08/02/2023 | losartan 25 mg tablet | take 1 tablet by oral route every day | N | | |
| 08/02/2023 | Maxitrol 3.5 mg/g-10,000 unit/g-0.1 % eye ointment | 4 drops in affected ear 3 times per day for one week | N | For use in L ear. | |
| 04/26/2023 | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | | |
| 07/20/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | |

The patient was checked out at 10:52 AM by Morgan Griffith.


## Provider

Pelegrin, DO, Jodi  08/02/2023 1:05 PM
Document generated by: Jodi Pelegrin DO 08/02/2023 01:05 PM


*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*


Electronically signed by Jodi Pelegrin, DO on 08/02/2023 01:05 PM



| Christopher Ballard, MD | John Snowden, PA-C | D. Wayne Stennett, APN FNP |
| Marla Lafikes, MD | Deandra Thompson, PA-C | Stephen Welty, APN FNP |
| Jodi Petegrin, MD | Sharon Bartley, APN FNP | Jeff Wood, LCSW |
| Mervin Leader, MD | Christina Frymire, APN FNP | Amy Barton, LCSW |
| Arunima Saxena, MD | John Gilmore, APN FNP | Michaela Harrison LCPC |
| Kayla Bell, PA-C | Ross Herdes, FNP | |
| Kristen Harris, PA-C | Sherry Mewes, APN FNP | |

213 NW 10th Street, Suite A | Fairfield IL. 62837
P: (618) 842-4617   F: (618) 842-4743

| | |
|---|---|
| Patient: | **Ronald Jolly** |
| Date of Birth: | 05/16/1975 |
| Date: | 07/07/2023 02:15 PM |
| Visit Type: | Office Visit |

This 48 year old client presents for Hypertension, discoloration of fingernail and Chronic back pain.

# History of Present Illness

## 1. Hypertension

Risk factors include male gender and obesity.  Pertinent negatives include chest pain, claudication, dyspnea, fatigue, hematuria, irregular heartbeat/palpitations and vomiting. Additional information: Patient presents for uncontrolled HTN. He was seen initially during this incarceration in March and chart states he was on Lisinopril as an outpatient. BP at that visit was borderline high.

Comments: Lisinopril not restarted at that visit. Patient then developed elevated BPs and headaches and seen in ER on 4/17/23. Restarted the Lisinopril 20mg daily. Patient states the Lisinopril makes him have swelling in his ankles so he stopped taking it one month ago. Now BPs are running very high and he is again having headaches. Patient states he does not want to be on any BP medications due to side effects and wants a health HTN diet prescribed instead.

It is noted in patient chart that he was initially put on Lisinopril 20mg in 2018 for HTN and took it through 2019 when he stopped see Horizon Healthcare for care.

## 2. discoloration of fingernail

Patient reports discoloration/yellowing  of thumb and index nails on left hand x 2 months. Not painful.

## 3. Chronic back pain

Patient continues to have chronic LBP. He was seen at FMH for this issue in 2018 and injections done at least once May 2018. He states this was helpful. No other treatment since then at FMH. Was taking Mobic for pain then. MRI reference in the office note but no copy of

Jolly, Ronald   000000005768 05/16/1975 07/07/2023 02:15 PM 1/6

the study available. Stated Dx of bulging disc.

Patient referred back to FMH Pain Clinic in March and it was recommended by Pain Clinic that patient see PT first so appointment was made with them. Then this visit was canceled due to patient's disruptive/violent behavior at the jail facility. Patient is declining Ibuprofen and Tylenol at the jail.

Patient is wanting referral sent back to Pain Clinic. No recent imaging. He is also requesting an extra mattress due to poor condition of beds and increase in back pain.

## Problem List

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| carpal tunnel | | | | |
| kidney stones | | | | |
| torn maniscus in left knee | | | | |
| Headache, migraine | | | | |
| Hypertension | | | | |
| Arthritis | | | | |
| Asthma | | | | |

## Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

## Social History  (Detailed)
Preferred language is English.
The patient does not need an interpreter.

### Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children: 1 son(s). 1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

## Alcohol
There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle
Moderate activity level.

## Advance Directives
Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|---|---|---|---|---|---|
| lisinopril 20 mg tablet | take 1 tablet by oral route every day | 04/26/2023 | | | N |
| Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | 04/26/2023 | | | N |
| ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | 04/26/2023 | | | N |
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | 06/21/2023 | | 06/21/2023 | N |

## Medication Reconciliation
Medications reconciled today.

## Allergies

36 OF 51

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Weight gain. |
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| ENMT | Negative | Ear drainage, Hearing loss and Nasal drainage. |
| Eyes | Negative | Eye discharge, Vision changes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Constipation, Diarrhea and Vomiting. |
| GU | Negative | Dysuria, Hematuria, Polyuria (Genitourinary) and Urinary frequency. |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia, Polyphagia and Polyuria (Endocrine). |
| Neuro | Positive | Headache. |
| Neuro | Negative | Dizziness, Gait disturbance, Memory impairment and Seizures. |
| Psych | Positive | Depression. |
| Psych | Negative | Anxiety. |
| Integumentary | Positive | Nail deformity. |
| Integumentary | Negative | Pruritus and Rash. |
| MS | Positive | Back pain. |
| MS | Negative | Joint swelling and Muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge. |

## Vital Signs

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 2:10 PM | 170/108 | | | | | |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:10 PM | | | | 79 | | |

### Measured by

| Time | Measured by |
|---|---|
| 2:10 PM | Chelsea Bittles RN |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |

Jolly, Ronald   000000005768 05/16/1975 07/07/2023 02:15 PM 4/6

| Eyes | Normal | Pupil - Right: Normal, Left: Normal. |
|------|--------|--------------------------------------|
| Nose/Mouth/Throat | Normal | Oropharynx - Normal. |
| Neck Exam | Normal | Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Auscultation - Normal. No abdominal tenderness. |
| Skin | Comments | Mild thickening/yellowing of thumb, index and middle finger nails of L hand. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. No agitation. No anhedonia. Not anxious. Appropriate mood and affect. Sufficient fund of knowledge. Sufficient language. Not fearful. Not forgetful. No hallucinations. Appropriate affect. No memory loss. Normal insight. Normal judgment. No pressured speech. No suicidal ideation. |

# Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Impression | Patient seen 5 years ago by Pain Clinic for one episode of injections. Requesting to be returned to see FMH Pain Clinic.. |
| | Patient Plan | - Referral back to FMH Pain Clinic or to PT department to get home exercises - per ability of Wayne County jail to safely transport patient to the appointment.<br>- If appointment is approved by jail, it would be recommended that patient have plain X-ray done before the appointment.<br>- Recommend restarting a daily NSAID for pain management such as Ibuprofen 800mg TID w/ 2 ES Tylenol TID.<br>- Patient does not meet IL State IDOC criteria for a double mattress.<br>- F/U w/ me for further evaluation of his back PRN |
| 2. | Assessment | Essential hypertension (I10). |
| | Impression | Running high due to non-compliance with medications.. |
| | Patient Plan | Discussed with patient that individualized dietary plans are not available at county jail and recommend that he restart his medication. Patient declining to take medication at this time.<br>Offered alternative HTN medications including HCTZ to treat any swelling and patient declined. |
| 3. | Assessment | Onychomycosis of nail of digit of hand (B35.1). |
| | Impression | Patient w/ mild fungal infection of nails of L hand. Non-painful and circulation is normal in the hand.. |
| | Patient Plan | Indicated to patient that it is not medically necessary to treat this infection at this time. |

# Care Guidelines

Reviewed, no changes: Last detailed document date: 04/26/2023

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 04/26/2023 | lisinopril 20 mg tablet | take 1 tablet by oral route every day | N | | | |
| 04/26/2023 | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | | | |
| 06/21/2023 | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |

The patient was checked out at 2:46 PM by Jasmine Moore.

## Provider
Pelegrin, DO, Jodi 07/07/2023 3:50 PM
Document generated by: Jodi Pelegrin DO 07/07/2023 03:50 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*

Electronically signed by Jodi Pelegrin, DO on 07/07/2023 03:50 PM

39 OF 51



Christopher Ballard, MD
Marta Lafikes, MD
Jodi Pelegrin, MD
Mervin Leader, MD
Arunima Saxena, MD
Kayla Bell, PA-C
Kristen Harris, PA-C

John Snowden, PA-C
Deandra Thompson, PA-C
Sharon Bartley, APN FNP
Christina Frymire, APN FNP
John Gilmore, APN FNP
Ross Herdes, FNP
Sherry Mewes, APN FNP

D. Wayne Stennett, APN FNP
Stephen Welty, APN FNP
Jeff Wood, LCSW
Amy Barton, LCSW
Michaela Harrison LCPC

213 NW 10th Street, Suite A  |  Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

| Patient: | **Ronald Jolly** |
|---|---|
| Date of Birth: | 05/16/1975 |
| Date: | 04/26/2023 02:00 PM |
| Historian: | self |
| Visit Type: | Office Visit |

This 47 year old client presents for follow up of Hypertension.

## History of Present Illness
### 1. Follow Up of Hypertension
Risk factors include male gender and obesity.  Pertinent negatives include chest pain, claudication, dyspnea, fatigue, hematuria, irregular heartbeat/palpitations and vomiting. Additional information: Pt is here today for 1 month follow up. Pt has been to the ER for this a few time. Pt has had a headache with elevated BP

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 04/26/2023 | 04/26/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | | |

## Problem List
Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| carpal tunnel | | | | |
| torn maniscus in left knee | | | | |
| kidney stones | | | | |
| Arthritis | | | | |
| Asthma | | | | |
| Headache, migraine | | | | |
| Hypertension | | | | |

# Family History

(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

# Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

# Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

# Marital Status/Family/Social Support
Marital status: Single

# Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

# Tobacco Screening
Patient has used tobacco. Patient has not used tobacco in the last 30 days.

Jolly, Ronald   000000005768 05/16/1975 04/26/2023 02:00 PM 2/7

41 OF 51

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|------|----------------|---------------|------------|------------|------------------|
| Chewing | Never smoker | 1 Units | | | |

## Alcohol

There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle

Moderate activity level.

## Advance Directives

Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|-----------------|-----------------|------------|-----------|----------|--------------|
| Seroquel 100 mg tablet | take 1 tablet by oral route 2 // times every day | | | | Y |

## Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|-----------|-----------------|----------|-----------|--------|
| taking as directed | lisinopril 20 mg tablet | take 1 tablet by oral route  every day | N | Verified |
| taking as directed | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | Y | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|------------|---------------------|-----------------|---------|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## Review of Systems

| System | Neg/Pos | Details |
|--------|---------|---------|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| ENMT | Negative | Ear drainage, Hearing loss and Nasal drainage. |
| Eyes | Negative | Eye discharge, Vision changes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Constipation, Diarrhea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Polyuria (Genitourinary). |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia, Polyphagia and Polyuria |

Jolly, Ronald   000000005768 05/16/1975 04/26/2023 02:00 PM 3/7

(Endocrine).

| | | |
|---|---|---|
| Neuro | Negative | Gait disturbance. |
| Psych | Negative | Anxiety and Depression. |
| Integumentary | Negative | Pruritus and Rash. |
| MS | Negative | Joint swelling and Muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge. |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extra sounds - None. Murmurs - None. Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Extremity | * | Edema - Location: lower extremity, Side: bilateral, Severity: trace, Type: pitting. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-2) | | | | Further testing is not required | 0 | | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Essential hypertension (I10). |
| | Patient Plan | stable. continue same. f/u in 3 months. labs in March were wnl |
| 2. | Assessment | Mild episode of recurrent major depressive disorder (F33.0). |
| | Patient Plan | improved. continue seroquel 100mg bid. f/u in 3 months. sooner prn. |
| 3. | Assessment | Migraine without aura and without status migrainosus, not intractable (G43.009). |
| | Patient Plan | pt had imitrex in the ER which helped.<br><br>imitrex 100mg rx. zofran rx. |

Jolly, Ronald   000000005768 05/16/1975 04/26/2023 02:00 PM 4/7

f/u in 3 months

4.   Other Orders   Orders not associated to today's assessments.
     Plan Orders    The patient had the following order(s) completed today: Patient Health Questionnaire
                    (PHQ-2). Interpretation: Further testing is not required, Result details: 0.

