## "Second Amended Complaint"

# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Ronald Dale Jolly, #S05734 )
_____ )
_____ )
_____ )
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )
Mike Miller )
Christopher Otell )
Officer Yoombs )
Officer Butler )
*Defendant(s)/Respondent(s)* )

Case Number: 24-CV-01489-JPG
*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** Ronald Dale Jolly, #S05734

A. Plaintiff's mailing address, register number, and present place of confinement.

12078 IL. Route 185
Graham Correctional Center
Hillsboro, IL. 62049

**Defendant #1:**

B. Defendant **Mike Miller** is employed as
(a) *(Name of First Defendant)*
Chief Jail Administrator / Sgt.
(b) *(Position/Title)*
with Wayne County Sheriffs' Department
(c) *(Employer's Name and Address)*
305 East Court St., Fairfield, IL. 62837

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Defendant Miller was a Sgt. and the Chief Jail Administrator for the Wayne County Sheriffs Department

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _Christopher Otey_ is employed as

(Name of Second Defendant)

_Wayne County Sheriff_

(Position/Title)

with _Wayne County Sheriff Department_

(Employer's Name and Address)

_305 East Court St., Fairfield, IL. 62837_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes  ☐ No

If you answer is YES, briefly explain: _Defendant Otey was the Wayne County Sheriff for the Wayne County Sheriffs' Department_

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

_Defendant #3 c/o Toombs, who was a Correctional officer at the Wayne County Jail._

_Defendant #4 c/o Butler, who was a Correctional officer at the Wayne County Jail_

## II.     PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s):  Ronald D. Jolly

Defendant(s):  Jim Hinkle/Mike Miller

2.     Court (if federal court, name of the district; if state court, name of the county):  Southern District

3.     Docket number:  3:09-CV-00074-GPM

4.     Name of Judge to whom case was assigned:  G. Patrick Murphy

5.     Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights

6.     Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):  It was Dismissed

7.  Approximate date of filing lawsuit: 1-26-2009

8.  Approximate date of disposition: 6-22-2009

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" Considered a Strike Please See District Courts Order Attached

## III.  GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C.  If your answer is YES,
   1.  What steps did you take? filed and exhausted Grievances and also had Private Counsel to Attempt to Seal a Resolve

   2.  What was the result?
   All Plaintiffs Grievances were delayed, denied, or falsely Responded to, and Counsel Never Responded to

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F.  If your answer is YES,
   1.  What steps did you take?

Rev. 10/3/19

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Please See Attached Exhibits 1-Thru-9

# IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Please See Attached Claims Pgs. 1-5

IV.    <u>Statement of Facts</u>

1). On-or-about March 6th 2023 Plaintiff was arrested and booked into the WAYNE County Jail.

2). On-or-about March 6th during booking Plaintiff informed the unknown Booking officer that before his arrest into the Jail. he had been and will need to continue receiving his nerve blocking-shots for his chronic lower and mid-back pain. which he has received from the Horizon Health Clinic since 2015.
    (Please see attached Exhibits... Pg.6(2),- 9(2), and 10)

3). On-or-about March 8th Plaintiff mentioned to a Jailer that he was in severe pain and needed to speak with someone about his up-coming Pain-Clinic Appointment. and he was told to speak with the Chief Jail Administrator Mike Miller.

4). On-or-about later in the Day of March 8th Plaintiff was able to speak with the Chief-Administrator/Sgt. Mike Miller (Defendant) about his concerns of receiving treatments for his pain and his continued needs to visit the Pain Clinic for his chronic back pains and treatments.

1.

5). On-or-About March 8th Defendant Mike Miller Advised Plaintiff that he would be given medicine for his pain, and will be taken to all of his pain Clinic Appointments if he doesn't cause any problems, like he's done in the past.

6). On-or-About March 8th Plaintiff wasn't causing any problem(s), but was well aware of what Defendant Mike Miller was referring to... where in 2009 (3:09-CV-00074 GPM) Plaintiff Challenged several actions and polices of the Wayne County Jail and the Defendant Mike Miller was listed as one of the Defendants.

7). Around-or-After Plaintiff's conversation with Defendant Mike Miller on March 8th, Plaintiff became convinced and for certain that the Defendant Administrator/Sgt. Mike Miller exerted his authority to enact various forms of Retaliation against the Plaintiff for exercising his constitutional rights in 2009.

2.

8). ON-AND-throughout the times from late MARCH to about November 8th Plaintiff was denied ACCESS and not allowed to confer Privately with his Attorneys other than behind A thick glass on A Phone that were recording and monitoring throughout all his Privileged and legal visits.

9). ON-OR-About, late mail to earlil June via Instructions from the jail Administrator Sgt. — Defendant Mike Miller Plaintiff was placed in A room labeled and used to house female detainees, by Defendants officer Toombs and officer Butler.

10). ON-OR-About late mail to earlil June Plaintiff asked Defendants Toombs and Butler whil he was being placed in the female Room, he was told the Administrator Mike Miller gave them orders to do it.

