IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD DALE JOLLY, S05734
    Plaintiff,

v.                                    Case No. 24-CV-01489-JPG

MIKE MILLER,
C/O TOOMBS,
C/O BUTLER, and adding
Sheriff CHRISTOPHER OTEY,
The WAYNE COUNTY SHERIFF'S
DEPARTMENT, and The COUNTY
OF WAYNE, ILLINOIS,
    Defendant(s),

## PLAINTIFF"S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

    Plaintiff, Ronald D. Jolly, Pro-se, pursuant to Rule 15(a) Fed.R.Civ.P. requests permission for leave to file an amended complaint seeking to add additional Defendants and Counts to Plaintiff's initial and amended complaints for reasons that state the following.

    1. The plaintiff in his initial and second amended complaint as originally filed as a layperson at law and pro-se, neglected to add vital counts to his complaint in addition, to adding other Defendants, now comes requesting leave to file a third amended complaint.

    2. Since the filing of both his initial and second amended complaint in which this Court grnated permission to proceed,. The plaintiff has determined that Sheriff Christopher Otey, the Wayne County Sheriff's Department, and the County of Wayne Illinois, should be added as defendants in this cause of actions.

    3. The relief requested are to amended to reflect the torts and unlawful constitutional violation that caused wilful and wanton injury to the plaintiff while a detainee at the Wayne County Jail by Wayne County Jail Officer Staff in violation in his conditions of confinement, for the denial with Deliberate Indifference to his serious medical needs, Negligence, Failure to Protect and or Act in providing Adequate Medical Care, or Treatment, Interference with Access to the Courts and Attorney visits and or access, Retaliation Harassment and Humiliation out malicious and sadistic motives, in violation of plaintiff's Due Process and Equal Protection under the Law and Intentional Infliction of Emotional Distress where Jail Officers actions were extreme and outrageous, and in violation of plaintiff's First, Eighth, and Fourteenth Amendments of The United States Constitution.

    4. The Court has granted Plaintiff's second amended complaint in part on Count 1 against Defendant Miller for denying Plaintiff access to medical care, Count 3 against Defendant Miller for interfering with Plaintiff's attorney-client communications, and in Count 5 against Defendants Miller, Toombs, and Bulter for making housing decisions aimed at harassing and humiliating Plaintiff. all because he filed a 2009 lawsuit against Miller and/or 2023 grievances against the defendants.

1.

5. The Court in its Memorandum and order issued on January 21, 2025 and decision made against Defendants Sheriff Christopher Otey, Wayne County, Illinois and Wayne County, Illinois Sheriff's Department was dismissed without prejudice whereby Plaintiff seeks the permission to reinstate each of this Defendants back into his third amended complaint for the violations stated in Plaintiff's third amended complaint where Fed.R.Civ.P. allows for Defendants that are dismissed without prejudice may be reinstated with the courts permission.

6. The requested relief for leave to amend complaint in the third to reflect the torts or constitutional violation that caused injury to plaintiff by their acts or omissions that will be a life changing injuries for the plaintiff.

7. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371, 178, 182, 83, S.Ct. 227 (1962); Williams v. Cargill Inc. 159 F. Supp. 2d 984, 997-98 (S.D. Ohio 2001).

WHEREFORE, This Honorable Court should grant Plaintiff's request for Leave to Third Amended Complaint.

Date 8/21/2025

Respectfully submitted,

/s/ *Ronald Jolly*
Ronald D. Jolly, Pro se,
# S05734
Vienna Correctional Center
6695 State Route 146 East
Vienna, IL. 62995



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

RECEIVED
AUG 2 1 2025
Karin Pannier
Librarian
Vienna C.C.

SCANNED
8/21/25

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: JOLLY, RONALD
ID Number: S05734

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition? Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition? **Yes** or No

   If yes, please list case number: 24-CV-01489-JPG

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case? **Yes** or No

   If yes, please list case number: 24-CV-01489-JPG

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: 98 ~~31~~ w/ cover  1 of 3

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| MOTION FOR LEAVE TO FILE 3RD AMENDED COMPLAINT | 2 |
| PLAINTIFFS THIRD AMENDED COMPLAINT | 95 |
| COVER SHEET | 1 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.