RONALD DALE JOLLY,
      Plaintiff,

Case No. 24-cv-01489-JPG

v.

MIKE MILLER, Sgt. /Chief Jail Admin.
C/O TOOMBS,
C/O BUTLER, and adding/reinstate
CHRISTOPHER OTEY, Sheriff Wayne County,
The WAYNE COUNTY SHERIFF'S DEPARTMENT,
and The COUNTY OF WAYNE ILLINOIS,
      Defendants(s),

## PLAINTIFF'S THIRD AMENDED COMPLAINT

### Introduction

This is a civil rights action with third amended to this complaint filed
by Ronald D. Jolly, pro-se, a state prisoner, for compensatory damages and
punitive damages under 42 U.S.C. 1983, 42 U.S.C. 1997e and Civil Rights Act
of 1871 alleging additional constitutional and tort violations of Plaintiff's
First, Eighth, and Fourteenth Amendments of the United States Constitution.
Plaintiff also seeks to reinstate prior Defendants Sheriff Otey, the Wayne
County Sheriff's Department, and the County of Wayne Illinois pursuant to .
Court Memorandum and Order [Doc.24] where these Defendants were dismissed
without prejudice. Plaintiff, request permission to reinstate these defendants
as is permitted under the Federal Rules of Civil Procedure alleging violation
in his conditions of confinement while incarcerated as a detrial detainee at
the Wayne County Jail in Wayne County, Illinois, alleging denial and or delay
of medical care in violation of the Eighth Amendment to the United States
Constitution, Due Process Clause of the Fourteenth Amendment. Failure to
Protect and or Act in providing Adequate Medical Care, Negligence, Deliberate
Indifference to his serious medical needs, Interference with Access to the
Courts and Attorney visits in violation of the First Amendment to the United
States Constitution, Torts of Retaliation, Harassment, and Humiliation out
of malicious and sadistic motives, in violation of Plaintiff's Due Process and
Equal Protection under the Law and Intentional Infliction of Emotional
Distress where Jail Officers actions and omissions were extreme and outrage-
ous in violation of the Eighth and Fourteenth Amendments to the United
States Constitution. The Court allowed Plaintiff to proceed in his Second
Amended Complaint on Counts 1,2,and 3, against Mike Miller, and Count 5,
against Mike Miller,Officer Toombs,and Officer Bulter. Plaintiff proceeding
on Counts 1,2, 3, and 5, seeks to amend in a third complaint adding new
Counts and reinstate Defendants Sheriff Otey,the Sheriff's Department of
Wayne County, and the County of Wayne County,Illinois.

# Jurisdiction

1. The Court has jurisdiction over plaintiff's claims of violation of federal constitutional rights under 42 U,S,C, 1331(1) and 1343.

2, The Court has supplemental jurisdiction over plaintiff's state law tort claims under 28 U.S.C.1367.

3. The Southern District court is an appropriate venue under 28 U.S.C. Section 1391 (b)(2), because it is where the unlawful events giving rise to this cause of action.

# Parties

4. Plaintiff, Ronald Dale Jolly, at all times relevant, is a citizen of the State of Illinois and of the United States. And was a pretrial detainee and was previously held at the Wayne County Jail in Wayne County Illinois, and operated by the Wayne County Sheriff's Department and where the illegal constitutional violation occurred. Plaintiff is now being held at the Vienna Correctional Center  6695 State Route 146 East, Vienna IL. 62995.

5, Defendant Mike Miller, are at all time relevant, is a Sergeant Sheriff Deputy/Officer and Chief Jail Administrator employed at Wayne County Jail and was responsible for the daily operation of the Jail along with the sheriff, and resposible for the health,safety, and welfare. He is sued in both his individual and official capacities.

6. Defendant, Officer Toombs, at all time relevant, is a Deputy/officer employed at the Wayne County Jail and Sheriff's Department. He is sued in his individual and official capacities.

7. Defendant Officer Butler, at all time relevant, is a Deputy/officer employed a the Wayne County Jail and Sheriff's Department. He is sued in his individual and official capacities.

8,Defendant, Christopher Otey, at all time relevent, is the Sheriff of Wayne County Illinois, employed at the Wayne County Sheriff's Department, and run the daily operations of the Wayne County Sheriff's Department and the Wayne County Jail. He is response for all the actions of his subordinates at the Wayne County Jail. He is responsible for the health,safety, and welfare, of all the pretrial detainees who are held at the Wayne County Jail. He is sued in his individual and official capacities.

9. Defendant, Wayne County Sheriff Department, at all time relevant is a official office, or agency, of Wayne County,Illinois and a local government unit recognized as a"person" for purposes of 1983,the Civil Rights Act of 1871. It is sued in its"own name"local government department or agency.

10. Defendant, the County of Wayne County.Illinois, at all time relevant is a Municipality and Local government recognized as a"person"for the purposes of Civil Rights Act of 1871, It operates the Sheriff's Department of Wayne County Illinois and the Wayne County Jail, Local Government is suable in its own name. It is sued in its "own name" local government or municipality.

11. All the Defendants have acted, or failed to act and continue to act, under color of state law at all times relevant to this complaint, each Defendant is sued in either their individual or official capacities.

A.  Prior Ruling by the Court in Second Amended Complaint
    Granting Permission to Proceed on Counts 1,2,3,and 5,
    the Court designates the following counts;

Count 1; Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike
    Miller by denying Plaintiff access to treatment for his chronic back pain from
    March through December 2023, in violation of the First Amendment.

Count 2; Defendants denied Plaintiff access to treatment for his chronic back pain from
    March through December 2023, in violation of the Eighth or Fourteenth Amendment.

Count 3; Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike
    Miller by denying Plaintiff access to confidential communicationa with his
    attorney from March through November 2023,in violation of the First Amendment.

Count 5; Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike
    Miller by placing him in housing aimed at humiliating and harassing him, in
    violation of the First Amendment. Additionally, Because Officers Toombs and Butler
    were involved in the housing decisions, Count 5 shall also proceed against them.