## Care Guidelines (Detailed)

| Guideline | Status | Due | Action | Last Addressed | Comments |
|---|---|---|---|---|---|
| Colonoscopy | due | 04/26/2023 | | | |
| Depression screening | completed | 04/26/2024 | Completed on 04/26/2023 | 04/26/2023 | |
| Fall Risk Screening | | 05/16/2040 | | | |
| Influenza vaccine | due | 04/26/2023 | | | |
| Pneumococcal vaccine | | 05/16/2040 | | | |
| Shingrix | | 05/16/2025 | | | |
| Td vaccine | due | 04/26/2023 | | | |
| Tdap | due | 04/26/2023 | | | |

## Medications (Added, Continued or Stopped today)

| Start Date | Medication | Directions | PRN Status | PRN Reason | Instruction | Stop Date |
|---|---|---|---|---|---|---|
| 04/26/2023 | Imitrex 100 mg tablet | take 1 tablet by oral route once with fluids as early as possible after the onset of a migraine attack;may repeat after 2 hours if headache returns, not to exceed 200mgin 24hrs | N | | | |
| 04/26/2023 | lisinopril 20 mg tablet | take 1 tablet by oral route every day | N | | | |
| 04/26/2023 | ondansetron 4 mg disintegrating tablet | take 1 Tablet by oral route every 4 - 6 hours for nausea and place under the tongue where it will dissolve, then swallow | N | | | |
| | Seroquel 100 mg tablet | take 1 tablet by oral route 2 times every day | N | | | |

The patient was checked out at  2:21 PM by Morgan Griffith.

## Provider

Bell PAC, Kayla S 04/26/2023 2:26 PM
Document generated by: Kayla Bell 04/26/2023 02:26 PM

*An Affiliate of Fairfield Memorial Hospital*
*303 NW 11th St*
*Fairfield, IL 62837*
*Phone: 618-842-2611*

Electronically signed by Kayla S. Bell PAC on 04/26/2023 02:26 PM

**ADDENDUMS APPEAR ON FOLLOWING PAGE**

Vitals from visit on 4/26/23, BP 142/87, Pulse 105, O2 97% weight 238.3LBS.



HORIZON
H E A L T H C A R E
Caring Through A Lifetime.

| Christopher Ballard, MD | John Snowden, PA-C | D. Wayne Stennett, APN FNP |
| Marla Lafikes, MD | Deandra Thompson, PA-C | Stephen Welty, APN FNP |
| Jodi Pelegrin, MD | Sharon Bartley, APN FNP | Jeff Wood, LCSW |
| Mervin Leader, MD | Christina Frymire, APN FNP | Amy Barton, LCSW |
| Arunima Saxena, MD | John Gilmore, APN FNP | Michaela Harrison LCPC |
| Kayla Bell, PA-C | Ross Herdes, FNP | |
| Kristen Harris, PA-C | Sherry Mewes, APN FNP | |

213 NW 10th Street, Suite A | Fairfield IL. 62837
P: (618) 842-4617   F: (618) 842-4743

| Patient: | **Ronald  Jolly** |
| Date of Birth: | 05/16/1975 |
| Date: | 03/15/2023 01:45 PM |
| Historian: | self |
| Visit Type: | Office Visit |

This 47 year old client presents for follow up of medication refill and follow up of Depression.

# History of Present Illness
## 1. Follow Up of medication refill
Patient presents today for medication refill. Patient is currently on lisinopril 20mg 1 tab daily, Seroquel 100mg 1 tab at HS.

## 2. Follow Up of Depression
The client does not present with anxious/fearful thoughts or fatigue. The client denies any vomiting. Additional information: Patient presents today for depression. Patient is taking Seroquel 100 mg.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 03/15/2023 | 03/15/2023 | Patient Health Questionnaire (PHQ-9) | 18 | Moderately severe depression | | |
| 03/15/2023 | 03/15/2023 | Patient Health Questionnaire (PHQ-2) | 6 | 6 - Further testing indicated | | |

# Problem List
Jolly, Ronald   000000005768 05/16/1975 03/15/2023 01:45 PM 1/7

Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| carpal tunnel | | | | |
| torn maniscus in left | | | | |
| knee | | | | |
| kidney stones | | | | |
| Arthritis | | | | |
| Asthma | | | | |
| Headache, migraine | | | | |
| Hypertension | | | | |

## Family History
(Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Father | | | | hypertension | | N |
| Mother | | Y | | | | N |
| Mother | | | | pancreatic disease | | N |
| Mother | | Y | | diabetes mellitus in first degree relative | | Y |
| Sister | | | | Heart disease | | N |

## Social History  (Detailed)
Tobacco use reviewed.

Preferred language is English.
The patient does not need an interpreter.

## Education/Employment/Occupation

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | unemployed | | |
| Coal Miner | | | | |

## Marital Status/Family/Social Support
Marital status: Single

## Children
Has children:  1 son(s).  1 daughter(s).

The patient lives with other:.

48 OF 51

Tobacco use status: Chews tobacco.

Smoking status: Never smoker.

## Tobacco Screening
Patient has used tobacco. Patient has not used tobacco in the last 30 days.

## Smoking Status

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|------|----------------|---------------|------------|------------|------------------|
| Chewing | Never smoker | 1 Units | | | |

## Alcohol
There is a history of alcohol use.
Type: Beer. 2 beers consumed 3-4x weekly.

## Lifestyle
Moderate activity level.

## Advance Directives
Reviewed

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|-----------------|-----------------|------------|-----------|----------|--------------|
| lisinopril 20 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | 11/12/2021 | 03/15/2023 | 11/12/2021 | N |
| Seroquel 100 mg tablet | take 1/2 tablet by oral route daily x 6 days at HS, then increase to 1 tab by oral route 1 times every day at HS. | 12/06/2021 | 03/15/2023 | 03/15/2023 | N |

## Medication Reconciliation
Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|-----------|-----------------|----------|-----------|--------|
| taking as directed | lisinopril 20 mg tablet | TAKE 1 TABLET BY MOUTH EVERY DAY | N | Verified |
| taking as directed | Seroquel 100 mg tablet | take 1/2 tablet by oral route daily x 6 days at HS, then increase to 1 tab by oral route 1 times every day at HS. | N | Verified |

## Allergies

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|------------|---------------------|-----------------|---------|
| NO KNOWN ALLERGIES | | | |

Jolly, Ronald   000000005768 05/16/1975 03/15/2023 01:45 PM 3/7

49 OF 51

Reviewed, no changes.

# Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, Fever and Night sweats. |
| ENMT | Negative | Ear drainage, Hearing loss and Nasal drainage. |
| Eyes | Negative | Eye discharge, Vision changes and Vision loss. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Claudication and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, Constipation, Diarrhea and Vomiting. |
| GU | Negative | Dysuria, Hematuria and Polyuria (Genitourinary). |
| Endocrine | Negative | Cold intolerance, Heat intolerance, Polydipsia, Polyphagia and Polyuria (Endocrine). |
| Neuro | Negative | Gait disturbance. |
| Psych | Negative | Anxiety and Depression. |
| Integumentary | Negative | Pruritus and Rash. |
| MS | Negative | Joint swelling and Muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding and Easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and Food allergies. |
| Reproductive | Negative | Penile discharge. |

# Vital Signs

## Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 1:55 PM | 5.0 | 9.00 | 175.26 | 03/15/2023 | 0 |

## Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 1:55 PM | 144/78 | sitting | right | | manual | adult large |

## Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 1:55 PM | 97.50 | 36.39 | | 47 | | |

## Pulse Oximetry/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 1:55 PM | 100 | | RA | | | | | | |

## Comments

| Time | Comments |
|---|---|
| 1:55 PM | Unable to obtain Weight. |

## Measured by

| Time | Measured by |
|---|---|
| 1:55 PM | Stacy A. Withrow |

# Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm - Regular. Heart sounds - Normal S1, Normal S2. Extra sounds - None. Murmurs - None. Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Dorsalis pedis: Normal. |
| Extremity | Normal | No edema. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

# Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Additional Info | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|---|
| Patient Health Questionnaire (PHQ-9) | | | | Moderately severe depression | 18 | | | |
| Patient Health Questionnaire (PHQ-2) | | | | 6 - Further testing indicated | 6 | | | |

# Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Anxiety (F41.9). |
| | Patient Plan | restart seroquel 50mg in am and 100mg in pm. start am as 1/2 dose for the first 4 days. f/u in 1 month. |
| | Plan Orders | COMPLETE BLOOD COUNT to be performed, Next Lab Date is on, COMPLETE MET. PANEL to be performed on, FREE T4 (THYROXINE) to be performed on, LIPID SCREEN to be performed on and ULTRA SENS TSH to be performed on, Next Lab Date is 03/15/2023. |
| 2. | Assessment | Essential hypertension (I10). |
| | Patient Plan | bp is stable off lisinopril. f/u in 1 month. labs today. |
| 3. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Plan Orders | Amit Bhandarkar -Pain Management. |

51 OF 51



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



*EXHIBIT # 11*

---

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: S05734 JOLLY,RONALD D          Minimum          A     None          GRA:GRA:14:A:04:L
                                                                          1

PRIMARY: DIETARY DEPT. , BAKER-APP.-GRA706020012


DESTINATION: LIBRARY                 DAY: 6/20/2024    AT: 1:00:00 PM

PASS TYPE: LIBRARY

COMMENTS: LIBRARY SERVICES - LAW LIBRARY/COPIES/BOOKS

AUTHORIZED: Sarah Green


CELL HOUSE SIGNATURE: _____          TIME: ____:____

DESTINATION SIGNATURE: _____          TIME: ____:____

EXIT SIGNATURE: _____          TIME: ____:____

RETURN SIGNATURE: _____          TIME: ____:____

# UNITED STATES IN THE DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

RONALD JOLLY )
**Plaintiff/Petitioner** )
)
Vs. CHRISTOPHER OTEY ) No. 3:24-CV-01489-JPG
MIKE MILLER, WAYNE COUNTY SHERIFFS )
DEPARTMENT, WAYNE COUNTY JAIL. )
**Defendant/Respondent** )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK                          TO: JUDGE/CLERK
750 MISSOURI AVE              750 MISSOURI AVE
EAST ST. LOUIS, IL.           EAST ST. LOUIS, IL.
         62201                         62201

PLEASE TAKE NOTICE that at: 2 AM/PM JULY, 24, 2024, I
placed the documents listed below in the institutional mail at GRAHAM
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

/s/ Ronald Jolly
Name: RONALD D. JOLLY
IDOC No. S05734
GRAHAM                Correctional Ctr.
12078 IL. RT. 185
HILLSBORO                        , IL 62049



Sent
6/5/24
~915



6/12/24
~/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Ronald Jolly
Name

S05734
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?  (Yes) or No

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?  Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?  Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

   Name of Document                     Number of Pages

   _____1983_____                   _____

   _____              _____

   _____              _____

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.

# APPENDIX/EXHIBITS

1) MEMORANDUM OF LAW

2) F.O.I.A. DATED 3-18-2024, WITH RESPONSE FROM WAYNE COUNTY STATES ATTORNEY. (EXHIBIT #1) (TOTAL 5 PAGES).