11). On-or-About late June Plaintiff began his verbal and written grievances about not receiving treatments for his chronic pains, being removed from the female room, taken to his pain clinic appointments, or allowed to meet with his attorney while being obviously isolated as a punishment for filing a claim against Defendant Mike Miller. (Please refer to 3:09-CV-00074 GPM)

12). On-or-About July 6th 2023 Plaintiffs' attorney attempted to meet with his client via a letter directed to the Wayne County States attorney Kevin Kakac explaining the denied access to and with his client by Defendants Mike-Miller and Christopher Dieu.

13). On-or-About July 20th Plaintiff received a response from the Attorney Generals office pertaining the retaliatorial treatments Plaintiff was receiving from the Defendants. (Please see attached Exhibit #8)

14). On-or-About September 29th while at the Doctors office being seen for something different than pain clinic, the Plaintiff was told by his Doctor (Dr. Pelegrin) that she has continually been scheduling him for his pain clinic - appointments, but the Jail Administrator has been cancelling them.

4.

15). On-or-About October 8th Plaintiff received one of Defendants' Mike Millers Responses to his manu requests to be taken to the Pain Clinic. (Please see attached Exhibit #3)

16). On-or-About November 8th Plaintiff was taken to Another follow-up with Dr. Pelegrin who again referred me to the Pain Clinic while telling the Escort officer (Mr. Drake) that Plaintiff needed to make his Appointment because of his Chronic Condition. (Please see attached Exhibit Pg #10)

17). On-or-About November 8th the escorting officer, officer Drake scheduled Plaintiff two Appointments that Dr. Pelegrin had referred, one for Physical-Therapy and the other one for Pain Clinic.

18). On-or-About December 8th Plaintiff was taken to Another follow-up for his blood Pressure And again the unknown new Doctor Advised Plaintiff that he was his New Care giver and would Continue Referring him to the Pain Clinic.

19). On-or-About December 18th Plaintiff received A Response from Defendant Miller After Plaintiff submitted several requests asking whil his Appointments were Cancelled? (see Attached Exhibit #4)

5.

# Legal Claims

At All Times Stated herein. All Defendants were Acting under the color of State Law. While violating Plaintiffs Constitutional Rights, which they All engaged in a concert by enacting and participating in a campaign of Harassment in various forms... Denied Medical Treatments, Detaining and intervening with Plaintiff's Doctors Prescribed orders for treatment(s), denied Access to counsel, Placed in the females Room for the sake of Humiliation, And Retaliation. Therefore Each Defendant is being Sued in their Individual And official capacity for violating Plaintiffs 1st, 5th, 6th And 14th Amendment of the Constitution of the United States of America.

The Defendant _Miller_ while under the color of State Law violated the Plaintiffs Right to Seek Redress from the Jail And its actions through the Grievance system by detailing the Process of being heard As Another Retaliation Tactic Against Plaintiff John for Nameing him As A Defendant in a Past Litigation (3:09-CV-00074-GPM)...

cont...

1.

Cont... <u>Legal Claims</u>

Defendant <u>Miller</u> blatantly disregarded Constitutional Rights of the Plaintiff as he Violated Plaintiffs 1st 5th, 6th And 14th Amendments of the Constitution of the United States of America.

Defendant <u>Christopher Otey</u> At All times Acting under the Color of State Law Individually or through A Concert Caused And Allowed Plaintiff to suffer Prolong Periods of Pain, Acts of Retaliation for being Placed on Notice that the Plaintiffs Rights were being Violated And Refused to take Action. Therefore Violating And Allowing Plaintiffs 1st, 5th, 6th, And 14th Amendments of the Constitution of the United States of America to be Violated.

Defendants <u>Toombs</u> And <u>Butler</u> while Acting under the Color of State Law At All times engaged In tactics of Retaliation of Defendant Miller Miller by Placing Plaintiff in a Room labeled and Used for female Detainees, then A Climate Control Room that Stayed Cold for the Sake of Humiliation And Punishment that wasn't Reasonably related to a legitimate goal which clearly Violates Plaintiffs 1st, 5th, 6th And 14th Amendments of the Constitution of the United States of America.

2.

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

_Please See attached Relief Request_

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _Nov. 14 2024_
(date)

_Ronald Jolly_
Signature of Plaintiff

_12078 IL. Rte. 185_
Street Address

_Ronald D. Jolly_
Printed Name

_Hillsboro, IL. 62049_
City, State, Zip

_S05734_
Prisoner Register Number

Signature of Attorney (if any)

## V. Request for Relief

Wherefore, Plaintiff respectfully prays that this Honorable Court enters judgment granting Plaintiff the following Relief:

1). Plaintiff seeks a unspecified amount in Compensatory Damage from each Defendant in their Individual and official Capacity

2). Plaintiff seeks a unspecified amount in Punitive Damages from each Defendant in their Individual and official Capacity

3). Plaintiff also seeks any Additional Relief this Court deems Just, Proper, and Equitable.