The Court dismissed without prejudice all other claims and defendants at that time.
Plaintiff now seeks leave to amend third complaint to reinstate the other defendants that
the Court dismissed without prejudice including the following defendants: (1) Sheriff
Christopher Otey  (2).Wayne County Sheriff's Department, and (3).County of Wayne County
Illinois. In addition, Plaintiff request that these new Counts be amended in third amended
complaint following these additional constitutional violations by each defendant either
individually, or jointly that state the following: Deliberate Indifference to Plaintiff's
serious medical needs; in the denial and or delay of proper medical treatment and care:
Negligence; Failure to Protect; Denial of Due Process with Deliberate Indifference: Denial
of Access to Court and or Defendants interference thereof: Retaliation, Harassment, and
Humiliation out of malicious and sadistic motives; and Intentional Infliction of Emotional
Distress, and Mental Anguish where Jail Officers and defendants actions and or omissions
were extreme and outrageous in violation of First, Fourth, Eighth, and Fourteenth Amendments
to the United States Constitution.


## STATEMENT OF FACTS

12. On or about March 6th 2023 Plaintiff was arrested and booked into the Wayne County
Jail, as a detainee.

13. On or about March 6th during the booking of Plaintiff, informed the unknown booking
officer that before his arrest into the jail he had been and will need to continue receiving
his nerve blocking shots for his chronic lower and mid-back pain, in which he had been receiv-
ing for Horizon Health Clinic/Hospital since 2015. (see attached exhibits)

14. On or about March 8th Plaintiff emntioned and spoke with a jailer that he was in
severe and excruciating pain and needed to speak with someone about his up-coming pain clinic
appointment. He was told by the jailer to speak with the chief jail administrator Defendant
Mike Miller.

15. On or about later in the day of March 8th, Plaintiff was allowed the speak with the
chief jail administrator defendant Sgt. Mike Miller, concerning his concerns of receiving
treatments for his excruciating pain and his continued needs to visit the pain clinic for
his chronic back pain and treatments.

16. On or about March 8th 2023 defendant Mike Miller, advised plaintiff that he would be given medicine for his chronic pain, and will be taken to Horizon Hospital for his pain, and will be allow clinic appointments if he doesn't cause any problems like he's done in the past.

17. On or about March 8th 2023 Plaintiff wasn't causing any problems, but, was well aware of what defendant Mike Miller was referring to... where in 2009 (3;09-cv-00074-GPM) Plaintiff challenged several actions and policies of the Wayne County Jail and the defendant Mike Miller was listed as one of the defendants in the complaint.

18. After the plaintiff's conversation with defendant Mike Miller on March 8th Plaintiff became convenced and was certain that defendant Miller as a Sgt. and administrator Miller, promulgated, enforced,disseminated and exerted his authority to enact various forms of retaliation against the plaintiff for exercising his constitutional rights in 2009.

19. Plaintiff informed Defendant Christopher Otey, Sheriff of Wayne County and head chief administrative officer over the Wayne County Jail through his attorney's that he was being retaliated against by Miller and other officer staff at the jail at the behest of Miller, but defendant ignored and or turned a blind eye to plaintiff allegations of Miller's and other jail officers were taking retaliatory actions aginst him. This turning of a blind eye by Sheriff Otey, amounted to a failure to protect the plaintiff from retaliation by Miller and the other defendants Toombs and Butler.

20. While held at the Wayne County Jail as a pretrial detainee throughout the times from late March to about November 8th 2023, plaintiff was denied access and not allowed to confer privately with his attorney's other than from behind a thick glass and on a phone that were recording and monitoring through-out all his privileged and legal visits.

21. Plaintiff's alleges that his attorney's had filed complaints with the defendant Sheriff Christopher Otey, through text messages that their client the plaintiff was being retaliated against and not being able to meet with him because of the jail staff's interference in their visits whereby denying the plaintiff access to the courts violates plaintiff's First and Fourteenth Amendments.

22. On or about late May to early June on the instructions from Wayne County Jail Administrator defendant Sgt. Miller,plaintiff was placed in a room labeled and used to house female detainees. At the behest of Miller Defendants Toombs and Butler took retaliatory actions by moving plaintiff to female section of the jail to harass and retaliate against the plaintiff.

23. On or about late May to early June plaintiff asked defendants Toombs and Butler why he was being placed in the female room/wing. Plaintiff was told the Administrator Mike Miller gave them direct orders to move him.

24. Plaintiff in being denied his due process after writing severe request and grievances through the jail grievances system at Wayne County Jail in addition sought information pursuant the the Free of Information Act 5/ILQS 140/1, which was denied,.

25. On or about October 8th plaintiff received one of defendants Miller's responses to his many requests as to when he might be taken to the pain clinic after the long delay and denial of his pain clinic appointment amounted to deliberate indiffernce to plaintiff's serious medical needs, the delay was out of retaliation for the filing of grievances and complaints against Miller and officer staff.

4.

26. On or about late June Plaintiff began his verbal and written grievance process at the jail about not receiving treatments for his chronic back pains. Being moved from the female room/wing, and taken to his pain clinic appointments. Or allowed to meet with his attorney in private while being obviously as a punishment for filing a claim against defendant Mike Miller.(see case No. 3;09-cv-00074-GPM)

27. On about July 6th 2023 Plaintiff's attorney johathan Turpin attempted to meet with his client the plaintiff via a letter directed to the Wayne County State Attorney kevin Kakac explaing the denial of access to and meet with his client, by Defendants Mike Miller and Sheriff Christopher Otey.

28. On or about July 10,2023 Sheriff Otey, via text message sent to Mr.Turpin. read as follows: I have reviewed the request for an in personmeeting with an inmate at the Wayne county Jail. If you would call the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dyian Toombs we can schedule an in person meeting with inmate Jolly. Both sgt.Miller and Corporal Toombs will be on duly during the day tomrrow and the rest of the week during normal business hours. Defendant Sheriff Chris Otey, was fully aware that Mr.jolly's attorney was having problems at the jail in scheduling and getting to meet with his client Mr. Jolly, because of the interference by Wayne County Jail Officers and defendants out of retaliation and thereby denying plaintiff access to the courts.

29. On or about July 20th 2023 Plaintiff received a response from the Attorney Generals Office after writing them because of the unconstitutional conditions of confinement at the Wayne County jail pretaining to the retaliatory treatments that plaintiff had been receiving from the defendants at the jail. (see attached exhibits)

30. On or about September 29th 2023 after finally being sent to the doctors office a being seen for something different than the pain clinic after the plaintiff had hurt his ankle and had a serious ear infection that caused swelling to his head, and where the defendants were refusing to send out until his attorney called the sheriff. The plaintiff was told by his doctor, namely Dr. Pelegrin that she has continually scheduled him for his pain clinic appointments but the Jail Administrator has been cancelling them,whereby denying adequate medical care amounting to deliberate indifference to his serious medical needs, in violation of plaintiff's Eighth and Fourteenth Amendments, in addition, the actions of defendant Miller was malicious and sadistic causing the plaintiff to needlessly and wantonly suffer, Millers' actions in cancelling plaintiff's pain clinic appointments were extreme and outrageous amounted to infliction and intentional emotional distress and mental anguish.