3) F.O.I.A. 4-4-2024 TO HORIZON HEALTHCARE (EXHIBIT #2) (TOTAL 2 PAGES)

4) WAYNE COUNTY JAIL/INMATE REQUEST AND GRIEVANCE FORM DATED 10-8-23 (EXHIBIT #3) (TOTAL 2 PAGES)

5) WAYNE COUNTY JAIL/INMATE REQUEST AND GRIEVANCE FORM DATED/WRITTEN ON 12-14-23 SUBMITTED ON 12-18-23 (EXHIBIT #4) (TOTAL 2 PAGES)

6) DECLARATION OF JERMY TUCKER DATED 12-21-23 (EXHIBIT #5) (TOTAL 1 PAGE)

7) RONALD JOLLY RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY (EXHIBIT #6) (TOTAL 1 PAGE)

# APPENDIX/EXHIBITS

8) DECLARATION OF RONALD DALE JOLLY EXECUTED ON 5-8-2024 (EXHIBIT #7) (TOTAL 2 PAGES)

9) LETTER FROM ATTORNEY GENERAL, RE: CIVIL RIGHTS COMPLAINT AGAINST WAYNE COUNTY JAIL. COMPLAINT # 2023-CRC-5485, DATED JULY 20, 2023 (EXHIBIT #8) (TOTAL 2 PAGES)

10) LETTER DATED 4-25-2024 FROM WAYNE COUNTY STATES ATTORNEYS OFFICE, RE: F.O.I.A. REQUEST DATED 4-18-2024. (EXHIBIT #9) (TOTAL 5 PAGES)

11) DENIAL LETTERS SEEKING COUNSEL WITH LIST OF CONTACTS OF ATTORNEYS/FIRMS I WROTE SEEKING COUNSEL

12) LETTER RE: CIVIL DOCKET FOR CASE # 3:09-CV-00074-GPM

13) MEDICAL RECORDS (EXHIBIT #10) (51 PAGES)

14) AFFIDAVITT FROM PLAINTIFF

15) CALL PASS FROM I.D.O.C. INDICATING PLAINTIFFS SECURITY LEVEL MINIMUM W/NO ESCAPE RISK (EXHIBIT #11)

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

### CERTIFICATE OF SERVICE

I certify that a copy of this ____*1983*____ was mailed/delivered
(Name of Document)

to __*SOUTHERN DISTRICT OF ILLINOIS*__ on __*JUNE 5, 2024.*__
(Name and Address of Party/Attorney)                        (Date)

*Ronald Jolly*
Signature

*RONALD JOLLY*
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

IN THE

RONALD JOLLY
**Plaintiff/Petitioner**                    )
                                            )
            vs. CHRISTOPHER OTEY,           )        No._____
MIKE MILLER, WAYNE COUNTY SHERIFF           )
DEPARTMENT, WAYNE COUNTY, IL. JAIL          )
**Defendant/Respondent**                    )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK                           TO: JUDGE/CLERK
750 MISSOURI AVE                    750 MISSOURI AVE
EAST ST. LOUIS, IL.                 EAST ST. LOUIS, IL.
         62201                               62201

PLEASE TAKE NOTICE that at: 9 (AM)/PM JUNE 5 , 2024, I
placed the documents listed below in the institutional mail at GRAHAM
Correctional Center, properly addressed to the parties listed above for mailing through the
United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury
that I am a named party in the above action, that I have read the above documents, and that
the information contained therein is true and correct to the best of my knowledge and belief.

/s/ Ronald Jolly
Name: RONALD D. JOLLY
IDOC No. 505734
GRAHAM                Correctional Ctr.
12078 IL. RT. 185
HILLSBORO,                    , IL. 62049

# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

RONALD DALE JOLLY _____ )
_____ )      Case Number: _____
_____ )                    *(Clerk's Office will provide)*
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )
 ) ☒ CIVIL RIGHTS COMPLAINT
CHRISTOPHER OTEY/MIKE _____ )      pursuant to 42 U.S.C. §1983 (State Prisoner)
MILLER/WAYNE COUNTY ILLINOIS )      ☐ CIVIL RIGHTS COMPLAINT
SHERIFF'S DEPARTMENT/WAYNE ___ )      pursuant to 28 U.S.C. §1331 (Federal Prisoner)
COUNTY ILLINOIS JAIL _____ )      ☐ CIVIL COMPLAINT
*Defendant(s)/Respondent(s)* )      pursuant to the Federal Tort Claims Act, 28 U.S.C.
 )      §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.    Defendant __CHRISTOPHER OTEY_____ is employed as
            (a)            (Name of First Defendant)

__WAYNE COUNTY, ILLINOIS SHERIFF_____
            (b)            (Position/Title)

with __WAYNE COUNTY, ILLINOIS SHERIFF'S DEPARTMENT__
            (c)            (Employer's Name and Address)

__@ 305 EAST COURT ST. FAIRFIELD, IL. 62837__

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain: __WAYNE COUNTY, ILLINOIS__
__SHERIFF.__

Rev. 10/3/19

**Defendant #2:**

C.    Defendant MIKE MILLER _____ is employed as

(Name of Second Defendant)

CHIEF JAIL ADMINISTRATOR _____
(Position/Title)

with WAYNE COUNTY, ILLINOIS SHERIFF'S DEPARTMENT
(Employer's Name and Address)
@ 305 EAST COURT ST. FAIRFIELD, IL. 62837

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: CHIEF JAIL ADMINISTRATOR
FOR WAYNE COUNTY, ILLINOIS SHERIFFS DEPARTMENT.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

DEFENDANT #3:

WAYNE COUNTY, ILLINOIS SHERIFFS DEPARTMENT
LOCATED @ 305 EAST COURT ST. FAIRFIELD, IL. 62837

DEFENDANT #4:

WAYNE COUNTY, ILLINOIS JAIL
LOCATED @ 305 EAST COURT ST. FAIRFIELD, IL. 62837

Rev. 10/3/19

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): Ronald D. Jolly

Defendant(s): Jim Hinkle / Mike Miller

2. Court (if federal court, name of the district; if state court, name of the county): SOUTHERN

3. Docket number: 3:09-CV-00074-GPM

4. Name of Judge to whom case was assigned: G. PATRICK MURPHY

5. Type of case (for example: Was it a habeas corpus or civil rights action?): CIVIl RIGHTS

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

7. Approximate date of filing lawsuit: 1-26-2009

8. Approximate date of disposition: 6-22-2009

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" STRIKE. SEE ATTACHED LETTER FROM US DISTRICT COURT

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?
   EXHAUSTED GRIEVANCE PROCEDURE. HAD/REQUEST HELP FROM legal COUNSEL TO CONTACT local JUDGE/ SHERIFF/STATES ATTORNEY/AND CHIEF JAIL ADMINISTRATOR.
   2. What was the result?
   COMPLAINTS FROM MYSELF & JONATHAN TURPIN (MY criminAl DEFENSE ATTORNEY) FELL ON DEAF EARS. NOTHING WAS DONE.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

2.     What was the result?


G.     If your answer is NO, explain why not.


H.     Attach copies of your request for an administrative remedy and any
       response you received.  If you cannot do so, explain why not:
       SEE EXHIBITS 1 THRU 9

## IV.    STATEMENT OF CLAIM

**A.**    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1) ON OR ABOUT 3-2023 TILL 11-2023. AT THE WAYNE COUNTY JAIL, LOCATED IN FAIRFIELD, IL. IN THE COUNTY OF WAYNE. THE WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THE WAYNE COUNTY SHERIFF'S DEPARTMENT, AND THE WAYNE COUNTY JAIL HAVE WILLFULLY, WANTONLY, AND INTENTIONALLY IMPEDED THE PLAINTIFF'S RIGHT TO MEET WITH LEGAL COUNSEL ALONE, IN PRIVATE, AND TO OCCUPY THE SAME SPACE WITHIN THE PLACE OF CONFINEMENT. BY DOING SAID ACTION, PLAINTIFF WAS DEPRIVED EQUAL PROTECTION. PLAINTIFF AS A RESULT OF BE DENIED HIS CIVIL RIGHTS, HAS BECOME EMOTIONALLY DAMAGED AND THAT SAID EMOTIONAL DAMAGE, UPON INFORMATION AND BELIEF HAS WORSENED AND CAUSE THE PLAINTIFF IRREVERSIBLE PSYCHOLOGICAL TRAUMA. MY RIGHT TO COUNSEL WAS DISCUSSED NUMEROUS TIMES IN COURT (CASE #'S 2021-CF-131, AND 2023-CF-43.) BOTH OF MY DEFENCE ATTORNEY'S DISCUSSED THIS ISSUE IN OPEN COURT WITH JUDGE MOTT, STATE'S ATTORNEY KEVIN KAYKAC. MY ATTORNEYS NAMES ARE JONATHAN TURPIN, ROGER WHITE. ALSO IT WAS DISCUSSED WITH SHERIFF

CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THROUGH E-MAIL WITH ATTORNEY JONATHAN TURPIN. WAYNE COUNTY SHERIFF'S DEPARTMENT HAS SAID RECORDS. REFER TO EXHIBITS 1 & 9, & MEMORANDUM.

2) ON OR ABOUT MARCH, 2023 TILL JAN, 2024, AT THE WAYNE COUNTY JAIL, LOCATED IN FAIRFIELD, IL. IN THE COUNTY OF WAYNE. THE WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMIN-ISTRATOR MIKE MILLER, THE WAYNE COUNTY SHERIFF'S DEPARTMENT, AND THE WAYNE COUNTY JAIL. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR THE PLAINTIFF, ALL OF THE NAMED DEFENDANTS INTEN-TIONALLY, AND UPON BELIEF, EITHER ACTING IN CONCERT OR PERSONALLY OR THROUGH THEIR PRINCIPALS AND AGENTS HAVE CONSPIRED TO CAUSE PLAINTIFF TO NOT RECEIVE ADEQUATE MEDICAL TREATMENT, WHICH WAS THE DEFENDANTS COLLECTIVE DUTY TO ENSURE PLAINTIFF RECEIVED. THE DEFENDANTS HAVE IGNORED THE PLAINTIFFS ARDENT REQUESTS THAT HE BE TREATED FOR HIS NUMEROUS PAINFUL HEALTH CONDITIONS AND THAT SAID REQUESTS WERE INTENTIONALLY IGNORED, OR MEDICAL ATTENTION WAS DELAYED IN AN EFFORT TO TORTURE THE PLAINTIFF INTO PLEADING TO THE CHARGES THAT WERE PENDING AGAINST HIM IN WAYNE COUNTY, OR IN THE ALTERNATIVE AS A REPRISAL FOR DISRESPECT SHOWN TO THE DEFENDANTS INDIVIDUALLY AND COLLECTIVELY. THE INTENT OF THE DEFENDANTS IN DENYING THE PLAINTIFF HIS FUNDAMENTAL RIGHTS WAS TO CAUSE THE PLAINTIFF SEVERE PHYSICAL PAIN, ENDURING PHYSICAL HARM, AND LASTING EMOTIONAL DAMAGE AS A CRUEL AND UNUSUAL PUNISHMENT OR FOR TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

EXHIBIT #10, PAGE 6, ASSESSMENT/PLAN, #2 ASSESSMENT IMPRESSION SAYS; PT (PATIENT) WAS REFERRED TO PAIN MANAGEMENT, UNABLE TO BE SEEN AS THEY REQUIRE HIM (PLAINTIFF) TO BE UNSHACKLED AND PT (ACCORDING TO JAIL STAFF) IS A FLIGHT RISK.

PAGE 10 OF EXHIBIT #10 PLAINTIFF HAD lumbar X-RAYS DONE. WAS UNSHACKLED DURING X-RAYS. PAGE 10 OF EXHIBIT #10, Follow up OF L ANKLE, X-RAYS DONE @ THAT VISIT UNSHACKLED. PAGE 10 OF EXHIBIT #10 DOCTOR WAS ASKED HER OPINION, SHE STATED THIS IS A <u>CHRONIC</u> NOT AN <u>ACUTE</u> Problem.

ON OR ABOUT 11-29-2023 I WAS TAKEN TO PHYSICAL THEROPY APPOINTMENT FOR L ANKLE, WAS UNSHACKLED DURING APPOINTMENT. ON ONE OCCASION C/O DYlan TOOMBS DROVE ME TO AN APPOINTMENT by HIMSELF. JAIL STAFF USES THE TERM FLIGHT RISK AS AN EXCUSE TO DENY ME PAIN MANAGEMENT.

EXHIBIT #11 CURRENT CALL PASS FROM GRAHAM CORRECTIONAL CENTER SHOWS THAT I'M MINIMUM SECURITY, WITH ESCAPE RISK LISTED AS <u>NONE</u>. PLEASE REFER TO EXHIBITS # 2,3,4,6, 7,8,10,11, AND MEMORANDUM. PAIN MANAGEMENT IS LOCATED IN THE SAME BUILDING AS DOCTORS OFFICE, X-RAY AND PHYSICAL THEROPY.