RONALD JOLLY

/s/ Ronald Jolly

Respectfully Submitted

## Measured by

| Time | Measured by |
|------|-------------|
| 2:17 PM | Brooke E. Phelps |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. |
| Respiratory | Normal | Effort - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| Patient Health Questionnaire (PHQ-2) | | | | 2 - Further testing indicated | 2 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Mild episode of recurrent major depressive disorder (F33.0). |
| | Impression | Managed on seroquel 200XL. |
| 2. | Assessment | Chronic low back pain without sciatica, unspecified back pain laterality (M54.50). |
| | Impression | Pt was referred to pain management, unable to be seen as they require him to be unshackled and pt is a flight risk. |
| 3. | Assessment | Essential hypertension (I10). |
| | Impression | Managed on losartan. Last check on 11/30, bp was 187/105. Pt has refused checks since then. Increase to 100mg daily. Call with updated readings in approximately 1 month. Follow up in 6 months. |
| 4. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following order(s) completed today: Patient Health Questionnaire (PHQ-2). Interpretation: 2 - Further testing indicated, Result details: 2. |

## Care Guidelines (Detailed)

| Guideline | Status | Due | Action | Last Addressed | Comments |
|-----------|--------|-----|--------|----------------|----------|
| Colonoscopy | due | 12/08/2023 | | | |
| Depression screening | completed | 12/08/2024 | Completed on | 12/08/2023 | |

Jolly, Ronald   000000005768 05/16/1975 12/08/2023 02:00 PM 5/7



**HORIZON**

H E A L T H C A R E

Caring Through A Lifetime.

Christopher Bellard, MD
Marla Lafikes, MD
Jodi Pelegrin, DO
Mervin Leader, MD
Arunima Saxena, MD
Francis Guerra-Bauman, MD
Kayla Bell, PA-C
Kristen Harris, PA-C

John Snowden, PA-C
Deandra Thompson, PA-C
Sharon Bartley, APN FNP
Christina Frymire, APN FNP
John Gilmore, APN FNP
Ross Herdes, FNP
Sherry Mewes, APN FNP
Priscilla Poore, NP

D. Wayne Stennett, APN FNP
Stephen Welty, APN FNP
JoAnn Smith, PMHNP
Jeff Wood, LCSW
Amy Barton, LCSW
Michaela Harrison LCPC

213 NW 10th Street, Suite A | Fairfield IL. 62837
P: (618) 842-4617    F: (618) 842-4743

| | |
|---|---|
| Patient: | **Ronald Jolly** |
| Date of Birth: | 05/16/1975 |
| Date: | 11/08/2023 10:30 AM |
| Visit Type: | Office Visit |

This 48 year old client presents for follow up of Hypertension, follow up of Back pain, follow up of L ankle injury and follow up of Depression.

# History of Present Illness

## 1. Follow Up of Hypertension

Risk factors include male gender and obesity. Pertinent negatives include chest pain, claudication, dyspnea, fatigue, hematuria, irregular heartbeat/palpitations and vomiting. Additional information: F/U on untreated HTN. He was put on Lisinopril 20mg in April for elevated BP as this was the medication he had taken in the past for his HTN. At visit in July he stated he has stopped taking it in Jun

Comments: as it made his ankles painful and swollen. He declined any other medication at that time. He was put on Losartan 25mg in August but at follow-up visit stated he stopped taking it because he felt the Wayne County jail should have more healthy food and work-out equipment so he would not have HTN and need medication. No medications since then. BP today is 147/101. He is stating he would like to try the Losartan again.

## 2. Follow Up of Back pain

Additional information: Patient is requesting referral back to the FMH Pain Clinic for his chronic LBP. He has filed a grievance with Wayne County jail that they are not allowing him treatment for his back pain by not allowing him to see the Pain Clinic.

Comments: Patient was seen at FMH for this issue in 2018 by Dr. Bhaskara and injections done in May 2018 which helped his pain. He then continued to be treated by Dr. Bhaskara when he moved his practice to Eldorado into 2020. He has not seen him in the past several years and no recent X-rays or MRI. Was taking Mobic for pain then. Dx of bulging disc.

Patient referred back to FMH Pain Clinic in March of this year by K. Bell and it was recommended by Pain Clinic that patient see PT first so appointment was made with them. This appointment with PT was canceled due to patient's disruptive/violent behavior at the jail facility. He was deemed to be too high of a security risk to take to PT at that time.

Patient was referred to the Pain Clinic in August and had lumbar X-rays done in anticipation of that visit. When Pain Clinic tried to schedule appointment they were told he was too high of security risk to schedule the appointment. I was asked for my opinion and I stated that this was a chronic not an acute problem. Patient should be seen in Pain Clinic when security risk lessened per the judgment of the jail personnel.

### 3. Follow Up of L ankle injury

Pt seen in September for injury to L ankle which occurred in approx July when he slipped in the shower and caused an inversion motion of ankle causing lateral pain and heard a loud pop. At the time the ankle got swollen and painful. Ice was applied and got some better but still painful w/ certain motions and locks up occasionally. X-ray done at that visit which was negative for fracture. Patient states the ankle continues to be sore with activities and continues to be swollen.

### 4. Follow Up of Depression

Patient was put back on Seroquel 100mg BID in March when first incarcerated, as he had stated this was what he had been on in the past for depression. He states today that the medication is not given 12 hours apart and that affects his mood. He states medications are given at 6:30AM and 5:00PM but sometimes the times vary. He would like the prescription to say that the medication has to be given 12 hours apart for consistency.