31. Additionally, Defendant Christopher Otey, as the sheriff of Wayne County Jail was aware of Sgt.Miller's retaliatory actions or should have known, but he certainly knew of Miller's actions after being contacted by plaintiff's attorney Mr. Turpin. and failure to intervene on his officers illegal retaliatory actions against the plaintiff making him accountable and liable for his subordinates actions in this cause of action.

32. Jail administrators and other non-medical personnel may befound negligent for acts or omissions that do not involve medical training or judgment but that interfere with medical treatment. Plaintiff's was a pretrial detainee and his right to medical care is protected by the Due Process,and where courts have applied the Eighth Amendment deliberate indifference standard under the Due Process Clause as it should apply in this cause of action.

33. On or about October 8th 2023 Plaintiff received one of Defendants Mike Millers' responses to his many requests to be taken to the pain clinic for his scheduled treatments with Dr.Pelegrin.

34. On or about Noverber 8th 2023 Plaintiff was taken for another follow-up with Dr.Pelegrin, who again referred plaintiff to the pain clinic while also telling the escort officer(Drake) that plaintiff needed to make his scheduled appointments because of his chronic condition. (see attached exhibits)

35. On or about November 8th 2023 the escorting officer, officer Drake was informed by the attending physician, that plaintiff would be scheduled by Dr.Pelegrin, and referred for two appointments one for physical therapy and the other would be for the pain clinic treatments.

36.On or about December 8th 2023 Plaintiff was taken to another follow-up for his blood pressure and again a unknown physician advised plaintiff that he was his new medical provider and care giver and would continue referring him to the pain clinic..

37. On or about December 18th Plaintiff received a response from Defendant Miller after plaintiff submitted several more request asking why his appointment -s were being cancelled?. This was a custom and practice of malicious and sadistic retaliatory actions by Defendant Miller.


## Initial and Prior Legal Claims

38. Plaintiff repeats and re-allege the preceding and following paragraphs as if fully alleged herein.

39. At all times stated with relevance herein, All above named Defendants were acting under the color of state law. While violating Plaintiff's Constitutional Rights. In which they all engaged in a concert by enacting and participating in a campaign of harassment in various forms...including intentional denial of medical treatments, delaying and intervening with Plaintiff's doctors prescribed orders for treatments denied access to counsel. placed in the female room/wing of Wayne County Jail for the sake of humiliation and retaliation. and addendums of deliberate indifference to plaintiff's serious medical needs, negligence,. failure to protect for retaliation made with malicious and sadistic motives. and intentional infliction of emotional distress and mental anguish. Wherefore, each Defendant is sued in their individual and official capacities. Pursuant to the First, Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

40. The Defendant Miller while under the color of law violated the plaintiff's right to seek rederss from the jail and its actions through the grievance system by delaying the process of being heard as another retaliation tactic against Plaintiff Jolly for naming him as a defendant in a past litigation. (see 3;09-cv-00074-GPM).

41. Defendant Miller blatantly, disregarded constitutional rights of the Plaintiff as he violated Plaintiff's rights pursunt to First, Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

41. Defendant Christopher Otey at all times acting under color of law. Failed to act through his omissions in conjunction with the allowance of Plaintiff to suffer prolong periods of pain.

6.

Acts of retaliation by being placed on notice that plaintiffs rights were being violated and refused to take action. Whereby, violating Plaintiff's First, fouth, fifth, Eighth, and Fourteenth Amendments to the Constitution of the United States.

43. Defendants Toombs and Butler while acting under the color of law at all times relevant, engaged in tactics of retaliation of Defendant Mike Miller by placing Plaintiff in a room'wing labeled and used for female detainees, then a climate control room that stayed cold for the sake of humiliation and punishment that wasn't reasonably related to a legitimate goal or in a penalogical interest other then to punish plaintiff. in violation of Plaintiff's First, Fourth, fifth, Eighth, and Fourteenth Amendments to the United Sttes Constitution.

## Addendums of Constitutional Violations

44. Plaintiff repeats and re-allege the preceding paragraphs as if fully alleged herein.

45. Count;1 Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike Miller by denying Plaintiff access to treatment for his back pain from March through December 2023, in violation of the First Amendment.

46. Count;2 Defendants denied Plaintiff access to treatment for his chronic back pain from March through December 2023, in violation of the Eighth or fourteenth Amendment.

47. Count;3 Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike Miller by denying Plaintiff access to confidential communications with is attorney from March through November 2023, in violation of the First Amendment.

48. Defendants retaliated against Plaintiff for filing a 2009 lawsuit against Mike Miller by placing him in housing aimed at humiliating and harassing him, in violation of the First Amendment, additionally, because officers Toombs and Butler were involved in the housing decisions, Count 5 shall also proceed against them.

## COUNT ADDENDUM # I.

49. Against Defendants Miller, Otey, Toombs, Butler, the Wayne Sheriffs County Office and The County of Wayne, County Illinois.

42 U.S.C. 1983 (Monell) Official, and Sheriff, Failure to Properly Instruct, Supervise, and Provide Adequate Health Care with Deliberate Indifference to Plaintiff's Serious Medical Needs.

49. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

50. The Constitutional violations detailed above were caused inpart by the customs, policies, and practices, of the Defendants, as promulgated, enforced, and disseminated by Sgt. Miller whereby the omission and failure to act by Defendant Sheriff Otey who were charged with ensuring adequate health care to

pre-trial detainees including the plaintiff at the Wayne County Jail, failed to provide access to proper health care in this and many other documented cases

51. At all times relevant hereto, there was a practice and custom at Wayne County and employees of the Wayne County Sheriff's Office to regularly and frequently mistreat pretrial detainees.

52. The Defendant Otey, in his official and individual capacities as Wayne County Sheriff ignored or turned a blind eye to the retaliatory actions of Defendants Sgt. Miller, officers Toombs, and Butler, in their denial and delay of adequate medical treatment and care. Amounted to deliberate indifference to plaintiff's serious medical needs.