3)

ON OR ABOUT MAY, JUNE, July OF 2023 @ THE WAYNE COUNTY JAIL, lOCATED IN FAIRFIELD, IL. PLAINTIFF WAS HOUSED ON THE FEMALE SIDE OF JAIL, BEHIND A DOOR Clearly MARKED FEMALE. I WROTE GRIEVANCES, AND NOTIFIED JAIL STAFF THAT I IDENTIFY AS A MALE, TO NO AVAIL DID THEY lISTEN. I ALSO FILED A Complaint WITH ATTORNEY GENERALS OFFICE. Complaint # IS 2023-CRC-5485. THESE ACTS WERE CARRIED OUT BY JAIL STAFF, CHIEF JAIL ADMINISTRATOR MIKE MILLER, WAYNE COUNTY JAIL, WAYNE COUNTY SHERIFFS DEPARTMENT, AND THE WAYNE COUNTY SHERIFF CHRISTOPHER OTEY.                    (3 OF 3)

V. **REQUEST FOR RELIEF** *SEE ATTACHED REQUEST FOR RELIEF CONTINUED*

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

COUNT # 1 $100,000.00 AWARDED TO PLAINTIFF PER FROM EACH DEFENDANT.
COUNT # 2 $250,000.00 AWARDED TO PLAINTIFF FROM EACH DEFENDANT.
COUNT # 3 $250,000.00 AWARDED TO PLAINTIFF FROM EACH DEFENDANT.
DEFENDANT # 1 & # 2 CHARGED AND PROSECUTED FOR OFFICIAL
MISCONDUCT IN COUNTS 1, 2, AND 3.

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

---

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __5-16-2024__
(date)

__Ronald Jolly__
Signature of Plaintiff

__12078 IL. RT. 185__
Street Address

__Ronald Jolly__
Printed Name

__Hillsboro, IL. 62049__
City, State, Zip

__505734__
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

## V. REQUEST FOR RELIEF CONTINUED

IM RESPECTFULLY REQUESTING COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES FROM DEFENDANTS # 1, 2, 3, 4 FOR COUNTS 1, 2, & 3.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

5-16-2024

12078 IL. RT. 185

HILLSBORO, IL. 62049

*Ronald Jolly*

RONALD JOLLY

505734

# UNITED STATES DISTRICT COURT
### For the Southern District of Illinois

RONALD D. JOLLY
_____ )
**Plaintiff(s)** )
)
v. CHRISTOPHER OTEY, )    Case Number: _____
MIKE MILLER, WAYNE COUNTY IL. SHERIFF )
DEPARTMENT, WAYNE COUNTY, IL. JAIL )
_____ )
**Defendant(s)** )

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT
## <u>WITHOUT PREPAYING FEES OR COSTS</u>

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. If incarcerated:
   A. I am being held at: GRAHAM CORRECTIONAL CENTER
      I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: *You must have an authorized institutional officer complete the last page of this form.*

   B. I declare one of the following:
      X I have NOT had 3 or more civil actions dismissed as being frivolous, malicious, or for failure to state a claim and/or received 3 or more "strikes" under 28 U.S.C. § 1915(g).

      ___ I am proceeding under 28 U.S.C. § 1915(g), based on my claim that I am in imminent danger of serious physical injury.

2. If not incarcerated:
   A. Are you        o Yes        o No  employed?

   B. If employed, my employer's name and address are:



   C. My gross pay or wages are: $_____, and my take-home pay or wages are:
      $ _____ per (specify pay period) _____.

1

3. Other Income. In the past 12 months, I have received income from the following sources (check all that apply):

|     |     | Yes | No |
| --- | --- | --- | --- |
| (a) | Business, profession, or other | O Yes | ☒ No |
| (b) | Rent payments, interest, or dividends | O Yes | ☒ No |
| (c) | Pension, annuity, or life insurance payments | O Yes | ☒ No |
| (d) | Disability or worker's compensation | O Yes | ☒ No |
| (e) | Gifts or inheritances | O Yes | ☒ No |
| (f) | Any other sources | O Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: _____0_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): _____ 2001 DODGE RAM 1500 BROKEDOWN    VAlue ?
                                     2009 AUDI A8 DOES'NT RUN          VAlue ?
                                     1990 SUBURBAN                    VAlue ?
                                     1997 THUNDERBIRD               # 300
                                     1998 KAWASAKI    STOLEN

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): __0__

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: __0__

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): __0__

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: __5-16-2024__

_Ronald Jolly_
Movant's signature

_RONALD JOLLY_
Printed name

AO 240 (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs (Short Form) MODIFIED SDIL (7/2018)

3

## CERTIFICATION
### (TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: _Jolly, Roland_

Institution: _Graham Correctional Center_

Register Number: _____

I, _Crystal Carpani, Account Technician_, hereby certify that the
(Name and Title of Authorized Officer - please print)

inmate identified above currently has the sum of $ _743.40_ on account at

_Graham Correctional Center_.
(Institution where confined)

_[signature]_
Signature of Authorized Officer

Dated: _5/29/2024_

PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE
ATTACH A COPY OF THE INMATE'S TRUST
FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Ave.
East St. Louis, IL 62201

4

# Graham Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 11/29/2023 thru End;    Inmate: S05734;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No;    Statewide ? : No

**Inmate: S05734 Jolly, Ronald D.**        **Housing Unit: GRA-14-A -04**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| | | | | | | **Beginning Balance:** | | 0.00 |
| 01/16/24 | Mail Room | 04 Intake and Transfers In | 0162235 | 2684 | Received Through R & C | | 714.37 | 714.37 |
| 01/24/24 | Point of Sale | 60 Commissary | 0247257 | 1191788 | Commissary | | -78.50 | 635.87 |
| 01/24/24 | Point of Sale | 60 Commissary | 0247257 | 1191791 | Commissary | | -12.02 | 623.85 |
| 02/14/24 | Mail Room | 15 JPAY | 045200 | 166165426 | Johnson, Rhonda | | 300.00 | 923.85 |
| 02/16/24 | Disbursements | 80 Postage | 0473235 | Chk #116891 | 021424 80-6218, RESE, | Inv. Date: 02/14/2024 | -2.11 | 921.74 |
| 02/16/24 | Disbursements | 84 Library | 0473235 | Chk #116892 | 020924 84-99999, DOC, | Inv. Date: 02/09/2024 | -1.00 | 920.74 |
| 02/20/24 | Mail Room | 15 JPAY | 051200 | 166353847 | Best, Brandy | | 10.00 | 930.74 |
| 02/21/24 | Mail Room | 15 JPAY | 052200 | 166372818 | Sanders, Courtney | | 25.00 | 955.74 |
| 02/21/24 | Point of Sale | 60 Commissary | 0527254 | 1195500 | Commissary | | -29.93 | 925.81 |
| 02/23/24 | Mail Room | 15 JPAY | 054200 | 166453272 | Thomason, Brandy | | 30.00 | 955.81 |
| 03/01/24 | Mail Room | 16 GTL | 061200 | 21853432310437 | Jolly, Desiree | | 10.00 | 965.81 |
| 03/01/24 | Disbursements | 80 Postage | 0613235 | Chk #117000 | 022224 80-6218, RESE, | Inv. Date: 02/22/2024 | -1.63 | 964.18 |
| 03/04/24 | Point of Sale | 60 Commissary | 0647254 | 1196801 | Commissary | | -680.88 | 283.30 |
| 03/08/24 | Point of Sale | 60 Commissary | 0687205 | 1197588 | Commissary | | -42.27 | 241.03 |
| 03/10/24 | Mail Room | 15 JPAY | 070200 | 167101177 | Jolly, Desiree | | 50.00 | 291.03 |
| 03/11/24 | Point of Sale | 60 Commissary | 0717254 | 1198158 | Commissary | | -107.75 | 183.28 |
| 03/16/24 | Mail Room | 15 JPAY | 076200 | 167311296 | Wilhite, Don | | 20.00 | 203.28 |
| 03/18/24 | Disbursements | 81 Legal Postage | 0783235 | Chk #117113 | 031524 81-6218, RESE, | Inv. Date: 03/15/2024 | -.24 | 203.04 |
| 03/18/24 | Disbursements | 84 Library | 0783235 | Chk #117119 | 031224 84-99999, DOC, | Inv. Date: 03/12/2024 | -1.20 | 201.84 |
| 03/19/24 | Point of Sale | 60 Commissary | 0797254 | 1199367 | Commissary | | -105.74 | 96.10 |
| 03/23/24 | Mail Room | 15 JPAY | 083200 | 167538690 | Jolly, Desiree | | 50.00 | 146.10 |
| 03/27/24 | Disbursements | 81 Legal Postage | 0873235 | Chk #117222 | 032024 81-6218, RESE, | Inv. Date: 03/20/2024 | -.24 | 145.86 |
| 03/27/24 | Disbursements | 81 Legal Postage | 0873235 | Chk #117222 | 032024 81-6218, RESE, | Inv. Date: 03/20/2024 | -3.07 | 142.79 |
| 03/27/24 | Disbursements | 80 Postage | 0873235 | Chk #117222 | 032024 80-6218, RESE, | Inv. Date: 03/20/2024 | -.24 | 142.55 |
| 03/28/24 | Mail Room | 15 JPAY | 088200 | 167683446 | Johnson, Rhonda | | 25.00 | 167.55 |
| 03/29/24 | Point of Sale | 60 Commissary | 0897205 | 1200432 | Commissary | | -165.43 | 2.12 |
| 04/06/24 | Mail Room | 15 JPAY | 097200 | 168040086 | Jolly, Desiree | | 60.00 | 62.12 |
| 04/09/24 | Payroll | 20 Payroll Adjustment | 1001145 | | P/R month of 3 2024 | | 14.00 | 76.12 |
| 04/10/24 | Point of Sale | 60 Commissary | 1017254 | 1201789 | Commissary | | -73.99 | 2.13 |
| 04/10/24 | Disbursements | 84 Library | 1013235 | Chk #117308 | 032024 84-99999, DOC, | Inv. Date: 03/20/2024 | -2.00 | .13 |
| 04/16/24 | Mail Room | 15 JPAY | 107200 | 168364325 | Jolly, Desiree | | 50.00 | 50.13 |
| 04/16/24 | Point of Sale | 60 Commissary | 1077271 | 1203051 | Commissary | | -42.46 | 7.67 |
| 04/22/24 | Mail Room | 15 JPAY | 113200 | 168496675 | Jolly, Desiree | | 50.00 | 57.67 |
| 04/24/24 | Point of Sale | 60 Commissary | 1157271 | 1204115 | Commissary | | -43.76 | 13.91 |
| 04/28/24 | Mail Room | 15 JPAY | 119200 | 168742652 | Jolly, Desiree | | 30.00 | 43.91 |
| 04/30/24 | Disbursements | 84 Library | 1213235 | Chk #117469 | 042524 84-99999, DOC, | Inv. Date: 04/25/2024 | -.60 | 43.31 |
| 04/30/24 | Disbursements | 84 Library | 1213235 | Chk #117469 | 042624 84-99999, DOC, | Inv. Date: 04/26/2024 | -9.30 | 34.01 |
| 04/30/24 | Disbursements | 84 Library | 1213235 | Chk #117469 | 042624 84-99999, DOC, | Inv. Date: 04/26/2024 | -2.80 | 31.21 |
| 05/02/24 | Point of Sale | 60 Commissary | 1237254 | 1205183 | Commissary | | -30.84 | .37 |
| 05/06/24 | Mail Room | 15 JPAY | 127200 | 168991569 | Jolly, Desiree | | 300.00 | 300.37 |

**Date:** 5/29/2024
**Time:** 1:58pm

d_list_inmate_trans_statement_composite

**Graham Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 11/29/2023 thru End;     Inmate: S05734;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No;     Statewide ? : No

**Inmate: S05734 Jolly, Ronald D.**                              **Housing Unit: GRA-14-A -04**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|--------|---------|
| 05/07/24 | Mail Room | 16 GTL | 128200 | 21942881735460 | Jolly, Desiree | | 200.00 | 500.37 |
| 05/13/24 | Point of Sale | 60 Commissary | 1347254 | 1206318 | Commissary | | -95.80 | 404.57 |
| 05/14/24 | Mail Room | 15 JPAY | 135200 | 169310489 | Jolly, Desiree | | 50.00 | 454.57 |
| 05/14/24 | Payroll | 20 Payroll Adjustment | 1351145 | | P/R month of 4 2024 | | 18.13 | 472.70 |
| 05/18/24 | Mail Room | 15 JPAY | 139200 | 169451507 | Jolly, Desiree | | 50.00 | 522.70 |
| 05/21/24 | Disbursements | 80 Postage | 1423235 | Chk #117631 | 051724 80-6218, RESE, | Inv. Date: | -.64 | 522.06 |
| | | | | | 05/17/2024 | | | |
| 05/21/24 | Point of Sale | 60 Commissary | 1427271 | 1207529 | Commissary | | -78.66 | 443.40 |
| 05/23/24 | Mail Room | 15 JPAY | 144200 | 169594569 | Jolly, Desiree | | 300.00 | 743.40 |

| | |
|---|---|
| **Total Inmate Funds:** | 743.40 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 743.40 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

RONALD D. JOLLY_____, )

    Plaintiff,                )

vs. CHRISTOPHER OTEY, MIKE )   No. _____
MILLER, WAYNE COUNTY, IL SHERIFFS )
DEPARTMENT, WAYNE COUNTY, IL. JAIL )
                                       )

    Defendant(s)            )

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, RONALD D. JOLLY_____, declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.  In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

UPTOWN PEOPLES LAW CENTER, HALE & MONICO, ED
FOX & ASSOCIATES, LOEVY & LOEVY, FOUTRES LAW OFFICE,
AND DARRYL A. GOLDBERG.  SEE # 11 APPENDIX/EXHIBITS

_____

_____

_____

3.  In further support of my motion, I declare that (check
appropriate answer):

RJ       I am not currently represented (and have not
         been represented previously) by an attorney
         appointed by this court in this or any other
         civil or criminal proceeding before this
         court.