## Screening Tools
### Other Screenings

| Encounter Date | Performed Date | Screening Tool | Score | Severity/ Interpretation | MDD Classification | Scanned Document |
|---|---|---|---|---|---|---|
| 11/08/2023 | 11/08/2023 | Patient Health Questionnaire (PHQ-2) | 0 | Further testing is not required | | |

## Problem List

Problem List reviewed.

| Problem Description | Onset Date | Chronic | Clinical Status | Notes |
|---|---|---|---|---|
| Benign hypertension | 04/30/2018 | N | | |

## Past Medical/Surgical History
(Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Hernia repair | 2001 | |
| Arthritis | | | | |
| Asthma | | | | |
| carpal tunnel | | | | |

Jolly, Ronald   000000005768 05/16/1975 11/08/2023 10:30 AM 2/8

EXHIBIT #1

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024  REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTME

ADDRESS: 305 E. COURT ST.

CITY: FAIRFIELD    STATE: IL    ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly   IDOC #: S05734

REQUESTER'S ADDRESS: 12078 IL. RT. 185

CITY: HILLSBORO   STATE: IL.    ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):

I am making the following request for information pursuant to

the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.

I would like the following records and/or information:

I'm requesting copies of received & sent Emails
Corrospondance with Jonathan Turpin attorney
General & Horizon Healthcare requarding Ronald
D. Jolly between the dates 3-6-2023 to
current date. Please & Thank you
That is any Corrospondance with those listed
above sent & received with wayne county sheriff's
Department requarding Ronald D. Jolly

In accordance with 5 ILCS 140/6(b) "documents shall be furnished

without charge.." for the first 50 pages of black and white

legal size copies. I am requesting a waiver and/or reduction

of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated

at GRAHAM    Correctional Center.

Disclosure of the requested information to me is in the public

interest because it will contribute significantly to the public

understanding of the operations and/or activities of State Government.

I look forward to hearing a response form you within (7) seven

business days, according to 5 ILCS 140/3(d) of the act.

PLEASE NOTE: A non-response after (7) seven business days will

be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

EXHIBIT #1



# OFFICE OF THE STATE'S ATTORNEY

### WAYNE COUNTY

**Kevin C. Kakac**       307 East Main Street       Phone (618) 842-3433
State's Attorney       Fairfield, Illinois 62837       FAX (618) 847-4618

March 26, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

Re: FOIA Request Dated 03/18/2024

Dear Mr. Jolly:

I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

The review of these documents and the response to this request was undertaken by Wayne County State's Attorney Kevin C. Kakac. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

Public Access Counselor Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-Mail: publicaccess@atg.state.il.us.

You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

Please direct any questions concerning this matter to my attention.

Respectfully,

Kevin C. Kakac
Wayne County State's Attorney

KCK/gml

Enclosures

 **Gmail**                             Chris Otey <sheriffotey@gmail.com>

---

## Ron Jolly
1 message

---

**Kevin Kakac** <emailsa@waynecountyil.gov>          Fri, Feb 9, 2024 at 2:45 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>, Chief Keith Colclasure <colclasure@fairfieldpd.org>

Gentlemen:

At your earliest convenience, please bring to my office any and all vehicle titles seized in the multiple Jolly arrests.  I think mainly this is the Sheriff's Office arrest from March of 2023, I think…. but there may have been others.

Thanks,
KCK

 **Gmail**                                                    Chris Otey <sheriffotey@gmail.com>

---

## Jonathan Turpin
6 messages

---

**Jonathan Turpin** <jonturpin13@gmail.com>                                    Thu, Jul 6, 2023 at 2:33 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
     2119K

---

**Chris Otey** <sheriffotey@gmail.com>                                    Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

---

**Chris Otey** <sheriffotey@gmail.com>                                    Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>                                    Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue. Have a good weekend. JTe.
[Quoted text hidden]
--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the message from your computer system immediately.

---

**Chris Otey** <sheriffotey@gmail.com>                                    Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week during normal business hours.

Thank you
Sheriff Chris Otey

4 OF 5

[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>                    Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.

[Quoted text hidden]

5 OF 5

EXHIBIT #2

# FREEDOM OF INFORMATION ACT REQUEST

RECEIV[ED]
APR 26 2024
By: ........................

DATE OF REQUEST: **4-4-2024**    REQUEST NO: **1**

NAME OF AGENCY (PUBLIC BODY): **HORIZON HEALTHCARE**
ADDRESS: **213 N.W. 10TH ST.**
CITY: **FAIRFIELD**    STATE: **IL.**    ZIP: **62837**

REQUESTER'S NAME: **Ronald D. Jolly**    IDOC #: **S05734**
REQUESTER'S ADDRESS: **12078 IL. RT. 185**
CITY: **Hillsboro**    STATE: **IL.**    ZIP CODE: **62049**

DEAR AGENCY (PUBLIC BODY):

I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et. seq.
I would like the following records and/or information:

SCHEDULED & CANCELED APPOINTMENTS MADE OR CANCELED by
WAYNE COUNTY SHERIFF'S DEPARTMENT FOR RONALD D.
Jolly STARTING ~~FEB~~ TO CURRENT DATE 1-12-2024.
Also MEDICAL RECORDS (PAPER FORM PLEASE) FOR RONALD
D. Jolly. 1-1-2016 TILL 1-12-2024
I ALSO WANT SPECIFATALLY A NOTE WHERE WAYNE
COUNTY SHERIFF DEPARTMENT CANCELED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY HIGH SECURITY level

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at **GRAHAM**    Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
~~understanding of the~~ operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

1 OF 2

EXHIBIT #2



# FAIRFIELD MEMORIAL HOSPITAL
EXCELLENCE IN COMMUNITY HEALTHCARE

303 N.W. 11th St
Fairfield, IL 62837
Phone: (618) 847-8356
Fax: (618) 847-8379



HORIZON
HEALTHCARE
Caring Through A Lifetime.