53. Defendants Miller, Otey, Toombs, and Butler, were deliberate indifference to Plaintiff's serious medical needs in their intentional denial and delays of appointments for treatment for back pains, ear infection and hurt ankle problems, as a means to intimidate and punish plaintiff without due process of the law.

54. The Defendant Sgt. Miller, as Chief Jail Administrator in his official capacity promulgated, adopted and/or put into effect the practice and custom of the Wayne County Sheriff's Office operator of Wayne County Jail to regularly and frequently mistreat pretrial detainees including plaintiff too intimidate and harass plaintiff, including being deliberate indifference to his serious medical needs.

55. The Defendants Officers Toombs and Butler, at the behest of Defendant Miller and the omissions of Sheriff Otey, regularly and frequently mistreated the plaintiff through intimidation and harass plaintiff and was deliberately indeffendant to his serious medical needs.

56. As a direct and proximate result of denial and delay in adequate medical treatment and care by Defendants Miller, Otey, Toombs, and Butler, Plaintiff Jolly sustain medical injury both physical and mental that malicious and sadistic amounting to cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution.

57. As a direct and proximate result of the practice and custom of the Wayne County Sheriff's department. Plaintiff Jolly did sustain medical injuries and was deprived of his right to liberty and due process under the law in violation of Jolly's Fourteenth Amendment right under the United States Constitution.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants County of Wayne, the Wayne County Sheriff's Department, Miller, Otey, Toombs, and Butler for compensatory damages, punitive damages, attorneys fees, costs and any additional relief this Court deems appropriate.

## COUNT ADDENDUM # II.

Against Defendants Miller, Otey, Toombs, Butler, and the Wayne County Sheriff Department and County of Wayne County Illinois

42 U.S.C. 1983, Civil Rights Act of 1871(Monell) violaton of Due Process Clause by Employees of Wayne County Sheriff's Department

58. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

59. Defendants unnecessary and wanton infliction of pain against the plaintiff while he was a pretrial detainee at Wayne County Jail and his right to medical care is protected by the Due Process Clause, courts have applied the Eighth Amendment deliberate indifference standard under the due process cause.

60. The above named Defendants intentional delay and denial of medical treatment and care was objectively malicious and sadistic motivated in that it shocks the conscience and violated plaintiff's due process of the Fourteenth Amendment to the United States Constitution.

61. The needless and unwarranted denial and delay in medical care of Jolly, by Defendants Miller, Otey, Toombs, Butler, and the Wayne County Sheriff's Office violated Mr. Jolly's right to liberty and due process under the law in violation of Mr. Jolly's Fourteenth Amendment rights under the United States Constitution.

62. The refusal and delay of medical treatment and care by Defendants Miller, Toombs, and Butler, as employee of Wayne County, and the Sheriff's Office was inspired by malice and failure to act in a timely manner by the Sheriff Otey so that it amounted to an abuse of official power that shocks the conscience. The refusal of medical care was intended to intimidate Mr. Jolly, and to punish Jolly for making previous complaints against Wayne County Sheriff Deputies.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants Miller, Otey, Toombs, Butler, Wayne County Sheriff's Office, and County of Wayne, Illinois, for compensatory damages, punitive damages, attorney's fees, costs, and any additional relief this Court deems appropriate.

COUNT ADDENDUM # III.

Against Defendant Sheriff Otey, the Wayne County Sheriff's Department, and the County of Wayne,

42 U.S.C. 1983, (Monell) Civil Rights act of 1871-Official Failure to Protect-Failures to Properly Instruct, Supervise, and Protect Plaintiff and Pre-Trial Detainees

63. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

64. The Constitutional violations detailed above were caused in part by the customs, policies, and practices, of the Deputies at the Wayne County Jail in Wayne County, Illinois as promulgated, enforced, and disseminated, by Jail employees under the direct command of Defendant Sheriff Otey, who were charged with providing protection, and medical care to the plaintiff, and pre-trial detainees at Wayne County Jail from official misconduct(720 ILCS 5/33-3) from abuse caused by Deputies, were deliberately indifferent to the substantial risk to the plaintiff in this and many other documented cases.

65. Defendant Sheriff Otey, failure to act in a timely manner to correct the retaliatory actions of Sgt. Miller, officer Toombs and Butler, denial and delay of access to medical personnel and treatment for his chronic back pain and other medical needs while held at the Wayne County Jail.

9.

65. In addition, to other retaliatory and humiliating harassment, and intimidation, lodge against the plaintiff for filing past complaints against Wayne County Sheriff's Department and its Deputies, including Sgt. Miller.

66. During plaintiff's time of incarceration at the Wayne County Jail, and during these events the plaintiff did not resist or threaten the officers in any fashion or break any jail rules to warrant retaliatory action by the named Defendants in this cause of action.

67. Defendant Sheriff Otey, who were charged with providing protection to plaintiff and pre-trial detainees at Wayne County Jail, failed to ensure that medical care was provided for the plaintiff, and retaliation was not used against the plaintiff or pretrial detainees in this case and many other documented cases.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants Sheriff Otey, Wayne County Sheriff's Department, and the County of Wayne, County, Illinois, for compensatory damages, punitive damages, attorneys fees, costs, and any additional relief this Court deems appropriate.

## COUNT ADDENDUM # IV.

Against Defendants Miller, Otey, Toombs, Butler, Wayne County Sheriff's Department, and Wayne County, Illinois

42 U.S.C. 1983- Failure to Provide Medical Attention and Care

68. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

69. By the foregoing facts, the individual Defendants acted with malice recklessness, and deliberate indifference to the medical needs of Mr. Jolly, following his entrance into the Wayne County Jail on or about March 6th 2023, despite being aware that by committing such acts and omissions they were subjecting Mr. Jolly, to substantial risk of serious harm, amounting to negligence.

70. The acts and/or omissions of these individual Defendants described herein amounted to cruel and unusual punishment, in violation of the Eighth and Fourteenth Amendments to the United States Constitution.

71. As a result of these violations of his Constitutional rights the individual named Defendants have caused Mr. Jolly unnecessary and wanton infliction of great pain, mental anguish, that further exacerbated his injuries.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants Miller, Otey, Toombs. Butler, Wayne County Sheriff's Department and County of Wayne, County Illinois, for compensatory damages, punitive damages, attorney's fees, costs, and any additional relief this Court deems appropriate.