_____   I am currently (or previously have been)
         represented by counsel appointed by this
         court in the proceeding(s) described on the
         attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__RJ__     I have attached an original application to proceed in forma pauperis detailing my financial status.

_____     I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____     I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Ronald Jolly_
Movant's Signature

_12078 IL. RT. 185_
Street Address

_Hillsboro IL. 62049_
City/State/Zip Code

Date: _5-16-2024_

10/94

# MEMORANDUM OF LAW

## (FACTS COMMON TO ALL COUNTS)

1. THAT ALL RELEVANT TIMES, PLAINTIFF WAS AND IS A RESIDENT OF WAYNE COUNTY ILLINOIS.

2. THAT AT ALL RELEVANT TIMES, DEFENDANT CHRISTOPHER OTEY WAS THE SHERIFF OF WAYNE COUNTY, ILLINOIS.

3. THAT AT ALL TIMES RELEVANT CHRISTOPHER OTEY HAS BEEN A RESIDENT OF WAYNE COUNTY, ILLINOIS.

4. THAT AT ALL RELEVANT TIMES, MIKE MILLER WAS THE CHIEF ADMINISTRATOR OF THE WAYNE COUNTY, ILLINOIS JAIL.

5. THAT AT ALL RELEVANT TIMES, MIKE MILLER HAS BEEN, UPON INFORMATION AND BELIEF, A RESIDENT OF WAYNE COUNTY, ILLINOIS.

6. THAT THE WAYNE COUNTY ILLINOIS SHERIFF'S DEPARTMENT'S PRINCIPAL PLACE OF BUSINESS HAS BEEN, AND CONTINUES TO BE, LOCATED IN FAIRFIELD, WAYNE COUNTY, ILLINOIS.

7. THAT THE WAYNE COUNTY ILLINOIS JAIL'S PRINCIPAL PLACE OF BUSINESS HAS BEEN, AND CONTINUES TO BE, LOCATED IN FAIRFIELD, WAYNE COUNTY, ILLINOIS.

8. THAT 725 ILCS 5/103-4 STATES:

"ANY PERSON COMMITTED, IMPRISONED OR RESTRAINED OF HIS LIBERTY FOR ANY CAUSE WHATEVER AND WEATHER OR NOT SUCH A PERSON IS CHARGED WITH AN OFFENCE SHALL, EXCEPT IN CASES OF IMMINENT DANGER OF ESCAPE, BE ALLOWED TO CONSULT WITH ANY LICENSED ATTORNEY AT LAW OF THIS STATE WHOM SUCH PERSON MAY DESIRE TO SEE OR CONSULT, ALONE AND IN PRIVATE AT THE PLACE OF CUSTODY, AS MANY TIMES AND FOR SUCH PERIOD EACH TIME AS IS REASONABLE, WHEN ANY SUCH PERSON IS ABOUT TO BE MOVED BEYOND THE LIMITS OF THIS STATE UNDER ANY PRETENSE WHATEVER THE PERSON TO BE MOVED SHALL BE ENTITLED TO A REASONABLE DELAY FOR THE PURPOSE OF OBTAINING COUNSEL AND OF AVAILING HIMSELF OF THE LAWS OF THIS STATE FOR THE SECURITY OF PERSONAL LIBERTY"

9. THAT 725 ILCS 5/103-8 STATES:

"ANY PEACE OFFICER WHO INTENTIONALLY PREVENTS THE EXERCISE by AN ACCUSED OF ANY RIGHT CONFERRED by THIS ARTICLE OR WHO INTENTIONALLY FAILS TO PERFORM ANY ACT REQUIRED OF HIM by THIS ARTICLE SHALL be GUILTY OF OFFICIAL MISCONDUCT AND MAY be PUNISHED IN ACCORDANCE WITH SECTION 33-3 OF THE CRIMINAL CODE OF 2012"

10. THAT RONALD D. Jolly, PLAINTIFF IS AT THIS TIME HOUSED IN ILLINOIS DEPARTMENT OF CORRECTIONS "I.D.O.C." BuT PERIODICALLY SINCE 2021, WAS CONFINED TO THE WAYNE COUNTY, ILLINOIS JAIL IN FAIRFIELD ILLINOIS ON SEVERAL CRIMINAL CHARGES.

11. THAT SEVERAL TIMES DURING THE MONTHS OF MAY, JUNE, JULY, AUGUST, SEPTEMBER, OCTOBER, NOVEMBER, AND DECEMBER 2023 THE PLAINTIFF RONALD JOLLY SOUGHT TO HAVE MEETINGS WITH JONATHAN TURPIN AND OTHER ATTORNEYS LICENSED IN THE STATE OF ILLINOIS.

12. THAT NEITHER THE PLAINTIFF NOR PLAINTIFF'S
LEGAL COUNSEL HAVE AT ANY TIME, "RELEVANT TIME"
BEEN NOTIFIED OR MADE AWARE by THE
DEFENDANT'S OR DEFENDANT'S AGENTS OR EMPLOYEES
OF ANY ALLEGATION THAT THERE WAS ANY IMMINENT
DANGER OF THE PLAINTIFF'S ESCAPE FROM THE
WAYNE COUNTY JAIL ON ANY OCCASION WHERE
THE PLAINTIFF SOUGT TO MEET WITH HIS COUNSEL
IN ACCORDANCE WITH 725 ILCS 5/103-4.

13. THAT ON NO LESS THAN FIVE(5) OCCASIONS
DURING MAY, JUNE, JULY, AND SEPTEMBER 2023,
JONATHAN TURPIN REQUESTED AND EVEN RESPECTFULLY
DEMANDED TO BE ALLOWED TO CONFER WITH THE
PLAINTIFF PRIVATELY AND ALONE AT THE PLACE
WHERE PLAINTIFF WAS CONFINED AT THE WAYNE
COUNTY, ILLINOIS JAIL.

14. THAT WAYNE COUNTY SHERIFF, CHRISTOPHER OTEY
by AND THROUGH THE WAYNE COUNTY JAIL ADMINIS-
RATOR MIKE MILLER, EMPLOYEE'S, AND JAIL STAFF
DENIED THE REASONABLE REQUESTS OF JONATHAN
TURPIN AND OF THE PLAINTIFF TO HAVE AN IN
PERSON PRIVATE MEETING ALONE, bUT INSTEAD

PLAINTIFF AND JONATHAN TURPIN WERE FORCED TO SPEAK THROUGH FORTIFIED (GLASS) AND A TELEPHONE WHICH AUDIBLY WARNED THAT THEIR CONVERSATIONS WERE BEING RECORDED.

15. THAT SPEAKING THROUGH A FORTIFIED GLASS WALL THAT INTENTIONALLY SEPERATE'S PLAINTIFF FROM IN PERSON COMMUNICATION WITH AN ATTORNEY IS NOT ALLOWING PLAINTIFF TO MEET WITH COUNSEL "AT THE PLACE OF CUSTODY", BUT INSTEAD IS AN EFFORT OF THE DEFENDANT'S TO MAKE SURE TO SPATIALLY SEPERATE THE PLAINTIFF AND LEGAL COUNSEL SO THAT THEY CANNOT OCCUPY THE SAME SPACE, AND IN AN INTENTIONAL VIOLATION OF THE PLAINTIFF'S RIGHT TO CONFER WITH LEGAL COUNSEL AND PLAINTIFF'S DUE PROCESS AND EQUAL PROTECTION RIGHTS.

16. THAT SHERIFF CHRISTOPHER OTEY AFTER BEING MADE AWARE BY AND THROUGH A LETTER DATED July, 6, 2023 FROM JONATHAN TURPIN TO WAYNE COUNTY STATES ATTORNEY KEVIN KAKAC THAT SHERIFF CHRIS OTEY, WAYNE COUNTY JAIL CHIEF ADMINISTRATOR

MIKE MILLER, AND THE WAYNE COUNTY SHERIFF's DEPARTMENT AND THE WAYNE COUNTY JAIL'S ACTIONS WERE UNLAWFUL AND CRIMINAL, AND A VIOLATION OF THE FUNDAMENTAL CIVIL RIGHTS OF THE PLAINTIFF THAT THE NAMED DEFENDANTS DID INTENTIONALLY, AND WITHOUT LEGAL JUSTIFICATION PROHIBIT THE PLAINTIFF FROM MEETING WITH JONATHAN TURPIN IN VIOLATION OF 725 ILCS 5/103-4 AND 725 ILCS 5/103-8.

17. THAT A LETTER DATED JULY, 6, 2023 JONATHAN TURPIN DID INFORM CHRIS OTEY, AND JAIL ADMINISTRATOR MIKE MILLER by AND THROUGH KEVIN KAKAC, THE CURRENT WAYNE COUNTY, Illinois STATE's ATTORNEY THAT SHERIFF OTEY AND CHIEF ADMINISTRATOR MILLER WERE VIOLATING THE LAW, buT FURTHER WERE AlSO INFRINGING ON THE bASIC CIVIl RIGHTS OF THE PLAINTIFF.

18. THAT ALTHOUGH REASONABLE DEMAND WAS MADE THROUGH WRITTEN LETTER DATED July 6, 2023 (EXHIBIT #19) WAYNE COUNTY, ILLINOIS SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER AND THE WAYNE COUNTY SHERIFF'S DEPARTMENT DID IN-TENTIONALLY, WITHOUT JUSTIFICATION, AND AFTER WRITTEN NOTICE OF THEIR UNLAWFUL ACTIVITIES, CONTINUED TO MAINTAIN A INMATE VISITATION POLICY WHICH VIOLATED THE PLAINTIFF'S FUNDAMENTAL CIVIL RIGHTS TO DUE PROCESS AND EQUAL PROTECTION UNDER THE CONSTITUTION OF THE STATE OF ILLINOIS AND THE UNITED STATES OF AMERICA AND THE AMENDMENTS THERETO, SPECIFICALLY THE 14TH AMENDMENT TO THE UNITED STATE'S CONSTITUTION.

19. THAT PHONE IN PARTITIONED VISITATION ROOM WAS CHANGED ON (11-8-2023) NOVEMBER, 8, 2023. REFER TO VIDEO FOOTAGE IN THE WAYNE COUNTY JAIL OF SAID DATE.

PAGE (7)

# COUNT I

INTENTIONAL VIOLATION OF PLAINTIFF'S CIVIL RIGHTS- RIGHT TO COUNSEL

20. THAT PURSUANT TO 725 ILCS 5/103-4 THE PLAINTIFF HAS A CLEAR AND AFFIRMATIVE RIGHT TO RELIEF BECAUSE PLAINTIFF IS UNEQUIVOCALLY ENTITLED TO MEET IN ALONE AND IN PRIVATE WITH JONATHAN TURPIN OR ANY OTHER ILLINOIS LICENSED ATTORNEY IN THE SAME SPACE OR ROOM WHERE HE IS BEING HELD IN CUSTODY, but THAT CHRISTOPHER OTEY, WAYNE COUNTY SHERIFF AND THE WAYNE COUNTY SHERIFF'S DEPARTMENT THROUGH THE ADMINISTRATION OF THE WAYNE COUNTY JAIL'S POLICIES HAVE WILLFULLY AND INTENTIONALLY DENIED, IMPEDED, AND ENCROACHED ON THE PLAINTIFF'S RIGHT TO MEET ALONE IN PRIVATE WITH LEGAL COUNSEL AT THE PLACE WHERE PLAINTIFF WAS DETAINED.