04/30/2024

Mr. Ronald D. Jolly
12078 Illinois Route 185
Hillsboro, IL 62049

Dear Mr. Jolly

We have received your Freedom of Information Act Request dated 4/4/2024. Unfortunately we are unable to fulfill this request as written because Medical Records are not considered public information.

However, I have included a copy of our Release of Information form that will allow us to fulfill your request once received. Please complete and return to the address above for processing. Due to the large amount of records requested, it could take up to 30 days to complete the request.

Respectfully,

Susan Suddarth, Director
Health Information Management

EXHIBIT #3

PAIN CLINIC

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey — Sheriff

INMATES NAME __JOLLY__     CELL BLOCK __ISO__     CELL # __5__

## ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
☐ Complaint about treatment
☐ Disciplinary Reclassification
☐ Request special visit
☐ Medical Co-Payment Grievance

**Classification Section:**
☐ Request Trustee Status
☐ Request Reclassification
☐ Complaints Regarding other inmates

**Court Liaison:**
☐ Release Date   ☐ Bond Amount   ☐ Trial Date Set
☐ Holds/ Detainers   ☐ Other   ☐ Extradition
☐ · Request Information

**Facility Programs:**
☐ Bible Study   ☐ Library Services
☐ Drug Counseling   ☐ Alcoholic Anonymous
☐ Educational Classes   ☐ Other

**Medical Section:**
☐ Sickness   ☐ Medication
☐ Depression   ☐ Dental Concern
☐ Injury   ☒ Other

**Other Concerns:**
☐ Personal Property   ☐ Commissary   ☐ Laundry   ☐ Other
☐ Shift Supervisor   ☐ Request Information ☐ Trust Account Balance

Explain reason for request or grievance: __SEE ATTACHED__

Inmates Signature: _____   Date: _10-8-23_

Staff Response: _We have taken you to all scheduled appointments._
_We will check to ensure no other appointments have been_
_scheduled for you._

Staff Officer Signature: _____   Date: _10/12/23_

1 of 2

EXHIBIT #3          10-8-23

On 9-14-23 I filed a grievance requesting the status of an appointment to the pain-clinic. (The pain-clinic that my doctor JODI PELEGRIN had me take X-RAYS FOR.)

Your response was: There is'nt any schduled appointments for the pain-clinic, and you take me to all schduled appointments.

On 9-29-23 I went to the doctors office for an ankle injury that occured while in the shower here at the Wayne county jail. While at the doctors office I inquired about the pain-clinic. (which is located across the hall from my doctors office.) Doctor PELEGRIN advised me that she did refer me to the pain-clinic, and the administration at the Wayne county jail cancelled my appointment for the pain-clinic, stating: I was to high of a security risk.

You are intentionally violating my civil Rights, my right to medical treatment and prohibition against cruel and unusual punnishment.

Reschudule my appointment to the pain-clinic so I can receive my nerve-blocking shots.

*MAIN
CLINIC*

EXHIBIT #4

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey – Sheriff

INMATES NAME __Jolly__     CELL BLOCK __ISO__   CELL # __5__

### ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date      ☐ Bond Amount       ☐ Trial Date Set
- ☐ Holds/ Detainers  ☐ Other             ☐ Extradition
- ☐ Request Information

**Facility Programs:**
- ☐ Bible Study        ☐ Library Services
- ☐ Drug Counseling    ☐ Alcoholic Anonymous
- ☐ Educational Classes ☐ Other

**Medical Section:**
- ☐ Sickness           ☐ Medication
- ☐ Depression         ☐ Dental Concern
- ☐ Injury             ☒ Other APPOINTMENT FOR PAIN CLINI

**Other Concerns:**
- ☐ Personal Property  ☐ Commissary       ☐ Laundry    ☐ Other
- ☐ Shift Supervisor   ☐ Request Information ☐ Trust Account Balance

Explain reason for request or grievance: __SEE ATTACHED__

Inmates Signature: _____   Date: __12-18-23__

Staff Response: _Appointment information + schedules ISing released to trustee. All appointments will be taken care of by jail staff_

Staff Officer Signature: _____   Date: __12/19/23__

1 OF 2

EXHIBIT #4

12-14-23

On 11-8-23 I was taken to Horizon for a follow-up appointment with Dr. Peligrin.

While I was at my follow-up appointment I gave my Doctor a copy of a grievance, that I had previously written and was responded to.

After my Doctor read said grievance. I than requested for her (my Doctor) to once again refer me to the pain-clinic. She did.

When we returned back to the Wayne county jail C/o Drake schduled 2 appointments for me. 1 to P.T., and 1 to the pain-Clinic. That was on 11-8-23.

On 11-29-23 I was taken to my P.T. appointment.