## COUNT ADDENDUM # V.

Against Defendants Miller, Otey, Toombs, Butler Wayne County Sheriff Department and County of Wayne, Illinois

Intentional Infliction of Emotional Distress and Mental Anguish

(State Law Claim)

10.

72. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

73. The acts, conduct and omissions,of the Wayne County Sheriff Officers, Miller,Toombs, Butler, and Sheriff Otey as set forth above were extreme and outrageous.

74. The Defendants actions and omissions in the refusal and denial with the intententional delay to medical treatment and care did cause injury to the plaintiff, that was objectively malicious and sadistic that shocks the conscienc -a amounted to gross negligence, and cruel and unusual punishment.

75. The Defendants intended to cause or acted with knowledge of the high probability that the conduct would cause such distress.

76. The Defendants actions and conduct did directly and proximately cause severe emotional distress to Plaintiff,resulting in injury to his mind, body, and nervous system, including loss of sleep, mental anguish and severe pain and emotional suffering.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants Miller, Otey, Butler, Toombs, Wayne County Sheriff Department and the County of Wayne, County Illinois, for compensatory damages, punitive damages attorney's fees, costs, and any additional relief this Court deems appropriate.

COUNT ADDENDUM # VI.

Against Defendants Miller, Toombs,Butler, and Sheriff Otey.

42 U.s.C. 1983 and Civil Rights Act of 1871-Denial and or Interference to Access to the Court

77. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

78. The plaintiff was denied access to confidential and in person visits with his attorney while held at the Wayne County jail where plaintiff engaged in protected conduct in accessing the courts, and where Defendants retaliatory interference violated plaintiff's First and Fourteenth Amendments to the United States Constitution. And through the Jail grievance process at Wayne County Jail.

79. The individual acts of Defendant Miller, Toombs, Butler, and omissions by Sheriff Otey,in the official misconduct of interference with attorney visits violates plaintiff's rights to the access to the courts staming from retaliation after plaintiff filed a lawsuit against Wayne County Sheriff's Deputies.

80. The Defendants knew with substantial certainty that their intentional conduct would result in harm to Plaintiff.

81. The constitutional violation detailed above caused in part by the customs policies, and practices of the Defendants, as promulgated, enforced and dis- seminated by Wayne county Sheriff's Deputies and above named Defendants who are charged with providing access to the courts without interference. But failed to do so.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the defendants Miller,Otey, Toombs,Butler, and Wayne County Sheriff's Depart- ment and Wayne County Illinois for compensatory damages, punitive damages, attorneys fees, costs, and any additional relief this Court deems appropriate.

<u>COUNT ADDENDUM # VII.</u>

<u>Against individual Defendants Miller, Otey, Butler and Toombs,</u>
<u>Wayne County Sheriff's Department and County of Wayne, Illinois</u>
<u>Indemnification Pursuant to 745 ILCS 10/2-302 (State Law Claims)</u>

82. Plaintiff repeats and re-alleges the preceding paragraphs as if fully alleged herein.

83. The Constitutional violation stated in this cause of action each individual were acting under the color of law in their illegal actions and or omissions wherefore are liable for those violations.

84. Illinois law provides that public entities are directed to pay any tort judgment, including any associated attorney's fees and costs for which employees are liable within the scope of their employment activities. See 745 ILCS 10/9-102.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment against the Defendants Miller, Otey, Toombs. Butler. Wayne County Sheriff's Department and County of Wayne, Wayne County Illinois, for compensatory damages, punitive damages, attorney's fees, costs, and any additional relief this Court deems appropriate.


<u>CONCLUSION</u>

Plaintiff prays that this Court grants his leave to amend his third amended complaint pursuant to Rule 15(a) Fed,R,Civ.P. The Court has previously granted Plaintiff's Counts 1,2,3, and 5, against the Defendant with permission to amend in a prior order. Plaintiff request that the Court,therefore grant his third amended complaint, with allowance of new Counts and the reinstatement of prior Defendants the Court dismiss without prejudice.


Date 8/21/2025

Respectfully submitted,

/s/ _Ronald Jolly_,

Ronald D.Jolly, Plaintiff
# S05734  Pro-se,
Vienna Correctional Center
6695 State Route 146 East
Vienna IL. 62995

**IN THE**

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ILLINOIS

DONALD DALE JOLLY, #S05734

                          )

**Plaintiff**                   )

     **v.**               )   **Case No.** 24-cv-01489-JPG

Mike Miller, C/O Toombs, C/O Butler,
Sheriff Christopher Otey, Wayne  )
County Sheriffs' Dept. and County
of Wayne, County Illinois,

**Defendant**

### PROOF/CERTIFICATE OF SERVICE

TO: United States District Court  TO: _____

    Southern District of Illinois

    750 Missouri Ave.

    East St.Louis Il. 62201

TO: _____      TO: _____

**PLEASE TAKE NOTICE** that on _____, 20 25, I have placed the documents listed below in the institutional mail at ____Vienna____ Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service: Plaintiff' Leave for Motion for Leave to File Third Amended Complaint. and Plaintiff's third Amended Complaint (attached)

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 8/21/2025      /s/ _Ronald Jolly_

                        **NAME** ____Ronald D. Jolly____

                          # S05734

                **IDOC#**
                      Vienna Correctional Center
                      6695 State route 146 East
                      Vienna Il, 62995

EXHIBIT #1

## FREEDOM OF INFORMATION ACT REQUEST

DATE OF REQUEST: 3-18-2024 REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): WAYNE COUNTY SHERIFF'S DEPARTMEN
ADDRESS: 305 E. COURT ST.
CITY: FAIRFIELD STATE: IL ZIP: 62837

REQUESTER'S NAME: RONALD D. JOLLY IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: HILLSBORO STATE: IL. ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):
I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et.seq.
I would like the following records and/or information:

I'm requesting copies of received & sent Emails/
Correspondence with Jonathan Turpin, attorney
General, & Horizon Healthcare regarding Ronald
D. Jolly between the dates 3-6-2023 to
Current Date. Please & Thank you
That is any Correspondance with those listed
above sent & received with Wayne County Sheriff's
Department regarding Ronald D. Jolly

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

EXHIBIT #1



## OFFICE OF THE STATE'S ATTORNEY

### WAYNE COUNTY

Kevin C. Kakac    307 East Main Street    Phone (618) 842-3433
State's Attorney    Fairfield, Illinois 62837    FAX (618) 847-4618

March 26, 2024

Mr. Ronald D. Jolly, S05734
Graham Correctional Center
12078 Illinois Route 185
Hilisboro, IL 62049

Re: FOIA Request Dated 03/18/2024

Dear Mr. Jolly:

I have reviewed your request for examination or copying of records to the Wayne County Sheriff pursuant to the Illinois Freedom of Information Act, codified at 5 ILCS 140/1 et seq. A copy of your request is enclosed. Pursuant to your request, enclosed please find emails in the possession of the Wayne County Sheriff's Office responsive to your request.