21. THAT 725 ILCS 5/103-8 SETS OUT THAT CHRISTOPHER OTEY, MIKE MILLER, AS WELL AS ANY PEACE OFFICER OF THE ENTIRE WAYNE COUNTY SHERIFF'S DEPARTMENT OR JAIL STAFF HAS A STATUTORY DUTY TO COMPLY WITH AND NOT IMPEDE OR ENCROACH ON THE PLAINTIFF'S

PAGE (8)

RIGHT TO MEET WITH legal COUNSEl ALONE, IN PRIVATE, AND TO OCCUPY THE SAME SPACE WITHIN THE PLACE OF CONFINEMENT AS THEIR ATTORNEY.

22. THAT WAYNE COUNTY SHERIFF CHRISTOPHER OTEY, CHIEF JAIL ADMINISTRATOR MIKE MILLER, THE WAYNE COUNTY SHERIFF'S DEPARTMENT, AND THE WAYNE COUNTY JAIL HAVE CLEAR AUTHORITY TO COMPLY WITH 725 ILCS 5/103-4, but HAVE WILLFULLY, WANTONLY, AND INTENTIONALLY IMPEDED THE PLAINTIFF'S RIGHT TO MEET WITH legal COUNSEL AND HAVE DEPRIVED PLAINTIFF OF EQUAL PROTECTION UNDER THE LAW AND IMPEDED HIS ACCESS TO DUE PROCESS UNDER bOTH THE ILLINOIS AND THE UNITED STATE'S CONSTITUTIONS AND THE AMENDMENTS THERETO.

23. THAT THE PLAINTIFF REPEATS AND REAFFIRMS All AllEGATIONS MADE IN PARAGRAPHS ONE (I) THROUGH PARAGRAPHS TWENTY-TWO XXII HEREIN AND HERETOFORE STATED.

24. THAT THE DEFENDANTS HAVE IN DENYING THE PLAINTIFF HIS RIGHT TO MEET WITH LEGAL COUNSEL HAVE INTENTIONALLY CAUSED THE PLAINTIFF EMOTIONAL DISTRESS, WHEREBY DAMAGING THE PLAINTIFF.

25. THAT THE PLAINTIFF AS A RESULT OF BEING DENIED HIS CIVIL RIGHTS HAS BECOME EMOTIONALLY DAMAGED AND THAT SAID EMOTIONAL DAMAGE, UPON INFORMATION AND BELIEF HAS WORSENED AND CAUSE THE PLAINTIFF IRREVERSIBLE PSYCHOLOGICAL TRAUMA.

26. THAT THE PLAINTIFF HAS BEEN DAMAGED BY THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND PSYCHOLOGICAL PRESSURES AS A RESULT OF THE DEFENDANTS' ACTIONS, SUCH THAT NO REASONABLE PERSON OR PERSONS WOULD PERPETRATE DEFENDANTS' DEPRAVATIONS OF PLAINTIFF'S CIVIL RIGHTS AND THAT THE DEFENDANTS SHOULD BE FORCED TO COMPENSATE THE PLAINTIFF FOR THE EMOTIONAL DAMAGES PLAINTIFF HAS SUFFERED AS A RESULT OF THE DEFENDANTS INTENTIONAL AND CRIMINAL ACTIONS WHICH HAVE DENIED THE

PLAINTIFF EQUAL PROTECTION, DUE PROCESS UNDER THE ILLINOIS AND UNITED STATES CONSTITUTIONS AND THE AMENDMENTS THERETO AND THEREBY CAUSED PLAINTIFF INJURY,

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT FIND IN PLAINTIFF'S FAVOR AND AGAINST THE DEFENDANTS AS TO PLAINTIFF'S CAUSE OF ACTION FOR EMOTIONAL DISTRESS RESULTING FROM DEFENDANTS' INTENTIONAL DEPRIVATION OF PLAINTIFF'S FUNDAMENTAL RIGHT TO MEET WITH LEGAL COUNSEL; AND

(A) COMPENSATE PLAINTIFF IN AN AMOUNT IN EXCESS OF ($100,000.00 ) FOR DAMAGES SUFFERED AS A RESULT OF THE DEFENDANTS' COMMISSION OF SAID INTENTIONAL ACTS AND OMISSIONS; AND

(B) THAT THE COURT ORDER ANY SUCH OTHER FURTHER RELIEF TO DO JUSTICE AMONG THE PARTIES HERETO,

## COUNT II

INTENTIONAL VIOLATION OF PLAINTIFF'S CIVIL RIGHTS, RIGHT MEDICAL TREATMENT AND PROHIBITION AGAINST CRUEL AND UNUSUAL PUNNISHMENT

27. THAT THE PLAINTIFF REPEATS AND REAFFIRMS ALL ALLEGATIONS MADE IN PARAGRAPHS ONE (I) THROUGH PARAGRAPHS TWENTY-SIX XXVI HEREIN AND HERETOFORE STATED.

28. THAT THE PLAINTIFF THROUGHOUT THE TIME SINCE MAY, 2023 HAS SUFFERED FROM BACTERIAL INFECTIONS.

29. THAT THE PLAINTIFF THROUGHOUT THE TIME SINCE MARCH, 2023 HAS SUFFERED FROM SEVERE CHRONIC BACK PAIN. REFER TO (2) TWO OF THE MANY GRIEVANCES FILED BY PLAINTIFF (EXHIBIT'S #'S 3 & 4) ALSO EXHIBIT #2, #6, #7, & #8

30. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR THE PLAINTIFF, ALL OF THE NAMED DEFENDANTS, EITHER ACTING IN CONCERT, PERSONALLY OR THROUGH THEIR PRINCIPALS AND AGENTS HAVE INTENTIONALLY SUBVERTED THE PLAINTIFF IN RECEIVING ADEQUATE MEDICAL TREATMENT FOR SERIOUS MEDICAL

MALADIES DURING HIS INCARCERATION SINCE MARCH, 2023 IN THE WAYNE COUNTY JAIL.

31. THAT BECAUSE OF THEIR COLLECTIVE DISDAIN FOR THE PLAINTIFF, ALL OF THE NAMED DEFENDANTS INTENTIONALLY, AND UPON INFORMATION AND BELIEF, EITHER ACTING IN CONCERT OR PERSONALLY OR THROUGH THEIR PRINCIPALS AND AGENTS HAVE, UPON INFORMATION AND BELIEF CONSPIRED TO CAUSE PLAINTIFF TO NOT RECEIVE ADEQUATE MEDICAL TREATMENT, WHICH WAS THE DEFENDANTS' COLLECTIVE DUTY TO ENSURE PLAINTIFF RECEIVED.

32. THAT AT VARIOUS TIMES THROUGHOUT THE PLAINTIFF'S 2023 INCARCERATION IN THE WAYNE COUNTY JAIL, UPON INFORMATION AND BELIEF THE DEFENDANTS HAVE IGNORED THE PLAINTIFF'S ARDENT REQUESTS THAT HE BE TREATED FOR HIS NUMEROUS PAINFUL HEALTH CONDITIONS AND THAT SAID REQUESTS WERE INTENTIONALLY IGNORED, OR MEDICAL ATTENTION WAS DELAYED IN AN EFFORT TO TORTURE THE PLAINTIFF INTO PLEADING TO THE CHARGES THAT WERE PENDING AGAINST HIM IN WAYNE COUNTY, OR IN THE ALTERNATIVE

AS A REPRISAL FOR DISRESPECT SHOWN TO THE
DEFENDANTS INDIVIDUALLY AND COLLECTIVELY.

33. THAT UPON INFORMATION AND BELIEF THE IN-
TENT OF THE DEFENDANT'S IN DENYING THE
PLAINTIFF HIS FUNDAMENTAL RIGHTS AS SUGGESTED
HEREIN ABOVE IN COUNT II WAS TO CAUSE
THE PLAINTIFF SEVERE PHYSICAL PAIN, ENDURING
PHYSICAL HARM, AND LASTING EMOTIONAL DAMAGE
AS A CRUEL AND UNUSUAL PUNISHMENT OR FOR
TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

WHEREFORE, THE PLAINTIFF PRAYS THAT
THIS HONORABLE COURT FIND IN PLAINTIFF'S
FAVOR AND AGAINST THE DEFENDANTS AS TO
PLAINTIFF'S CAUSE OF ACTION FOR EMOTIONAL
DISTRESS RESULTING FROM DEFENDANTS' IN-
TENTIONAL DEPRIVATION OF PLAINTIFF'S FUND-
AMENTAL RIGHT TO ADEQUATE MEDICAL TREATMENT;
AND;

(A) COMPENSATE PLAINTIFF IN AN AMOUNT
IN EXCESS OF #250,000.00 FOR DAMAGES SUFFERED
AS A RESULT OF THE DEFENDANT'S COMMISSION
OF SAID INTENTIONAL ACTS AND COMISSIONS; AND

(B) THAT THE COURT ORDER ANY SUCH OTHER FURTHER RELIEF TO DO JUSTICE AMONG THE PARTIES HERETO.

## COUNT III
### INTENTIONAL VIOLATION OF PLAINTIFF'S CIVIL RIGHTS- GENDER IDENTIFICATION.-

34. THAT IN MAY OF 2023 DEFENDANTS by AND THROUGH THE USE OF WAYNE COUNTY JAIL STAFF, REMOVED ALL FEMALE DETAINEE'S, FROM THE FEMALE SIDE OF THE JAIL, CLEARLY MARKED IN BOLD lETTERS (FEMALE) SO THEY (DEFENDANTS) COULD HOUSE PLAINTIFF BEHIND SAID DOOR.

35. THAT PLAINTIFF CLEARLY IDENTIFIES AS BEING OF THE MALE GENDER.

36. THAT UPON INFORMATION AND bELIEF THE INTENT OF THE DEFENDANTS IN DENYING THE PLAINTIFF HIS FUNDAMENTAl RIGHTS AS SUGGESTED HEREIN ABOVE IN COUNT III WAS TO CAUSE THE PLAINTIFF EMOTIONAL DAMAGE AS A CRUEl AND UN-USUAl PUNISHMENT OR FOR TO EXACT DAMAGE ON THE PLAINTIFF FOR SPITE.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT FIND IN PLAINTIFF'S FAVOR AND AGAINST THE DEFENDANTS AS TO PLAINTIFF'S CAUSE OF ACTION FOR EMOTIONAL DISTRESS RESULTING FROM DEFENDANTS' INTENTIONAL DEPRIVATION OF PLAINTIFF'S FUNDAMENTAL RIGHT TO IDENTIFY AND be HOUSED AS MALE GENDER. REFER TO GRIEVANCES THAT WERE FILED by PLAINTIFF WHILE INCARCERATED AT THE WAYNE COUNTY JAIL. SEE EXHIBIT #8 COMPLAINT # 2023-CRC-5485

(A) COMPENSATE PLAINTIFF IN AN AMOUNT IN EXCESS OF $250,000.00 FOR DAMAGES SUFFERED AS A RESULT OF THE DEFENDANT'S OMMISSION OF SAID INTENTIONAL ACTS AND OMMISSIONS; AND

(B) THAT THE COURT ORDER ANY SUCH OTHER FURTHER RELIEF TO DO JUSTICE AMONG THE PARTIES HERETO.

37. THAT THE PLAINTIFF REPEATS AND REAFFIRMS ALL ALLEGATIONS MADE IN PARAGRAPHS (I) ONE THROUGH ~~XXXVI~~ THIRTY-SIX HEREIN AND HERETOFORE STATED.

38. PURSUANT TO 28 U.S.C. §1746, I DECLARE
    UNDER PENALTY OF PERJURY THAT THE
    FOREGOING IS TRUE AND CORRECT,
    EXECUTED ON: 5-16-2024

Ronald Jolly
RONALD JOLLY

EXHIBIT #1

# FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024  REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTMENT
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD  STATE: IL  ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly  IDOC #: 505734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO  STATE: IL.  ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:

I'm requesting copies of received & sent Emails/
Corrospondance with Jonathan Turpin, attorney
General, & Horizon Healthcare requarding Ronald
D. Jolly between the Dates 3-6-2023 to
Current Date. Please & Thank you.
That is any corrospondance with those listed
above, sent & received with Wayne County Sheriffs
Department reguarding Ronald D. Jolly

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM  Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:
Ronald Jolly

EXHIBIT #1



# OFFICE OF THE STATE'S ATTORNEY

WAYNE COUNTY

**Kevin C. Kakac**  307 East Main Street  Phone (618) 842-3433
State's Attorney  Fairfield, Illinois 62837  FAX (618) 847-4618

March 26, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

Re: FOIA Request Dated 03/18/2024

Dear Mr. Jolly:

    I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

    The review of these documents and the response to this request was undertaken by Wayne County State's Attorney Kevin C. Kakac. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

        Public Access Counselor Office of the Attorney General
        500 South 2nd Street
        Springfield, Illinois 62706
        Fax: 217-782-1396
        E-Mail: publicaccess@atg.state.il.us.