On 12-8-23 I was taken for a 30 day follow-up appointment for blood pressure. While there at said appointment, I requested from the Doctor (not sure of new docs. name) What the status of the pain-clinic appointment was.

I'm refered to pain-clinic by 2 different Doctors.

Is there an appointment for me to be taken to the pain-clinic ????

I've been refered to, and been trying to go to the pain-clinic for 8 months. I'm in extreme pain. 2 of 2

DECLARATION UNDER PENALTY OF PERJURY OF (EXHIBIT #5)
OF JERMY TUCKER

JERMY TUCKER, BEING COMPETENT TO MAKE THIS (12-21-2023)
DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS
STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. § 1746:

(1)    I JERMY TUCKER RESIDED IN CELL #5.

(2) FOR SEVERAL MONTH'S WITH ONE OTHER DETAINEE
RONALD JOLLY ISOLATED FROM ALL OTHER DETAINEE'S

(3)    WHILE RESIDING IN CELL #5, 5 DAYS OF EVERY
WEEK, WHEN JAIL ADMINISTRATOR MIKE MILLER
WAS ON DUTY FOR HIS SHIFT MON-FRI, WE
WERE DENIED HEAT TO OUR CELL #5.

(4)    ONE AFTERNOON I ASKED C/O FENTON TO
PLEASE TURN THE HEAT ON. SHE C/O FENTON
STATED; "YOU CAN'T HAVE HEAT UNTIL MIKE
LEAVES."

(5)    ONE MORNING WHEN MIKE MILLER ASKED
JOLLY HOW HE LIKES HIS COFFEE JOLLY
STATED JUST BLACK. MIKE MILLER THAN STATED
HE (MIKE MILLER) LIKES HIS LIKE HE LIKES
HIS WOMEN "BLACK GROUND UP AND IN THE
FREEZER."

(6)    MIKE MILLER KNOWS DETAINEE JOLLY'S
2 CHILDREN ARE HALF BLACK AND HALF WHITE.
PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY
OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED O.
12-21-2023 SIGN _Jerry Tuck_

PRINT _Jerry Tuck_

WITNESS SIGN _Ronald Jolly_

WITNESS PRINT RONALD JOLLY

1 OF 1

EXHIBIT #6

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT WAYNE COUNTY, ILLINOIS

**THE PEOPLE OF ILLINOIS**
Plaintiff/Petitioner

vs.                                          No. 2021-CF-131

**RONALD D. JOLLY,**
Defendant/Respondent

## DEFENDANT'S RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY

The Defendant and Client, Ronald D. Jolly wishes now to ratifies his Written offer to Plead Guilty signed 12-29-2023 and Written Plea of Guilty signed 12-30-2023 and in support of said ratification states as follows:

1. That Ronald Jolly during the pendency of his criminal cases in Wayne County has been *RJ* mistreated and his legal and human rights have been violated.

2. That Ronald Jolly has suffered emotionally and psychologically because of said *RJ* mistreatment at the hands of the Wayne County Jail.

3. That because of his negative reaction to his mistreatment Ronald Jolly has second guessed many things including his own decisions and the advice of his legal counsel *RJ* Jonathan Turpin.

4. That Ronald Jolly has recently verbally instructed Jonathan Turpin to repudiate his written agreement with the State to Plead guilty signed 12-29-2023 and Written Plea of Guilty signed in Jonathan Turpin's presence at the Wayne County Jail, and signed after *RJ* reviewing the Mittimus and asking questions of his legal counsel to the Defendant's satisfaction.

5. That Ronald Jolly at this time **DOES NOT WISH TO REPUDIATE HIS WRITTEN OFFER TO PLEAD GUILTY OR HIS WRITTEN PLEA OF GUILTY AND INSTRUCTS HIS ATTORNEY TO DISREGARD DEFENDSANT'S PREVIOUS INSTRUCTIONS TO FILE AN APPEAL, AND NOT FILE HIS APPEAL** *RJ* **BEFORE 1-3-2023 in 2023-CF-43.**

DATED: *1-1-2024*                    _____
                                     **Ronald D. Jolly – Defendant**

1 OF 1

EXHIBIT # 7

5-8-2024

DECLARATION UNDER PENALTY OF PERJURY
OF RONALD D. JOLLY, BEING COMPETENT TO
MAKE THIS DECLARATION AND HAVING PERSONAL
KNOWLEDGE OF THE MATTERS STATED THEREIN,
DECLARES PURSUANT TO 28 U.S.C. § 1746:

1) 3-6-2023 TO 1-12-2024 I WAS BEING DETAINED
AT THE WAYNE COUNTY JAIL, IN FAIRFIELD, IL.
PENDING SEVERAL CRIMINAL CHARGES.

2) FROM 3-6-2023 TO 11-8-2023 I WAS NOT ALLOWED
TO CONFER WITH ANY ATTORNEY, AT THE WAYNE
COUNTY JAIL, UNLESS IT WAS THROUGH GLASS, WITH
A PHONE THAT CLEARLY NOTIFIED BOTH PARTIES
(ATTORNEY & CLIENTS) THAT IT WAS BEING RECORDED.