The review of these documents and the response to this request was undertaken by Wayne County State's Attorney Kevin C. Kakac. You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

Public Access Counselor Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706
Fax: 217-782-1396
E-Mail: publicaccess@atg.state.il.us.

You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court. 5 ILCS 140/11. If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and the denial letter when filing a Request for Review with the PAC.

Please direct any questions concerning this matter to my attention.

Respectfully,

Kevin C. Kakac
Wayne County State's Attorney

KCK/gml

Enclosures

 **Gmail**            **Chris Otey <sheriffotey@gmail.com>**

---

## Ron Jolly
1 message

---

**Kevin Kakac** <emailsa@waynecountyil.gov>        Fri, Feb 9, 2024 at 2:45 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>, Chief Keith Colclasure <colclasure@fairfieldpd.org>

Gentlemen:

At your earliest convenience, please bring to my office any and all vehicle titles seized in the multiple Jolly arrests.  I think mainly this is the Sheriff's Office arrest from March of 2023, I think.... but there may have been others.

Thanks,
KCK

 **Gmail**                     **Chris Otey <sheriffotey@gmail.com>**

## Jonathan Turpin
6 messages

---

**Jonathan Turpin** <jonturpin13@gmail.com>         Thu, Jul 6, 2023 at 2:33 PM
To: "sheriffotey@gmail.com" <sheriffotey@gmail.com>

Please see attached per our phone conversation just now. JTe.

📄 **Letter and complint for Chris Otey 762023.pdf**
2119K

---

**Chris Otey** <sheriffotey@gmail.com>         Thu, Jul 6, 2023 at 3:21 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Received, thank you

Sheriff Chris Otey
[Quoted text hidden]

---

**Chris Otey** <sheriffotey@gmail.com>         Fri, Jul 7, 2023 at 5:19 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

Some unforeseen circumstances happened and was unable to properly review everything today. I will get in touch with you Monday and we can see what we can work out to make this happen.

Thanks
Sheriff Chris Otey
[Quoted text hidden]

---

**Jonathan Turpin** <jonturpin13@gmail.com>         Fri, Jul 7, 2023 at 5:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thanks for letting me know and giving the issue serious consideration. I'll eagerly await a suggestion to solve this issue. Have a good weekend. JTe.
[Quoted text hidden]
--
The information transmitted in this electronic message may contain CONFIDENTIAL and/or PRIVILEGED information. If you are not the intended recipient, any disclosure, distribution, or use of the contents of this message is STRICTLY PROHIBITED. If you have received this communication in error, please contact the sender by reply e-mail and delete the message from your computer system immediately.

---

**Chris Otey** <sheriffotey@gmail.com>         Mon, Jul 10, 2023 at 4:23 PM
To: Jonathan Turpin <jonturpin13@gmail.com>

Mr. Turpin

I have reviewed the request for an in person meeting with an inmate at the Wayne County Jail. If you would call the Wayne County Jail and speak with Sgt. Mike Miller or Corporal Dylan Toombs we can schedule an in person meeting with inmate Jolly. Both Sgt. Miller and Corporal Toombs will be on duty during the day tomorrow and the rest of the week during normal business hours.

Thank you
Sheriff Chris Otey

[Quoted text hidden]

___

**Jonathan Turpin** <jonturpin13@gmail.com>            Mon, Jul 10, 2023 at 4:25 PM
To: Chris Otey <sheriffotey@gmail.com>

Thank you Sheriff I'll be happy to do so. I appreciate you getting back to me. I'd like to schedule with you a time I could speak with you personally about these matters and how I can work with the policies of the Sheriffs dept and the Jail in the future for visits. JTe.

[Quoted text hidden]

EXHIBIT #2

# FREEDOM OF INFORMATION ACT REQUEST

RECEIV
APR 26 2024
By: ......................

DATE OF REQUEST: 4-4-2024      REQUEST NO: 1

NAME OF AGENCY (PUBLIC BODY): HORIZON HEALTHCARE
ADDRESS: 213 N.W. 10TH ST.
CITY: FAIRFIELD      STATE: IL.      ZIP: 62837

REQUESTER'S NAME: RONALD D. Jolly      IDOC #: S05734
REQUESTER'S ADDRESS: 12078 IL. RT. 185
CITY: Hillsboro      STATE: IL.      ZIP CODE: 62049

DEAR AGENCY (PUBLIC BODY):

I am making the following request for information pursuant to
the ILLINOIS FREEDOM OF INFORMATION ACT, 5 ILCS 140/1 et. seq.

I would like the following records and/or information:

SCHEDULED & CANCELED APPOINTMENTS MADE OR CANCELED by
WAYNE COUNTY SHERIFF'S DEPARTMENT FOR RONALD D.
Jolly STARTING ~~TO CURRENT DATE~~ 1-12-2024.
Also MEDICAL RECORDS (PAPER FORM PLEASE) FOR RONALD
D. Jolly. 1-1-2016 TILL 1-12-2024
I ALSO WANT SPECIFICALLY A NOTE WHERE WAYNE
COUNTY SHERIFF DEPARTMENT CANCELED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY HIGH SECURITY LEVEL

In accordance with 5 ILCS 140/6(b) "documents shall be furnished
without charge.." for the first 50 pages of black and white
legal size copies. I am requesting a waiver and/or reduction
of the fee, according to 5 ILCS 140/6(a)(b) because I am incarcerated
at GRAHAM      Correctional Center.