    You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

    Please direct any questions concerning this matter to my attention.

        Respectfully,

        Kevin C. Kakac
        Wayne County State's Attorney

KCK/gml

Enclosures

 Gmail

**Chris Otey <sheriffotey@gmail.com>**

## Ron Jolly
1 message

**Kevin Kakac** <emailsa@waynecountyil.gov>          Fri, Feb 9, 2024 at 2:45 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>, Chief Keith Colclasure <colclasure@fairfieldpd.org>

Gentlemen:

At your earliest convenience, please bring to my office any and all vehicle titles seized in the multiple Jolly arrests. I think mainly this is the Sheriff's Office arrest from March of 2023, I think.... but there may have been others.

Thanks,
KCK

3 OF 5

EXHIBIT # 1

 **Gmail**                                    **Chris Otey <sheriffotey@gmail.com>**

## Jonathan Turpin

6 messages

---

**Jonathan Turpin** <jonturpin13@gmail.com>          Thu, Jul 6, 2023 at 2:33 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
     2119K

---

**Chris Otey** <sheriffotey@gmail.com>          Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

---

**Chris Otey** <sheriffotey@gmail.com>          Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with
you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>          Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue.
Have a good weekend. JTe.
[Quoted text hidden]
--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If
you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY
PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the
message from your computer system immediately.

---

**Chris Otey** <sheriffotey@gmail.com>          Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call
the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting
with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week
during normal business hours.

Thank you
Sheriff Chris Otey

4 of 5

EXHIBIT #1

**Jonathan Turpin** <jonturpin13@gmail.com>                    Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.

[Quoted text hidden]

5 OF 5

EXHIBIT #2

# FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 4-4-2024   REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): HORIZON HEALTHCARE
ADDRESS: 213 N. W. 10TH ST.
CITY: FAIRFIELD   STATE: IL.   ZIP: 62837

REQUESTER'S NAME: Ronald D. Jolly   IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: Hillsboro   STATE: IL.   ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):

I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.

I would like the following records and/or information:

SCHEDULED & CANCELED APPOINTMENTS, MADE OR CANCELED by
WAYNE COUNTY SHERIFF'S DEPARTMENT FOR RONALD D.
JOLLY STARTING ~~FROM~~ TO ~~CURRENT DATE~~ 1-12-2024.
ALSO MEDICAL RECORDS (PAPER FORM PLEASE) FOR RONALD
D. JOLLY. 1-1-2016 TILL 1-12-2024
I ALSO WANT SPECIFATALLY A NOTE WHERE WAYNE
COUNTY SHERIFF DEPARTMENT CANCELED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY HIGH SECURITY level

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM   Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

EXHIBIT #2



**FAIRFIELD MEMORIAL HOSPITAL**
EXCELLENCE IN COMMUNITY HEALTHCARE
303 N.W. 11th St
Fairfield, IL 62837
Phone: (618) 847-8356
Fax: (618) 847-8379



HORIZON
H E A L T H C A R E
Caring Through A Lifetime.

04/30/2024

Mr. Ronald D. Jolly
12078 Illinois Route 185
Hillsboro, IL 62049

Dear Mr. Jolly

We have received your Freedom of Information Act Request dated 4/4/2024.  Unfortunately we are unable to fulfill this request as written because Medical Records are not considered public information.

However, I have included a copy of our Release of Information form that will allow us to fulfill your request once received.  Please complete and return to the address above for processing.  Due to the large amount of records requested, it could take up to 30 days to complete the request.

Respectfully,

Susan Suddarth, Director
Health Information Management

EXHIBIT # 3 PAIN CLINIC

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey — Sheriff

INMATES NAME __JOLLY__     CELL BLOCK __ISO__     CELL # __5__

### ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date
- ☐ Holds/ Detainers
- ☐ Request Information
- ☐ Bond Amount
- ☐ Other
- ☐ Trial Date Set
- ☐ Extradition

**Facility Programs:**
- ☐ Bible Study
- ☐ Drug Counseling
- ☐ Educational Classes
- ☐ Library Services
- ☐ Alcoholic Anonymous
- ☐ Other

**Medical Section:**
- ☐ Sickness
- ☐ Depression
- ☐ Injury
- ☐ Medication
- ☐ Dental Concern
- ☒ Other

**Other Concerns:**
- ☐ Personal Property
- ☐ Shift Supervisor
- ☐ Commissary
- ☐ Request Information
- ☐ Laundry
- ☐ Trust Account Balance
- ☐ Other

Explain reason for request or grievance: __SEE ATTACHED__

Inmates Signature: _____     Date: __10-8-23__

Staff Response: _We have taken you to all scheduled appointments. We will check to ensure no other appointments have been scheduled for you._

Staff Officer Signature: _____     Date: __10/12/23__

1 OF 2

EXHIBIT #3     10-8-23

On 9-14-23 I filed a grievance requesting the status of an appointment to the pain-clinic. (The pain-clinic that my doctor JODI PELEGRIN had me take X-RAYS FOR.)

Your response was: There isn't any schduled appointments for the pain-clinic, and you take me to all schduled appointments.

On 9-29-23 I went to the doctors office for an ankle injury that occured while in the shower here at the Wayne county jail. While at the doctors office I inquired about the pain-clinic. (which is located across the hall from my doctors office.) Doctor PELEGRIN advised me that she did refer me to the pain-clinic, and the administration at the Wayne county jail cancelled my appointment for the pain-clinic, stating: I was to high of a security risk.

You are intentionally violating my Civil Rights, my right to medical treatment and prohibition against cruel and unusual punnishment.

Reschudule my appointment to the pain-clinic, so I can receive my nerve-blocking shots.

EXHIBIT#4

MAIN
CLINIC

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey – Sheriff

INMATES NAME _Jolly_          CELL BLOCK _ISO_     CELL # _5_

### ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
☐ Complaint about treatment
☐ Disciplinary Reclassification
☐ Request special visit
☐ Medical Co-Payment Grievance

**Classification Section:**
☐ Request Trustee Status
☐ Request Reclassification
☐ Complaints Regarding other inmates

**Court Liaison:**
☐ Release Date        ☐ Bond Amount        ☐ Trial Date Set
☐ Holds/ Detainers    ☐ Other              ☐ Extradition
☐ Request Information

**Facility Programs:**
☐ Bible Study         ☐ Library Services
☐ Drug Counseling     ☐ Alcoholic Anonymous
☐ Educational Classes ☐ Other

**Medical Section:**
☐ Sickness            ☐ Medication
☐ Depression          ☐ Dental Concern
☐ Injury              ☒ Other _APPOINTMENT FOR PAIN CLINIC_

**Other Concerns:**
☐ Personal Property   ☐ Commissary         ☐ Laundry    ☐ Other
☐ Shift Supervisor    ☐ Request Information ☐ Trust Account Balance

Explain reason for request or grievance: _SEE ATTACHED_

Inmates Signature: _____     Date: _12-18-23_

Staff Response: _Appointment information + schedules ISing released to detainee. All appointments will be taken care of by jail staff_

Staff Officer Signature: _St. Moلsт_     Date: _12/19/23_

_1 OF 2_

EXHIBIT #4

12-14-23

On 11-8-23 I was taken to Horizon for a follow-up appointment with Dr. Peligrin.

While I was at my follow-up appointment I gave my Doctor a copy of a grievance, that I had previously written, and was responded to.

After my Doctor read said grievance. I than requested for her (my Doctor) to once again refer me to the pain-clinic. She did.

When we returned back to the Wayne county jail C/o Drake schduled 2 appointments for me. 1 to P.T. and 1 to the pain-clinic. That was on 11-8-23.

On 11-29-23 I was taken to my P.T. appointment.

On 12-8-23 I was taken for a 30 day follow-up appointment for blood pressure. While there at said appointment, I requested from the Doctor (not sure of new Docs. name) What the status of the pain-clinic appointment was?

I'm refered to pain-clinic by 2 different Doctors.

Is there an appointment for me to be taken to the pain-clinic????

I've been refered to, and been trying to go to the pain-clinic for 8 months. I'm in extreme pain. 2 OF 2

DECLARATION UNDER PENALTY OF PERJURY OF (EXHIBIT #5)
OF JERMY TUCKER

JERMY TUCKER, BEING COMPETENT TO MAKE THIS (12-21-2023)
DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS
STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. § 1746:

(1) I JERMY TUCKER RESIDED IN CELL #5.

(2) FOR SEVERAL MONTH'S WITH ONE OTHER DETAINEE
RONALD JOLLY ISOLATED FROM ALL OTHER DETAINEE'S

(3) WHILE RESIDING IN CELL #5, 5 DAYS OF EVERY
WEEK, WHEN JAIL ADMINISTRATOR MIKE MILLER
WAS ON DUTY FOR HIS SHIFT MON-FRI, WE
WERE DENIED HEAT TO OUR CELL #5.

(4) ONE AFTERNOON I ASKED C/O FENTON TO
PLEASE TURN THE HEAT ON, SHE C/O FENTON
STATED: "YOU CAN'T HAVE HEAT UNTIL MIKE
LEAVES."

(5) ONE MORNING WHEN MIKE MILLER ASKED
JOLLY HOW HE LIKES HIS COFFEE JOLLY
STATED JUST B/ACK. MIKE MILLER THAN STATED
HE (MIKE MILLER) LIKES HIS LIKE HE LIKES
HIS WOMEN "BLACK GROUND UP AND IN THE
FREEZER."

(6) MIKE MILTER KNOWS DETAINEE JOLLY'S
2 CHILDREN ARE HALF BLACK AND HALF WHITE.
PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY
OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON
12-21-2023 SIGN _Jermy Tuck_

WITNESS SIGN _Ronald Jolly_

PRINT _Jermey Tuck_

WITNESS PRINT RONALD JOLLY

1 OF 1

EXHIBIT #6

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT WAYNE COUNTY, ILLINOIS

THE PEOPLE OF ILLINOIS
  Plaintiff/Petitioner

vs.                                              No. 2021-CF-131

RONALD D. JOLLY,
  Defendant/Respondent

## DEFENDANT'S RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY

The Defendant and Client, Ronald D. Jolly wishes now to ratifies his Written offer to Plead Guilty signed 12-29-2023 and Written Plea of Guilty signed 12-30-2023 and in support of said ratification states as follows:

1. That Ronald Jolly during the pendency of his criminal cases in Wayne County has been mistreated and his legal and human rights have been violated.

2. That Ronald Jolly has suffered emotionally and psychologically because of said mistreatment at the hands of the Wayne County Jail.

3. That because of his negative reaction to his mistreatment Ronald Jolly has second guessed many things including his own decisions and the advice of his legal counsel Jonathan Turpin.

4. That Ronald Jolly has recently verbally instructed Jonathan Turpin to repudiate his written agreement with the State to Plead guilty signed 12-29-2023 and Written Plea of Guilty signed in Jonathan Turpin's presence at the Wayne County Jail, and signed after reviewing the Mittimus and asking questions of his legal counsel to the Defendant's satsfaction.

5. That Ronald Jolly at this time **DOES NOT WISH TO REPUDIATE HIS WRITTEN OFFER TO PLEAD GUILTY OR HIS WRITTEN PLEA OF GUILTY AND INSTRUCTS HIS ATTORNEY TO DISREGARD DEFENDSANT'S PREVIOUS INSTRUCTIONS TO FILE AN APPEAL, AND NOT FILE HIS APPEAL BEFORE 1-3-2023 in 2023-CF-43.**

DATED: 1-1-2024          _____
                                       Ronald D. Jolly – Defendant

EXHIBIT # 7

5-8-2024

DECLARATION UNDER PENALTY OF PERJURY
OF RONALD O. JOLLY, BEING COMPETENT TO
MAKE THIS DECLARATION AND HAVING PERSONAL
KNOWLEDGE OF THE MATTERS STATED THEREIN,
DECLARES PURSUANT TO 28 U.S.C. § 1746:

1) 3-6-2023 TO 1-12-2024 I WAS BEING DETAINED
AT THE WAYNE COUNTY JAIL, IN FAIRFIELD, IL.
PENDING SEVERAL CRIMINAL CHARGES.