3) I RONALD JOLLY WAS INFORMED BY MY DOCTOR JODI
PELIGRIN AT HORIZON HEALTHCARE, THAT WAYNE COUNTY
SHERIFF'S DEPARTMENT CANCELLED MY APPOINTMENTS
TO PAIN CLINIC DUE TO MY SECURITY LEVEL.

4) JODI PELIGRIN DID HAVE ME TAKE XRAYS
FOR PAIN CLINIC.

5) JODI PELIGRIN DID HAVE ME SCHOULED FOR
NERVE blockING SHOTS AFTER SEEING XRAYS OF
MY bACK.

EXHIBIT # 7

6) I HAVE, PRIOR TO BEING DETAINED AT WAYNE COUNTY JAIL HAVE RECEIVED NERVE blocking SHOTS IN MY lOWER TO MID bACK AS TREATMENT FOR PAIN.

7) NUMEROUS TIMES WHILED bEING DETAINED AT THE WAYNE COUNTY JAIL I REQUESTED TREATMENT FOR PAIN TO NO AVAIL.

8) I WAS lED TO bELIEVE by CHIEF JAIL ADMINISTRATOR MIKE MIllER THAT I WAS'NT bEING SCHEDULED FOR AN APPOINTMENT TO PAIN CLINIC, DUE TO MY DOCTOR NOT REFERING ME TO PAIN CLINIC. WHEN IN FACT IT WAS THE WAYNE COUNTY JAIL, WAYNE COUNTY SHERIFF'S DEPARTMENT CANCELLING MY APPOINTMENT TO PAIN CLINIC. REFER TO GRIEVANCE DATED 10-8-2023 MARKED EXHIBIT #3

9) MEMORANDUM, All EXHIBITS, AND CIVIL COMPlAINT, AND DECLARATION PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON 5-8-2024 By RONAID DAlE JOlly *Ronald Dale Jolly*

EXHIBIT # 8



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

July 20, 2023

**SENT VIA US MAIL**
Mr. Ron Jolly
305 E. Court
Fairfield, IL 62837

Re: Your Complaint against Wayne County Jail
2023-CRC-5485

Dear Mr. Jolly,

The Civil Rights Bureau of the Illinois Attorney General's Office has received a copy of your complaint against the Wayne County Jail. Thank you for taking the time to share with us the details of what you experienced.

Unfortunately, the Civil Rights Bureau will not investigate further at this time. We have documented the incidents to track whether the conduct continues or indicates a possible pattern or practice of discrimination.

This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law. If you wish to proceed with possible claims, you should speak with an attorney or contact any of the organizations listed below for legal services.

**John Howard Association**
70 E Lake Street # 410
Chicago, IL 60601
Phone: (312) 291-9183
Website: https://www.thejha.org/

**Illinois Department of Corrections Jail and Detention Standards Division**
555 W. Monroe Street
#600-S
Chicago, IL 60661
Phone: (217) 558-2200 ex 412
Website: https://www2.illinois.gov/idoc/aboutus/Pages/JailandDetentionStandards.aspx

EXHIBIT #8

**Uptown People's Law Center**
4413 North Sheridan
Chicago, IL 60640
Phone: (773) 769-1411

If you believe that we can assist you with any other civil rights-related matters, please do not hesitate to contact our office. If you have any questions about the work our Bureau handles or general civil rights-related questions, feel free to call our hotline at (312) 814-3400.

Sincerely,

Shavon M. Robinson, MS
Paralegal, II

**THE OFFICE OF THE ATTORNEY GENERAL**
**OF THE STATE OF ILLINOIS**

EXHIBIT #9



## OFFICE OF THE STATE'S ATTORNEY

### WAYNE COUNTY

Kevin C. Kakac    307 East Main Street    Phone (618) 842-3433
State's Attorney    Fairfield, Illinois 62837    FAX (618) 847-4618

April 25, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hillsboro, IL 62049

Re: FOIA Request Dated 04/18/2024

Dear Mr. Jolly:

     I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

     The review of these documents and the response to this request was undertaken by Wayne County Assistant State's Attorney Kyle ELlis. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

         Public Access Counselor Office of the Attorney General
         500 South 2nd Street
         Springfield, Illinois 62706
         Fax: 217-782-1396
         E-Mail: publicaccess@atg.state.il.us.

     You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

     Please direct any questions concerning this matter to my attention.

Respectfully,

Kyle Ellis
Wayne County Assistant State's Attorney

KAE/gml

Enclosures

1 OF 5

EXHIBIT #9

# FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 4-18-24     REQUEST NO: 2

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFFS
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD     STATE: IL.     ZIP: 62837

REQUESTER'S NAME: Ronald D. Jolly     IDOC #: 505734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO     STATE: IL.     ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:

PLEASE SEE ATTACHED DOCUMENTS: where you either by
accident or on purpose left out contents of July 6, 2023
Emails sent and received from Jonathan Turpin and
Chris Otey. Can you please send me the
contents of those Emails Dated July 6, 2023.
Thank you.