Disclosure of the requested information to me is in the public
interest because it will contribute significantly to the public
understanding of the operations and/or activities of State Government.
I look forward to hearing a response form you within (7) seven
business days, according to 5 ILCS 140/3(d) of the act.
PLEASE NOTE: A non-response after (7) seven business days will
be considered a "denial of request" 5 ILCS 140/3(c)

Respectfully Submitted:

Ronald Jolly

1 OF 2

EXHIBIT #2

 

**FAIRFIELD MEMORIAL HOSPITAL**
EXCELLENCE IN COMMUNITY HEALTHCARE

**HORIZON**
HEALTHCARE
Caring Through A Lifetime.

303 N.W. 11th St
Fairfield, IL 62837
Phone: (618) 847-8356
Fax: (618) 847-8379

04/30/2024

Mr. Ronald D. Jolly
12078 Illinois Route 185
Hillsboro, IL 62049

Dear Mr. Jolly

We have received your Freedom of Information Act Request dated 4/4/2024. Unfortunately we are unable to fulfill this request as written because Medical Records are not considered public information.

However, I have included a copy of our Release of Information form that will allow us to fulfill your request once received. Please complete and return to the address above for processing. Due to the large amount of records requested, it could take up to 30 days to complete the request.

Respectfully,

Susan Suddarth, Director
Health Information Management

EXHIBIT # 3

PAIN CLINIC

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey – Sheriff

INMATES NAME __Jolly__     CELL BLOCK __ISO__     CELL # __5__

## ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date
- ☐ Holds/ Detainers
- ☐ Request Information
- ☐ Bond Amount
- ☐ Other
- ☐ Trial Date Set
- ☐ Extradition

**Facility Programs:**
- ☐ Bible Study
- ☐ Drug Counseling
- ☐ Educational Classes
- ☐ Library Services
- ☐ Alcoholic Anonymous
- ☐ Other

**Medical Section:**
- ☐ Sickness
- ☐ Depression
- ☐ Injury
- ☐ Medication
- ☐ Dental Concern
- ☒ Other

**Other Concerns:**
- ☐ Personal Property
- ☐ Shift Supervisor
- ☐ Commissary
- ☐ Request Information
- ☐ Laundry
- ☐ Trust Account Balance
- ☐ Other

Explain reason for request or grievance: __SEE ATTACHED__

Inmates Signature: _____     Date: _10 – 8 – 23_

Staff Response: _We have taken you to all scheduled appointments._
_We will check to ensure no other appointments have been_
_scheduled for you._

Staff Officer Signature: _____     Date: _10/12/23_

1 OF 2

EXHIBIT #3    10-8-23

On 9-14-23 I filed a grievance requesting the status of an appointment to the pain-clinic. (The pain-clinic that my doctor JODI PELEGRIN had me take X-RAYS FOR.)

Your response was: There isn't any scheduled appointments for the pain-clinic, and you take me to all scheduled appointments.

On 9-29-23 I went to the doctors office for an ankle injury that occured while in the shower here at the Wayne county jail. While at the doctors office I inquired about the pain-clinic. (which is located across the hall from my doctors office.) Doctor PELEGRIN advised me that she did refer me to the pain-clinic, and the administration at the Wayne county jail cancelled my appointment for the pain-clinic, stating: I was to high of a security risk.

You are intentionally violating my Civil Rights, my right to medical treatment and prohibition against cruel and unusual punnishment.

Reschudule my appointment to the pain-clinic, so I can receive my nerve-blocking shots.

EXHIBIT#4

# WAYNE COUNTY JAIL INMATE REQUEST AND GRIEVANCE FORM

## Chris Otey – Sheriff

_MAIN CLINIC_

INMATES NAME _Jolly_   CELL BLOCK _ISO_   CELL # _5_

### ***INSTRUCTIONS***

1) Print all information.
2) Provide as much information as possible. If more writing room is necessary attach an additional sheet of paper to this grievance.
3) Place an (x) in the box you are requesting information/ assistance on.
4) Complete One (1) request/ grievance form for each section checked.

**Administration:**
- ☐ Complaint about treatment
- ☐ Disciplinary Reclassification
- ☐ Request special visit
- ☐ Medical Co-Payment Grievance

**Classification Section:**
- ☐ Request Trustee Status
- ☐ Request Reclassification
- ☐ Complaints Regarding other inmates

**Court Liaison:**
- ☐ Release Date   ☐ Bond Amount   ☐ Trial Date Set
- ☐ Holds/ Detainers   ☐ Other   ☐ Extradition
- ☐ Request Information

**Facility Programs:**
- ☐ Bible Study   ☐ Library Services
- ☐ Drug Counseling   ☐ Alcoholic Anonymous
- ☐ Educational Classes   ☐ Other

**Medical Section:**
- ☐ Sickness   ☐ Medication
- ☐ Depression   ☐ Dental Concern
- ☐ Injury   ☒ Other _APPOINTMENT FOR PAIN CLINIC_

**Other Concerns:**
- ☐ Personal Property   ☐ Commissary   ☐ Laundry   ☐ Other
- ☐ Shift Supervisor   ☐ Request Information   ☐ Trust Account Balance

Explain reason for request or grievance: _SEE ATTACHED_

Inmates Signature: _____   Date: _12-18-23_

Staff Response: _Appointment information + schedules is not released to detainee. All appointments will be taken care of by jail staff_

Staff Officer Signature: _____   Date: _12/19/23_

_1 OF 2_

EXHIBIT #4

12-14-23

On 11-8-23 I was taken to Horizon for a follow-up appointment with Dr. Peligrin.

While I was at my follow-up appointment I gave my Doctor a copy of a grievance, that I had previously written and was responded to.

After my Doctor read said grievance. I than requested for her (my Doctor) to once again refer me to the pain-clinic. She did.

When we returned back to the Wayne county jail C/o Drake schduled 2 appointments for me. 1 to P.T., and 1 to the pain-clinic. That was on 11-8-23.

On 11-29-23 I was taken to my P.T. appointment.

On 12-8-23 I was taken for a 30 day follow-up appointment for blood pressure. While there at said appointment, I requested from the Doctor (not sure of new Docs. name) What the status of the pain-clinic appointment was?

I'm refered to pain-clinic by 2 different Doctors.

Is there an appointment for me to be taken to the pain-clinic????

I've been refered to, and been trying to go to the pain-clinic for 8 months. I'm in extreme pain. 2 OF 2

DECLARATION UNDER PENALTY OF PERJURY OF (EXHIBIT #5)
OF JERMY TUCKER

JERMY TUCKER, BEING COMPETENT TO MAKE THIS (12-21-2023)
DECLARATION AND HAVING PERSONAL KNOWLEDGE OF THE MATTERS
STATED THEREIN, DECLARES PURSUANT TO 28 U.S.C. § 1746:

(1)   I JERMY TUCKER RESIDED IN CELL #5.