2) FROM 3-6-2023 TO 11-8-2023 I WAS NOT ALLOWED
TO CONFER WITH ANY ATTORNEY, AT THE WAYNE
COUNTY JAIL, UNLESS IT WAS THROUGH GLASS, WITH
A PHONE THAT CLEARLY NOTIFIED BOTH PARTIES
(ATTORNEY & CLIENTS) THAT IT WAS BEING RECORDED.

3) I RONALD JOLLY WAS INFORMED by MY DOCTOR JODI
PELIGREN AT HORIZON HEALTHCARE, THAT WAYNE COUNTY
SHERIFF'S DEPARTMENT CANCELLED MY APPOINTMENTS
TO PAIN CLINIC DUE TO MY SECURITY LEVEL.

4) JODI PELIGREN DID HAVE ME TAKE XRAYS
FOR PAIN CLINIC.

5) JODI PELIGREN DID HAVE ME SCHOULED FOR
NERVE blockING SHOTS AFTER SEEING XRAYS OF
MY bACK.

EXHIBIT # 7

6) I HAVE, PRIOR TO BEING DETAINED AT WAYNE COUNTY JAIL HAVE RECEIVED NERVE blocking SHOTS IN MY lOWER TO MID bACK AS TREATMENT FOR PAIN.

7) NUMEROUS TIMES WHILED bEING DETAINED AT THE WAYNE COUNTY JAIL I REQUESTED TREAT-MENT FOR PAIN TO NO AVAIl.

8) I WAS lED TO bElIEVE by CHIEF JAIL ADMINISTRATOR MIKE MIllER THAT I WAS'NT bEING SCHEDUlED FOR AN APPOINTMENT TO PAIN CliNIC, DUE TO MY DOCTOR NOT REFERING ME TO PAIN CliNIC. WHEN IN FACT IT WAS THE WAYNE COUNTY JAIL, WAYNE COUNTY SHERIFF'S DEPARTMENT CANCElliNG MY APPOINTMENT TO PAIN CliNIC. REFER TO GRIEVANCE DATED 10-8-2023 MARKED EXHIbIT #3

9) MEMORANDUM, All EXHIbITS, AND CIVIl COMPlAINT, AND DEClARATION PURSUANT TO 28 U.S.C. § 1746, I DEClARE UNDER PENAlTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON 5-8-2024 By RONAlD DAlE Jolly *Ronald Dale Jolly*

EXHIBIT #8



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

July 20, 2023

**SENT VIA US MAIL**
Mr. Ron Jolly
305 E. Court
Fairfield, IL 62837

Re: Your Complaint against Wayne County Jail
    2023-CRC-5485

Dear Mr. Jolly,

The Civil Rights Bureau of the Illinois Attorney General's Office has received a copy of your complaint against the Wayne County Jail. Thank you for taking the time to share with us the details of what you experienced.

Unfortunately, the Civil Rights Bureau will not investigate further at this time. We have documented the incidents to track whether the conduct continues or indicates a possible pattern or practice of discrimination.

This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law. If you wish to proceed with possible claims, you should speak with an attorney or contact any of the organizations listed below for legal services.

**John Howard Association**
70 E Lake Street # 410
Chicago, IL 60601
Phone: (312) 291-9183
Website: https://www.thejha.org/

**Illinois Department of Corrections Jail and Detention Standards Division**
555 W. Monroe Street
#600-S
Chicago, IL 60661
Phone: (217) 558-2200 ex 412
Website: https://www2.illinois.gov/idoc/aboutus/Pages/JailandDetentionStandards.aspx

EXHIBIT #8

**Uptown People's Law Center**
4413 North Sheridan
Chicago, IL 60640
Phone: (773) 769-1411

If you believe that we can assist you with any other civil rights-related matters, please do not hesitate to contact our office. If you have any questions about the work our Bureau handles or general civil rights-related questions, feel free to call our hotline at (312) 814-3400.

Sincerely,

Shavon M. Robinson, MS
Paralegal, II

**THE OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF ILLINOIS**

EXHIBIT # 9



## OFFICE OF THE STATE'S ATTORNEY

### WAYNE COUNTY

Kevin C. Kakac     307 East Main Street     Phone (618) 842-3433
State's Attorney     Fairfield, Illinois 62837   FAX (618) 847-4618

April 25, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

Re: FOIA Request Dated 04/18/2024

Dear Mr. Jolly:

I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

The review of these documents and the response to this request was undertaken by Wayne County Assistant State's Attorney Kyle ELlis. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

Public Access Counselor Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-Mail: publicaccess@atg.state.il.us.

You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

Please direct any questions concerning this matter to my attention.

Respectfully,

Kyle Ellis
Wayne County Assistant State's Attorney

KAE/gml

Enclosures

EXHIBIT #9

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 4-18-24      REQUEST NO: 2

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFFS
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD      STATE: IL.      ZIP: 62837

REQUESTER'S NAME: Ronald D. Jolly      IDOC #: 505734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: Hillsboro      STATE: IL.      ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:

PLEASE SEE ATTACHED DOCUMENTS: where you either by
accident or on purpose left out contents of July 6, 2023
Emails sent and received From Jonathan Turpin and
Chris Otey. Can you please send me the
contents of those Emails Dated July 6, 2023.
Thank you.

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM                Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

EXHIBIT #9

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024   REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTMENT
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD   STATE: IL.   ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly   IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: Hillsboro   STATE: IL.   ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:
I'm requesting copies of received & sent Emails/
Correspondence with Jonathan Turpin, attorney
General & Horizon Healthcare regarding Ronald
D. Jolly between the Dates 3-6-2023 to
current date. Please & Thank you
That is any correspondence with those listed
above, sent & received with Wayne county Sheriff's
Department regarding Ronald D. Jolly
In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM                  Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

3 OF 5

Ronald Jolly

 **Gmail**            Chris Otey <sheriffotey@gmail.com>

## Jonathan Turpin
6 messages

**Jonathan Turpin** <jonturpin13@gmail.com>        Thu, Jul 6, 2023 at 2:33 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

     Please see attached per our phone conversation just now. JTe.

     📄 **Letter and complint for Chris Otey 762023.pdf**
     2119K

**Chris Otey** <sheriffotey@gmail.com>        Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

     Received, thank you

     Sheriff Chris Otey
     [Quoted text hidden]

**Chris Otey** <sheriffotey@gmail.com>        Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

     Mr. Turpin

     Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with
     you Monday and we can see what we can work out to make this happen.

     Thanks
     Sheriff Chris Otey
     [Quoted text hidden]

**Jonathan Turpin** <jonturpin13@gmail.com>        Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

     Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue.
     Have a good weekend. JTe.
     [Quoted text hidden]
     --
     The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If
     you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY
     PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the
     message from your computer system immediately.

**Chris Otey** <sheriffotey@gmail.com>        Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

     Mr. Turpin

     I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail.  If you would call
     the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting
     with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week
     during normal business hours.

     Thank you
     Sheriff Chris Otey        4 OF 5

[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>                          Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.

[Quoted text hidden]

5 OF 5

Foutris' Law Office, Ltd.
53 W. Jackson Blvd. Suite 352
Chicago, IL 60604
(312) 212-1200

Darryl A. Goldberg
33 N. Dearborn St. #1830
Chicago, IL 60602
(773) 793-3196

Hale & Monico
Monadnock Building
53 W. Jackson Blvd. Suite 334
Chicago, IL 60604
(312) 535-9474

Ed Fox & Associates, Ltd.
118 N. Clinton St. #425
Chicago, IL 60661
(312) 345-8877

Loevy + Loevy
311 North Aberdeen St. 3rd Floor
Chicago, IL 60667
(312) 243-5900

1 OF 5

WROTE ON 3-24-2004
FOR REPRESENTATION



4415 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

## PRIVILEGED LEGAL CORRESPONDENCE

11/13/2023

Ronald Jolly
N/A

305 E. Court St.
Fairfield, IL 62837

Dear Ronald Jolly,

Please be advised that we received your letter requesting legal assistance. While UPLC represents many prisoners, the work we do is limited to civil rights cases challenging the way people are treated in the Illinois Department of Corrections. We do not take cases out of county jails, federal prisons, or prisons outside the state of Illinois.

Although UPLC cannot represent you, that does not mean you do not have meritorious claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before an incarcerated person can file a case, they need to exhaust their "administrative remedies." This process will be different depending on what type of facility you are in (county jail, federal prison, or state prison). We cannot advise you on how to exhaust administrative remedies where you are located, but it generally involves filing a grievance within the time frames laid out by your facility and following procedures to appeal the response you receive. Additionally, once the grievance process has been exhausted, the case must be filed within the applicable statute of limitations, which is generally two years.

As we have not reviewed the merits of your claim, we are not in a position to advise you which deadlines apply to your particular claims. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

Although we are unable to represent you, we recommend that you keep a copy of this letter for your records. If you decide to file a lawsuit *pro se* (without legal representation), you will have the opportunity to file a motion with the court requesting that they appoint an attorney to represent you. If you file a motion for the appointment of counsel, you must include evidence that you tried to find an attorney on your own but were unsuccessful. Therefore, you should submit a



copy of this letter and similar letters you may have received from other law offices along with such a motion.

Sincerely,


Uptown People's Law Center



# LOEVY + LOEVY

April 16, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via USPS Mail*
Ronald Jolly S05734 14-A-4
Graham Correctional Center
12078 IL. 185
Hillsboro, IL 62049

*Re: Your request for legal representation*

Ronald Jolly:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy





**HALE & MONICO**
AMERICA'S JUSTICE ATTORNEYS

April 12, 2024

Ronald Jolly #505734 14-A-4
12078 IL Rt 185
Hillsboro, IL 62049

Re: *Your Inquiry to Hale & Monico*

Dear Mr. Jolly,

Thank you for reaching out to Hale & Monico regarding your potential claim. We have reviewed the information that you submitted and, unfortunately, we are not able to assist you with this particular claim, but appreciate that you considered our firm for your legal needs. Please be advised that there is a statute of limitations that requires you to file your lawsuit within a certain time frame. We would encourage you to contact another attorney immediately to assist you with your claim and help you preserve your rights.

Sincerely,

*Hale & Monico*



www.halemonico.com

*LETTER #12*

*RE: # 3:09-CV-00074-G,*

CJRA_T,CLOSED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:09-cv-00074-GPM

Jolly v. Hinkle et al
Assigned to: Judge G. Patrick Murphy
Demand: $50,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/26/2009
Date Terminated: 06/22/2009
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Ronald D. Jolly**                    represented by   **Ronald D. Jolly**
                                                        S05734
                                                        CENTRALIA CORRECTIONAL CENTER
                                                        9330 Shattuc Road
                                                        PO Box 7711
                                                        Centralia, IL 62801
                                                        Email:
                                                        PRO SE

V.

**Defendant**

**Jim Hinkle**
*Sheriff*

**Defendant**

**Michael Miller**
*Correctional Officer*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2009 | 9 | JUDGMENT in favor of Jim Hinkle and Michael Miller against Ronald D. Jolly. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 8 | MEMORANDUM AND ORDER Dismissing case pursuant to 28 U.S.C. Sec. 1915A; this dismissal counts as a "strike" for purposes of 28 U.S.C. Sec. 1915(g); and Denying 6 MOTION to Appoint Counsel.. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 7 | ORDER Directing Monthly Payments be made from Prison Account of Ronald Jolly; Granting 2 MOTION for Leave to Proceed in forma pauperis. IPFF set at $3.30. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |

| 02/03/2009 | | USM 285 forms received from Plaintiff Ronald D. Jolly as to Mike Miller and Sheriff Jim Hinkle (lmb) (Entered: 02/03/2009) |
| 01/26/2009 | 6 | MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 5 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 3 Motion to Appoint Counsel filed by Ronald D. Jolly. See attached document for specifics. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 4 | Letter from USDC SD/IL to Plaintiff with Case Notification and blank USM-285 forms (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 3 | STRICKEN PURSUANT TO DOC. 5 - MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) Modified on 1/26/2009 (bkl). (Entered: 01/26/2009) |
| 01/26/2009 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 1 | COMPLAINT against Jim Hinkle, Michael Miller, filed by Ronald D. Jolly.(bkl) (Entered: 01/26/2009) |