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM                Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

2 OF 5

Ronald Jolly

EXHIBIT #9

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024   REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTME
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD   STATE: IL   ZIP: 62837

REQUESTER'S NAME: RONALD D. JOLLY   IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO   STATE: IL.   ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:
I'm requesting copies of received & sent Emails/
Corrospondance with Jonathan Turpin, Attorney
General, & Horizon Healthcare requarding Ronald
D. Jolly between the Dates 3-6-2023 to
Current Date. Please & Thank you
That is any Corrospondance with those listed
above, sent & received with Wayne County Sheriff's
Department requarding Ronald D. Jolly
In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM   Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

3 OF 5

Ronald Jolly

 **Gmail**                 Chris Otey <sheriffotey@gmail.com>

## Jonathan Turpin
2 messages

**…than Turpin** <jonturpin13@gmail.com>          Thu, Jul 6, 2023 at 2:33 PM
"sheriffotey@gmail.com" <sheriffotey@gmail.com>

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
   2119K

**Chris Otey** <sheriffotey@gmail.com>           Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

**Chris Otey** <sheriffotey@gmail.com>           Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with
you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

**Jonathan Turpin** <jonturpin13@gmail.com>          Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue.
Have a good weekend. JTe.
[Quoted text hidden]
--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If
you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY
PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the
message from your computer system immediately.

**Chris Otey** <sheriffotey@gmail.com>          Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call
the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting
with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week
during normal business hours.

Thank you             4 OF 5
Sheriff Chris Otey

[Quoted text hidden]

**Jonathan Turpin** <jonturpin13@gmail.com>                                    Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.

[Quoted text hidden]

5 oF 5

COPIES                                    EXHIBIT #4

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey — Sheriff

INMATES NAME __Jolly__          CELL BLOCK __I50__   CELL # __5__

## ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date       ☐ Bond Amount      ☐ Trial Date Set
- ☐ Holds/ Detainers   ☐ Other            ☐ Extradition
- ☐ ·Request Information

**Facility Programs:**
- ☐ Bible Study        ☐ Library Services
- ☐ Drug Counseling    ☐ Alcoholic Anonymous
- ☐ Educational Classes ☐ Other

**Medical Section:**
- ☐ Sickness           ☐ Medication
- ☐ Depression         ☐ Dental Concern
- ☐ Injury             ☐ Other

**Other Concerns:**                                    COPIES
- ☐ Personal Property  ☐ Commissary    ☐ Laundry    ☒ Other
- ☐ Shift Supervisor   ☐ Request Information ☐ Trust Account Balance

Explain reason for request or grievance: _I have some legal documents &_
_medical bills that I need to get copied at my_
_expence. Please charge my trust/commissary account._

Inmates Signature: _____   Date: __10-14-23__

Staff Response: __We do not make copies for detainees.__

Staff Officer Signature __CPl Toombs J2__   Date: __10-17-23__

*LETTER*

RE: # 3:09-CV-00074-GP,

CJRA_T,CLOSED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:09-cv-00074-GPM

Jolly v. Hinkle et al
Assigned to: Judge G. Patrick Murphy
Demand: $50,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/26/2009
Date Terminated: 06/22/2009
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Ronald D. Jolly**

represented by **Ronald D. Jolly**
S05734
CENTRALIA CORRECTIONAL CENTER
9330 Shattuc Road
PO Box 7711
Centralia, IL 62801
Email:
PRO SE

V.

**Defendant**

**Jim Hinkle**
*Sheriff*

**Defendant**

**Michael Miller**
*Correctional Officer*

| Email All Attorneys |

| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2009 | 9 | JUDGMENT in favor of Jim Hinkle and Michael Miller against Ronald D. Jolly. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 8 | MEMORANDUM AND ORDER Dismissing case pursuant to 28 U.S.C. Sec. 1915A; this dismissal counts as a "strike" for purposes of 28 U.S.C. Sec. 1915(g); and Denying 6 MOTION to Appoint Counsel.. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |
| 06/22/2009 | 7 | ORDER Directing Monthly Payments be made from Prison Account of Ronald Jolly; Granting 2 MOTION for Leave to Proceed in forma pauperis. IPFF set at $3.30. Signed by Judge G. Patrick Murphy on 6/22/2009. (jwt) (Entered: 06/22/2009) |

| 02/03/2009 |   | USM 285 forms received from Plaintiff Ronald D. Jolly as to Mike Miller and Sheriff Jim Hinkle (lmb) (Entered: 02/03/2009) |
|---|---|---|
| 01/26/2009 | 6 | MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 5 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 3 Motion to Appoint Counsel filed by Ronald D. Jolly. See attached document for specifics. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 4 | Letter from USDC SD/IL to Plaintiff with Case Notification and blank USM-285 forms (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 3 | STRICKEN PURSUANT TO DOC. 5 - MOTION to Appoint Counsel by Ronald D. Jolly. (bkl) Modified on 1/26/2009 (bkl). (Entered: 01/26/2009) |
| 01/26/2009 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald D. Jolly. (bkl) (Entered: 01/26/2009) |
| 01/26/2009 | 1 | COMPLAINT against Jim Hinkle, Michael Miller, filed by Ronald D. Jolly.(bkl) (Entered: 01/26/2009) |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

**Ronald Jolly**
Name

**S05734**
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?  Yes or (No)

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?  (Yes) or No

    If yes, please list case number:  **24 - 1489 - JPG**

    If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?  (Yes) or No

    If yes, please list case number:  **24 - 1489 - JPG**

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:  **64**

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| 2nd Ammended Complaint | 43 |
| Recruitment of Counsel | 20 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.