(2) FOR SEVERAL MONTHS WITH ONE OTHER DETAINEE
RONALD JOLLY ISOLATED FROM ALL OTHER DETAINEES.

(3)   WHILE RESIDING IN CELL #5, 5 DAYS OF EVERY
WEEK, WHEN JAIL ADMINISTRATOR MIKE MILLER
WAS ON DUTY FOR HIS SHIFT MON-FRI, WE
WERE DENIED HEAT TO OUR CELL #5.

(4)   ONE AFTERNOON I ASKED C/O FENTON TO
PLEASE TURN THE HEAT ON. SHE C/O FENTON
STATED: " YOU CAN'T HAVE HEAT UNTIL MIKE
LEAVES."

(5)   ONE MORNING WHEN MIKE MILLER ASKED
JOLLY HOW HE LIKES HIS COFFEE JOLLY
STATED JUST BLACK. MIKE MILLER THAN STATED
HE (MIKE MILLER) LIKES HIS LIKE HE LIKES
HIS WOMEN "BLACK GROUND UP AND IN THE
FREEZER."

(6)   MIKE MILLER KNOWS DETAINEE JOLLY'S
2 CHILDREN ARE HALF BLACK AND HALF WHITE.
PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY
OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON
12-21-2023 SIGN _Jermy Tuck_

WITTNESS SIGN _Ronald Jolly_

PRINT _Jermey Tuck_

WITTNESS PRINT RONALD JOLLY

1 OF 1

EXHIBIT #6

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT WAYNE COUNTY, ILLINOIS

THE PEOPLE OF ILLINOIS
Plaintiff/Petitioner

vs.                                                No. 2021-CF-131

RONALD D. JOLLY,
Defendant/Respondent

## DEFENDANT'S RATIFICATION OF WRITTEN OFFER TO PLEAD GUILTY AND WRITTEN PLEA OF GUILTY

The Defendant and Client, Ronald D. Jolly wishes now to ratifies his Written offer to Plead Guilty signed 12-29-2023 and Written Plea of Guilty signed 12-30-2023 and in support of said ratification states as follows:

1. That Ronald Jolly during the pendency of his criminal cases in Wayne County has been mistreated and his legal and human rights have been violated.

2. That Ronald Jolly has suffered emotionally and psychologically because of said mistreatment at the hands of the Wayne County Jail.

3. That because of his negative reaction to his mistreatment Ronald Jolly has second guessed many things including his own decisions and the advice of his legal counsel Jonathan Turpin.

4. That Ronald Jolly has recently verbally instructed Jonathan Turpin to repudiate his written agreement with the State to Plead guilty signed 12-29-2023 and Written Plea of Guilty signed in Jonathan Turpin's presence at the Wayne County Jail, and signed after reviewing the Mittimus and asking questions of his legal counsel to the Defendant's satisfaction.

5. That Ronald Jolly at this time **DOES NOT WISH TO REPUDIATE HIS WRITTEN OFFER TO PLEAD GUILTY OR HIS WRITTEN PLEA OF GUILTY AND INSTRUCTS HIS ATTORNEY TO DISREGARD DEFENDSANT'S PREVIOUS INSTRUCTIONS TO FILE AN APPEAL, AND NOT FILE HIS APPEAL BEFORE 1-3-2023 in 2023-CF-43.**

DATED: 1-1-2024

_____
Ronald D. Jolly – Defendant

EXHIBIT #7

5-8-2024

DECLARATION UNDER PENALTY OF PERJURY
OF RONALD D. JOLLY, BEING COMPETENT TO
MAKE THIS DECLARATION AND HAVING PERSONAL
KNOWLEDGE OF THE MATTERS STATED THEREIN,
DECLARES PURSUANT TO 28 U.S.C. § 1746:

1) 3-6-2023 TO 1-12-2024 I WAS BEING DETAINED
AT THE WAYNE COUNTY JAIL, IN FAIRFIELD, IL.
PENDING SEVERAL CRIMINAL CHARGES.

2) FROM 3-6-2023 TO 11-8-2023 I WAS NOT ALLOWED
TO CONFER WITH ANY ATTORNEY, AT THE WAYNE
COUNTY JAIL, UNLESS IT WAS THROUGH GLASS, WITH
A PHONE THAT CLEARLY NOTIFIED BOTH PARTIES
(ATTORNEY & CLIENTS) THAT IT WAS BEING RECORDED.

3) I RONALD JOLLY WAS INFORMED BY MY DOCTOR JODI
PELIGRIN AT HORIZON HEALTHCARE, THAT WAYNE COUNTY
SHERIFF'S DEPARTMENT CANCELLED MY APPOINTMENT
TO PAIN CLINIC DUE TO MY SECURITY LEVEL.

4) JODI PELIGRIN DID HAVE ME TAKE XRAYS
FOR PAIN CLINIC.

5) JODI PELIGRIN DID HAVE ME SCHOULED FOR
NERVE blOCKING SHOTS AFTER SEEING XRAYS OF
MY bACK.

1 OF 2

EXHIBIT # 7

6) I HAVE, PRIOR TO BEING DETAINED AT WAYNE COUNTY JAIL HAVE RECEIVED NERVE blocking SHOTS IN MY lower TO MID bACK AS TREATMENT FOR PAIN.

7) NUMEROUS TIMES WHILED bEING DETAINED AT THE WAYNE COUNTY JAIL I REQUESTED TREAT- MENT FOR PAIN TO NO AVAIl.

8) I WAS led TO believe by CHIEF JAIL ADMINISTRATOR Mike MIller THAT I WAS'NT bEING SCHEDULED FOR AN APPOINTMENT TO PAIN CLINIC, DUE TO MY DOCTOR NOT REFERING ME TO PAIN CLINIC. WHEN IN FACT IT WAS THE WAYNE COUNTY JAIL, WAYNE COUNTY SHERIFF'S DEPARTMENT CANCELLING MY APPOINTMENT TO PAIN CLINIC. REFER TO GRIEVANCE DATED 10-8-2023 MARKED EXHIBIT #3

9) MEMORANDUM, All EXHIBITS, AND CIVIL COMPLAINT, AND DECLARATION PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT EXECUTED ON 5-8-2024 By RONAID DAlE JOlly *Ronald Dale Jolly*